**Presentation of the financial statements**
Financial information for the year ended 31 December 2016 is presented in accordance with International Accounting Standard (IAS) 1 'Presentation of Financial Statements'.

The financial statements and related notes have been reformatted to reflect the way in which employee benefits expenses are managed internally. Operating expenses are now presented net of gains and losses on financial instruments held to hedge deferred fund awards. 2016 operating expenses includes £25.6 million of gains related to these financial instruments. The new presentation provides a more relevant basis on which to measure the Group employee benefits expense. The 2015 comparative amount (loss of £1.1 million) has not been re-presented.

The presentation of the income statement includes separate disclosure of exceptional items. The policy for exceptional items is set out in note 1(b).

The statement of financial position is shown in order of liquidity. The classification between current and non-current is set out in the notes. The Group's Life Company business is reported separately. If the assets and liabilities of the Group's Life Company business were to be included within existing captions on the Group's statement of financial position, the effect would be to gross up a number of individual line items to a material extent. By not doing this, the Group can provide a more transparent presentation that shows the assets of the Life Company and the related unit-linked liabilities as separate and distinct from the remainder of the Group's statement of financial position.

Note 14, including comparatives, has been re-presented to provide greater transparency of movements in deferred tax balances. The reconciliation of net cash from operating activities in note 23 has been re-formatted. This reformatting provides greater transparency of the movements in the loans and deposits balances within Wealth Management. Comparative information has also been re-formatted.

**Basis of preparation**
The consolidated financial statements are prepared in accordance with IFRS, as adopted by the European Union (EU), which comprise Standards and Interpretations approved by either the International Accounting Standards Board or the IFRS Interpretations Committee or their predecessors, and with those parts of the Companies Act 2006 applicable to companies reporting under IFRS.

The consolidated financial information presented within these financial statements has been prepared on the going concern basis under the historical cost convention, except for the measurement at fair value of derivative financial instruments and financial assets and liabilities that are available-for-sale or held at fair value through profit or loss, and certain deposits both with banks and by customers and banks (including those that relate to bullion).

The Group's principal accounting policies have been consistently applied. The preparation of financial statements in conformity with IFRS requires the use of certain critical accounting estimates. It also requires management to exercise its judgement in the process of applying the Group's accounting policies. Any areas involving a higher degree of judgement or complexity, or areas where assumptions and estimates are significant to the financial statements, are disclosed within the notes and identified with grey print and a white background. The principal accounting policy and a simplified summary of the relevant note is included in blue print.

The Group did not implement the requirements of any Standards or Interpretations which were in issue and which were not required to be implemented at the year end date. No Standards endorsed by the EU that had an impact on the Group became effective during the year.

The Standards relevant to the Group that had been issued but not yet adopted at the year end were:

| | |
|---|---|
| IFRS 9 | Financial Instruments |
| IFRS 15 | Revenue from Contracts with Customers |
| IFRS 16 | Leases |

IFRS 9 has been endorsed by the EU and replaces the classification and measurement models for financial instruments in IAS 39 with three classification categories: amortised cost, fair value through profit or loss and fair value through other comprehensive income. The Group's business model and the contractual cash flows arising from its investments in financial instruments determine the classification. The impact of the Standard will depend on the types of financial instruments held by the Group on adoption. The most likely changes will be that some debt securities currently measured at amortised cost will be measured at fair value through other comprehensive income, with gains and losses reclassified to the income statement when the asset is derecognised or reclassified. In addition, some investments in funds and some debt securities that are currently categorised as available-for-sale in accordance with IAS 39, will be measured at fair value through profit or loss and at amortised cost respectively.

IFRS 9 introduces an expected loss model for the assessment of impairment. The current incurred loss model (under IAS 39) requires the Group to recognise impairment losses when there is objective evidence that an asset is impaired. Under the expected loss model, impairment losses are recorded if there is an expectation of credit losses, even in the absence of a default event. The Group is expecting to recognise some expected losses in the income statement in accordance with IFRS 9; however, due to the high quality of assets and the low level of historic defaults, the Group does not anticipate the impact of expected losses to be material.

The detailed assessment of the exact impact IFRS 9 will have on the Group's financial statements is ongoing.

IFRS 15 has been endorsed by the EU and deals with revenue recognition; establishing principles for reporting useful information to users of financial statements about the nature, amount, timing and uncertainty of revenue and cash flows arising from an entity's contracts with customers. Revenue is recognised in a manner that depicts the pattern of transfer of services to the customer, according to a five-step model stipulated by the standard. The Standard replaces IAS 18 'Revenue' and IAS 11 'Construction contracts' and related interpretations. The Standard is effective for annual periods beginning on or after 1 January 2018 and earlier application is permitted subject to EU endorsement. The Group does not anticipate that IFRS 15 will have a material impact on results. However, additional disclosures may be required.

IFRS 16 'Leases' replaces IAS 17 'Leases' and was issued on 13 January 2016. IFRS 16 requires that all operating leases in excess of one year, where the Group is the lessee, are included on the Group's statement of financial position. The Group will be required to recognise a right-of-use (ROU) asset and a lease liability (representing the obligation to make lease payments). The ROU asset will be amortised on a straight-line basis with the interest expense on the lease liability being measured using the effective interest method (see note 2). IFRS 16 contains optional exemptions for both short-term leases (less than 12 months) and for small-value leases. The Standard is effective for annual periods beginning on or after 1 January 2019 and earlier application is permitted subject to EU endorsement and the entity adopting IFRS 15 at the same time. The Group is currently assessing the impact of IFRS 16 on its financial statements.

No other Standards issued and not yet effective are expected to have an impact on the Group's financial statements.

# Notes to the accounts

**Presentation of the financial statements** continued

**Basis of consolidation**
The consolidated financial information includes the total comprehensive gains or losses, the financial position and the cash flows of the Company and its subsidiaries, associates and joint ventures. Details of the Company's related undertakings are presented in note 39. This includes share ownership trusts established for certain share-based awards. In the case of associates and joint ventures, those entities are presented as single line items in the income statement and Statement of financial position (see note 11). Intercompany transactions and balances are eliminated on consolidation. Consistent accounting policies have been applied across the Group in the preparation of the consolidated financial statements.

The entities included in the consolidation may vary year on year due to both the restructuring of the Group (including acquisitions and disposals) and changes to the number and net assets of investment vehicles managed by the Group where the shareholding in the year results in control, as defined by IFRS. These include investments held by the Life Company. In such cases, the investment vehicle is consolidated and the third party interest is recorded as a financial liability. This consolidation has no net effect on the income statement. This treatment continues until the Group loses control, as defined by IFRS.

**Net gains and losses on foreign exchange**
Many subsidiaries are denominated in currencies other than sterling. The results of these subsidiaries are translated at the average rate of exchange. At the year end, the assets and liabilities are translated at the closing rate of exchange. Gains or losses on translation are recorded in equity together with gains or losses on any hedges of overseas operations. Such gains or losses are transferred to the income statement on disposal or liquidation of the relevant subsidiary.

Transactions undertaken in foreign currencies are translated into the functional currency of the subsidiary at the exchange rate prevailing on the date of the transaction. Foreign currency assets and liabilities are translated into the functional currency at the rates of exchange ruling at the year end date. Any exchange differences arising are included within 'Net gains on financial instruments and other income' in the income statement unless they relate to non-monetary items where such gains or losses are recognised directly in other comprehensive income. This also applies to sterling-based entities with foreign currency transactions, assets and liabilities.

**Estimates and judgements**
The preparation of the financial statements in conformity with IFRS requires the use of certain critical accounting estimates. It also requires management to exercise its judgement in the process of applying the Group's accounting policies. Estimates and judgements used in preparing the financial statements are periodically evaluated and are based on historical experience and other factors, including expectations of future events that are believed to be reasonable. The resulting accounting estimates may not equal the related actual results. The estimates and assumptions that could have a significant effect on the carrying amounts of assets and liabilities are set out in the following notes:

| Note 6 | Tax expense |
|---|---|
| Note 10 | Financial assets |
| Note 13 | Goodwill and intangible assets |
| Note 18 | Provisions and contingent liabilities |
| Note 25 | Retirement benefit obligations |
| Note 29 | Business combinations |

In applying IFRS 10 'Consolidated Financial Statements', the Group is required to assess whether its interests in funds (and other entities), including those held by the Group's Life Company, constitute controlling interests. The Group has interests in funds through its role as fund manager and through its proprietary investments in funds. The Group considers all relevant facts and circumstances in assessing whether it has power over specific funds or other entities. This includes consideration of the purpose and design of an investee, the extent of the Group's exposure to variability of returns as an investor and, where appropriate, as a fund manager, and the Group's ability to direct the relevant activities, including whether it has substantive or protective rights through voting rights and potential voting rights. These considerations are reassessed if there are indications that circumstances have changed since the original assessment.

# Schroders plc – Statement of financial position

at 31 December 2016

| | Notes | 2016 £m | 2015 £m |
|---|---|---|---|
| **Assets** | | | |
| Cash and cash equivalents | | – | 0.1 |
| Trade and other receivables | 33 | 1,176.4 | 1,053.7 |
| Retirement benefit scheme surplus | 25 | 118.2 | 115.4 |
| Investments in subsidiaries | 39 | 3,092.6 | 3,007.0 |
| **Total assets** | | **4,387.2** | **4,176.2** |
| | | | |
| **Liabilities** | | | |
| Trade and other payables | 34 | 61.5 | 50.1 |
| Deferred tax | 35 | 12.7 | 14.0 |
| **Total liabilities** | | **74.2** | **64.1** |
| | | | |
| **Net assets** | | **4,313.0** | **4,112.1** |
| | | | |
| Equity at 1 January | | 4,112.1 | 3,909.2 |
| Profit for the year | | 441.6 | 415.7 |
| Other changes in equity | | (240.7) | (212.8) |
| **Equity at 31 December** | | **4,313.0** | **4,112.1** |

The financial statements were approved by the Board of Directors on 1 March 2017 and signed on its behalf by:

**Richard Keers**
Director

**Bruno Schroder**
Director

# Schroders plc – Statement of changes in equity

for the year ended 31 December 2016

| | Notes | Share capital £m | Share premium £m | Own shares £m | Profit and loss reserve £m | Total £m |
|---|---|---|---|---|---|---|
| At 1 January 2016 | | 282.5 | 119.4 | (137.1) | 3,847.3 | 4,112.1 |
| Profit for the year | | – | – | – | 441.6 | 441.6 |
| Items that will not be reclassified to the income statement: | | | | | | |
| Actuarial losses on defined benefit pension scheme | 25 | – | – | – | (1.6) | (1.6) |
| Tax on items taken directly to other comprehensive income | | – | – | – | (0.1) | (0.1) |
| Other comprehensive losses | | – | – | – | (1.7) | (1.7) |
| Shares issued | 21 | 0.2 | 4.8 | – | – | 5.0 |
| Share-based payments | | – | – | – | 47.6 | 47.6 |
| Tax in respect of share schemes | | – | – | – | 0.1 | 0.1 |
| Dividends | 8 | – | – | – | (236.6) | (236.6) |
| Own shares purchased | 37 | – | – | (55.1) | – | (55.1) |
| Transactions with shareholders | | 0.2 | 4.8 | (55.1) | (188.9) | (239.0) |
| Transfers | | – | – | 43.3 | (43.3) | – |
| At 31 December 2016 | | 282.7 | 124.2 | (148.9) | 4,055.0 | 4,313.0 |

| | Notes | Share capital £m | Share premium £m | Own shares £m | Profit and loss reserve £m | Total £m |
|---|---|---|---|---|---|---|
| At 1 January 2015 | | 282.5 | 119.4 | (135.2) | 3,642.5 | 3,909.2 |
| Profit for the year | | – | – | – | 415.7 | 415.7 |
| Items that will not be reclassified to the income statement: | | | | | | |
| Actuarial gains on defined benefit pension scheme | 25 | – | – | – | 8.0 | 8.0 |
| Tax on items taken directly to other comprehensive income | | – | – | – | (2.3) | (2.3) |
| Other comprehensive income | | – | – | – | 5.7 | 5.7 |
| Share-based payments | | – | – | – | 57.0 | 57.0 |
| Tax in respect of share schemes | | – | – | – | 0.7 | 0.7 |
| Dividends | 8 | – | – | – | (226.3) | (226.3) |
| Own shares purchased | 37 | – | – | (49.9) | – | (49.9) |
| Transactions with shareholders | | – | – | (49.9) | (168.6) | (218.5) |
| Transfers | | – | – | 48.0 | (48.0) | – |
| At 31 December 2015 | | 282.5 | 119.4 | (137.1) | 3,847.3 | 4,112.1 |

The distributable profits of Schroders plc are £2.5 billion (2015: £2.3 billion) and comprise retained profits of £2.6 billion (2015: £2.4 billion), included within the 'Profit and loss reserve', less amounts held within the own shares reserve.

The Group's ability to pay dividends is however restricted by the need to hold regulatory capital and to maintain sufficient other operating capital to support its ongoing business activities. In addition, the Group invests in its own funds as seed capital for the purposes of supporting new investment strategies. An analysis of the Group's capital position is provided in the financial review.

# Schroders plc – Cash flow statement

for the year ended 31 December 2016

| | 2016 £m | 2015 £m |
|---|---|---|
| Profit before tax | 433.0 | 406.7 |
| | | |
| **Adjustments for:** | | |
| Increase in trade and other receivables | (125.6) | (200.5) |
| Increase/(decrease) in trade and other payables | 3.2 | (1.9) |
| Net credit taken in respect of the defined benefit pension scheme | (4.4) | (3.7) |
| Share-based payments | 47.6 | 57.0 |
| Amounts received in respect of Group tax relief | 9.1 | 6.6 |
| Interest paid | 0.2 | (0.4) |
| Interest received | 0.1 | (0.1) |
| **Net cash from operating activities** | **363.2** | **263.7** |
| | | |
| **Cash flows from investing activities** | | |
| Purchase of subsidiary | (80.6) | – |
| **Net cash used in investing activities** | **(80.6)** | **–** |
| | | |
| **Cash flows from financing activities** | | |
| Loan received from a Group company | 9.0 | 12.5 |
| Acquisition of own shares | (55.1) | (49.9) |
| Dividends paid | (236.6) | (226.3) |
| **Net cash used in financing activities** | **(282.7)** | **(263.7)** |
| | | |
| **Net movement in cash and cash equivalents** | **(0.1)** | **–** |
| | | |
| Opening cash and cash equivalents | 0.1 | 0.1 |
| Net movement in cash and cash equivalents | (0.1) | – |
| **Closing cash and cash equivalents** | **–** | **0.1** |

# Schroders plc – Notes to the accounts

### 31. Significant accounting policies

The separate financial statements of Schroders plc (the Company) have been prepared on a going concern basis in accordance with the Companies Act 2006 (the Act) applicable to companies reporting under IFRS, and accounting policies have been applied consistently. As permitted by the Act, the separate financial statements have been prepared in accordance with IFRS (as adopted by the European Union), which comprise standards and interpretations approved by either the International Accounting Standards Board or the IFRS Interpretations Committee or their predecessors, as at 31 December 2016. The Company has taken advantage of the exemption in section 408 of the Act not to present its own income statement and statement of comprehensive income.

The financial statements have been prepared on the historical cost basis, except for the measurement of long-term employee benefits at present value of the obligation less fair value of any assets held to settle the obligation. The principal accounting policies adopted are the same as those set out in the Group's financial statement note disclosures. In addition note 39 sets out the accounting policy in respect of investments in subsidiary undertakings.

### 32. Expenses and other disclosures

The auditors' remuneration for audit services to the Company was £0.5 million (2015: £0.5 million). There were no fees relating to further assurance services in the year (2015: nil).

### Key management personnel compensation

The remuneration policy is described in more detail in the Remuneration report. The typical composition of each type of remuneration is the same as that given in note 27. The Company has no employees. The remuneration of key management personnel (directors) during the year was as follows:

|  | 2016 £m | 2015 £m |
|---|---|---|
| Short-term employee benefits | 13.0 | 15.9 |
| Share-based payments | 4.8 | 8.6 |
| Other long-term benefits | 6.9 | 6.4 |
| Termination benefits | 3.0 | – |
| Post-employment benefits | – | 0.1 |
|  | 27.7 | 31.0 |

### 33. Trade and other receivables

|  | 2016 £m | 2015 £m |
|---|---|---|
| Amounts due from subsidiaries | 1,176.0 | 1,053.3 |
| Other receivables | 0.4 | 0.4 |
|  | 1,176.4 | 1,053.7 |

Trade and other receivables are initially recorded at fair value and subsequently at amortised cost. All trade and other receivables are due within one year.

Amounts due from subsidiaries include £1,126.3 million (2015: £991.2 million) of interest-bearing loans and deposits.

### 34. Trade and other payables

|  | 2016 | | | 2015 | | |
|---|---|---|---|---|---|---|
|  | Non-current £m | Current £m | Total £m | Non-current £m | Current £m | Total £m |
| Trade and other payables held at amortised cost: |  |  |  |  |  |  |
| Social security | 3.3 | 3.9 | 7.2 | 3.0 | 3.6 | 6.6 |
| Accruals | 9.7 | 19.5 | 29.2 | 9.4 | 14.9 | 24.3 |
| Other liabilities | – | 1.8 | 1.8 | – | 3.9 | 3.9 |
| Amounts owed to subsidiaries | – | 23.3 | 23.3 | – | 15.3 | 15.3 |
|  | 13.0 | 48.5 | 61.5 | 12.4 | 37.7 | 50.1 |

The Company's trade and other payables mature in the following time periods:

|  | 2016 £m | 2015 £m |
|---|---|---|
| Less than one year | 48.5 | 37.7 |
| 1 – 2 years | 8.7 | 5.6 |
| 2 – 3 years | 3.1 | 4.5 |
| 3 – 4 years | 1.2 | 2.3 |
|  | 13.0 | 12.4 |
|  | 61.5 | 50.1 |

Amounts owed to subsidiaries include £21.5 million of interest-bearing loans and deposits (2015: £12.5 million).

## 35. Deferred tax

| | Deferred employee awards £m | Pension surplus £m | Total £m |
|---|---|---|---|
| At 1 January 2016 | (6.8) | 20.8 | 14.0 |
| Income statement (credit)/charge | (1.3) | 0.8 | (0.5) |
| Income statement charge/(credit) due to changes in tax rates | 0.4 | (1.6) | (1.2) |
| Credit to statement of other comprehensive income | – | (0.3) | (0.3) |
| Charge to statement of other comprehensive income due to changes in tax rates | – | 0.4 | 0.4 |
| Charge taken to equity | 0.3 | – | 0.3 |
| At 31 December 2016 | (7.4) | 20.1 | 12.7 |

| | Deferred employee awards £m | Pension surplus £m | Total £m |
|---|---|---|---|
| At 1 January 2015[1] | (7.7) | 20.8 | 13.1 |
| Income statement (credit)/charge | (0.6) | 0.7 | 0.1 |
| Income statement charge/(credit) due to changes in tax rates | 0.3 | (3.0) | (2.7) |
| Charge to statement of other comprehensive income | – | 1.6 | 1.6 |
| Charge to statement of other comprehensive income due to changes in tax rates | – | 0.7 | 0.7 |
| Charge taken to equity | 1.1 | – | 1.1 |
| Charge to equity due to changes in tax rates | 0.1 | – | 0.1 |
| At 31 December 2015 | (6.8) | 20.8 | 14.0 |

[1] 2015 comparatives have been re-presented to reflect the 2016 presentation.

## 36. Financial instrument risk management
The Company's policy is to have adequate capital for all activities undertaken in the normal course of business. In particular, it should have adequate capital to maintain sufficient liquid funds to meet peak working capital requirements. Generally, surplus capital is loaned back to the Group's investment capital management entities.

The risk management processes of the Company are aligned with those of the Group as a whole. Details of the Group's risk management processes are outlined in the 'Key risks and mitigations' section within the Strategic report and the 'Risk and internal controls' section within the Audit and Risk Committee report as well as in note 19. The Company's specific risk exposures are explained below.

### Credit risk
The Company has exposure to credit risk from its normal activities where the risk is that a counterparty will be unable to pay in full amounts when due. The Company's counterparties are predominantly its subsidiaries and therefore there is minimal external credit risk exposure.

### Liquidity risk
Liquidity risk is the risk that the Company cannot meet its obligations as they fall due or can only do so at a cost. The Group's liquidity policy is to maintain sufficient liquidity to cover any cash flow funding, meet all obligations as they fall due and maintain solvency. The Company holds sufficient liquid funds to cover its needs in the normal course of business. The Company can request to borrow through intragroup loans and the Group loan facility to maintain sufficient liquidity.

### Interest rate risk
Interest rate risk is the risk that the fair value of future cash flows of financial instruments will fluctuate because of changes in market interest rates.

At 31 December 2016, if interest rates had been 50 bps higher (2015: 75 bps higher) or 25 bps lower (2015: 50 bps lower) with all other variables held constant, the Company estimates that post-tax profit for the year would have increased by £4 million (2015: increased by £6 million) or decreased by £2 million (2015: decreased by £4 million) respectively. These changes are mainly as a result of net interest income on the Company's interest-bearing intercompany receivables and payables and cash. Other components of equity would have been unaffected.

The model used to calculate the effect on post-tax profits assumes that the fair value of assets and liabilities will not be affected by a change in interest rates.

### Foreign exchange and pricing risk
Foreign exchange risk is the risk that the fair value or future cash flows of financial instruments will fluctuate because of changes in foreign exchange rates. Pricing risk is the risk that the fair value or future cash flows of financial instruments will fluctuate because of changes in market prices. The Company is not directly exposed to foreign exchange or pricing risk. The Company's investments in its directly-held subsidiaries are in sterling and are held at historic cost. It has indirect exposure to foreign exchange and pricing risk in the Group which could result in the impairment of these subsidiaries. There are currently sufficient resources in subsidiaries to absorb any normal market events.

# Schroders plc – Notes to the accounts continued

## 37. Own shares

Movements in own shares during the year were as follows:

| | 2016 £m | 2015 £m |
|---|---|---|
| At 1 January | (137.1) | (135.2) |
| Own shares purchased | (55.1) | (49.9) |
| Awards vested | 43.3 | 48.0 |
| At 31 December | (148.9) | (137.1) |

The total number of shares in the Company held within the Company's employee benefit trusts comprise:

| | 2016 | | | 2015 | | |
|---|---|---|---|---|---|---|
| | Vested shares Number Millions | Unvested shares Number Millions | Total Number Millions | Vested shares Number Millions | Unvested shares Number Millions | Total Number Millions |
| Ordinary shares | 2.0 | 6.5 | 8.5 | 2.2 | 6.5 | 8.7 |
| Non-voting ordinary shares | 0.2 | 0.1 | 0.3 | 0.2 | 0.1 | 0.3 |
| | 2.2 | 6.6 | 8.8 | 2.4 | 6.6 | 9.0 |

| | 2016 | | | 2015 | | |
|---|---|---|---|---|---|---|
| | Vested shares £m | Unvested shares £m | Total £m | Vested shares £m | Unvested shares £m | Total £m |
| Ordinary shares: | | | | | | |
| Cost | 31.6 | 146.4 | 178.0 | 31.7 | 134.8 | 166.5 |
| Fair value | 61.2 | 198.5 | 259.7 | 65.7 | 194.7 | 260.4 |
| Non-voting ordinary shares: | | | | | | |
| Cost | 2.4 | 2.5 | 4.9 | 2.5 | 2.3 | 4.8 |
| Fair value | 4.7 | 3.0 | 7.7 | 5.2 | 2.9 | 8.1 |
| Total: | | | | | | |
| Cost | 34.0 | 148.9 | 182.9 | 34.2 | 137.1 | 171.3 |
| Fair value | 65.9 | 201.5 | 267.4 | 70.9 | 197.6 | 268.5 |

## 38. Related party transactions

The Company is not deemed to be controlled or jointly controlled by a party directly or through intermediaries under accounting standards. As a result the related parties of the Company include subsidiaries, joint ventures and associates, key management personnel, close family members of key management personnel and any entity controlled by those parties.

The Company has determined that key management personnel includes only the Board of Directors.

### Transactions between related parties

Details of transactions between the Company and its subsidiaries, which are related parties of the Company, and transactions between the Company and other related parties, excluding compensation (which is set out in note 32), are disclosed below:

| | 2016 | | | | | |
|---|---|---|---|---|---|---|
| | Revenue £m | Expenses £m | Interest receivable £m | Interest payable £m | Amounts owed by related parties £m | Amounts owed to related parties £m |
| Subsidiaries of the Company | 467.2 | 9.3 | 2.9 | 0.3 | 1,176.0 | (23.3) |
| Key management personnel | 0.2 | – | – | – | – | (12.8) |

| | 2015 | | | | | |
|---|---|---|---|---|---|---|
| | Revenue £m | Expenses £m | Interest receivable £m | Interest payable £m | Amounts owed by related parties £m | Amounts owed to related parties £m |
| Subsidiaries of the Company | 441.9 | 11.8 | 3.0 | – | 1,053.3 | (15.3) |
| Key management personnel | 0.2 | – | – | – | – | (16.5) |

Transactions with related parties were made at market rates. The amounts outstanding are unsecured and will be settled in cash. No expense for bad or doubtful debts has been recognised during the year (2015: nil) in respect of the amounts owed by related parties.

## 39. Subsidiaries and other related undertakings

The Group operates globally which results in the Company having a corporate structure consisting of a number of related undertakings, comprising subsidiaries, joint ventures and associates. A full list of these undertakings, the country of incorporation (which in all cases is the principal place of business) and the ownership of each share class, as at 31 December 2016, is disclosed below. The registered office for each entity is listed on page 161. Unless otherwise stated, the share capital disclosed comprises ordinary or common shares which are held by subsidiaries, associates and joint ventures of the Group.

Additionally, related undertakings include where the Company has a significant holding of a share class or unit class of a structured entity. These holdings can arise through the Group's investment management activities on behalf of clients or as part of the stated aim of generating a return on investment capital. Additionally, the seeding of structured entities in order to develop new investment strategies can give rise to these holdings. A listing of related undertakings arising from the Company's interest in structured entities along with registered offices is included on pages 162 and 163.

All listed subsidiaries are included in the consolidated financial statements of the Group.

### (a) Related undertakings arising from the Company's corporate structure

#### Principal subsidiaries

The principal subsidiaries listed below are those which, in the opinion of the Directors, principally affect the consolidated profits or net assets of the Company, or are regulated. The principal subsidiary entities are wholly-owned subsidiary undertakings of the Company, unless otherwise stated. All undertakings operate in the countries where they are registered or incorporated and are stated at cost less, where appropriate, provisions for impairment.

**UK**
Aspect8 Limited – 65% owned [2]
Benchmark Capital Limited – 65% owned [2,8,a]
Best Practice IFA Group Limited – 65% owned [2]
Cazenove Capital Management Limited [2]
Evolution Wealth Network Limited – 65% owned [2]
Fusion Wealth Limited – 65% owned [2]
Leadenhall Securities Corporation Limited [3]
Schroder & Co. Limited [2]
Schroder Administration Limited [4,a]
Schroder Corporate Services Limited [3]
Schroder Financial Services Limited [3]
Schroder Investment Company Limited [3]
Schroder Investments Limited [3]
Schroder Investment Management Limited [1]
Schroder Investment Management North America Limited [1]
Schroder Pension Management Limited [1]
Schroder Real Estate Investment Management Limited [1]
Schroder Unit Trusts Limited [1]

**Argentina**
Schroder Investment Management S.A. – 95% owned [1]

**Australia**
Schroder Investment Management Australia Limited [11]

**Bermuda**
Schroders (Bermuda) Limited [4]

**Brazil**
Schroder Investment Management Brasil Ltda. [1]

**France**
Schroder AIDA SAS – 70% owned [1]

**Germany**
Schroder Investment Management GmbH [1]
Schroder Real Estate Investment Management GmbH [1]
Schroder Real Estate Kapitalverwaltungsgesellschaft mbH [1]

**Guernsey**
Burnaby Insurance (Guernsey) Limited [5]
Schroders (C.I.) Limited [2]
Schroder Investment Company (Guernsey) Limited [3]
Schroder Venture Managers (Guernsey) Limited [3,n]

**Hong Kong**
Cazenove Capital Management Asia Limited [2]
Schroder Investment Management (Hong Kong) Limited [1,w]

**Indonesia**
PT Schroder Investment Management Indonesia – 99% owned [1]

**Ireland**
Schroder Investment Management (Ireland) Limited [3]

**Italy**
Schroders Italy SIM S.p.A. [2]

**Japan**
Schroder Investment Management (Japan) Limited [1]

**Jersey**
Cazenove Capital Holdings Limited [2,a]
Schroder Real Estate Managers (Jersey) Limited [1]

**Luxembourg**
Schroder Investment Management (Luxembourg) S.A. [1]
Schroder Real Estate Investment Management (Luxembourg) S.à.r.l [1]

**Mexico**
Consultora Schroders, S.A. de C.V. – 99% owned [11]

**Netherlands**
Schroder International Finance B.V. [4]

**Singapore**
Schroder & Co (Asia) Limited [2]
Schroder Investment Management (Singapore) Ltd. [1]

**South Korea**
Schroders Korea Limited [1]

**Switzerland**
Schroder & Co Bank AG [2]
Schroder Investment Management (Switzerland) AG [1]
Secquaero Advisors AG – 50.1% owned [4]

**Taiwan**
Schroder Investment Management (Taiwan) Limited [1]

**United States**
Schroder Fund Advisors LLC [1]
Schroder Investment Management North America Inc. [1]
Schroder US Holdings Inc [5]

#### Other corporate related undertakings

The remaining related undertakings arising from the Company's corporate structure are listed on the next page. These include subsidiaries (other than those listed above), joint ventures and associates. The financial year end of joint ventures is coterminous with the Company. In all cases, the management of joint ventures is based upon joint voting rights under a Shareholders Agreement.

# Schroders plc – Notes to the accounts continued

**39. Subsidiaries and other related undertakings** continued
**(a) related undertakings arising from the Company's corporate structure** continued
Other corporate related undertakings

### Fully owned subsidiaries

**UK**
Cazenove New Europe (CFM1) Limited [3]
Cazenove New Europe (PPI) Limited [3b]
Cazenove New Europe Staff Interest Limited [3 b]
CCM Nominees Limited [4]
Columbus Capital Management LLP [1]
Columbus Industrial Unitholder No. 2 Limited [1]
Columbus UK Founder GP Limited [1]
Columbus UK GP Limited [1]
Croydon Gateway Nominee 1 Limited [1]
Croydon Gateway Nominee 2 Limited [1]
J. Henry Schroder Wagg & Co. Limited [3a]
Schroder & Co Nominees Limited [4]
Schroder Financial Holdings Limited [4]
Schroder International Holdings Limited [4]
Schroder Nominees Limited [4]
Schroder Pension Trustee Limited [13]
Schroders Corporate Secretary Limited [3b]
Schroder Wealth Holdings Limited [4]

**Australia**
Schroder Australia Holdings Pty Limited [4 h g k]

**Bermuda**
Schroder Venture Managers Limited [2]
Schroder General Partner (Bermuda) Limited [3]
Schroder Holdings (Bermuda) Limited [4]
Schroder International Holdings (Bermuda) Limited [4]
Schroder Management Company (Bermuda) Limited [3]
SITCO Nominees Limited [3]

**Canada**
Schroder Canada Investments Inc. [3]

**Chile**
Schroders Chile SpA [1]

**China**
Schroder Investment Management Consulting (Shanghai) Co., Ltd. [1]

**France**
Schroder Real Estate Investment Management (France) [1]

**Germany**
Blitz 06-953 GmbH [1]
Real Neunzehnte Verwaltungsgesellschaft mbH [1]
Schroder Eurologistik Fonds Verwaltungs GmbH [1]
Schroder Holdings (Deutschland) GmbH [4]
Schroder Italien Fonds Verwaltungs GmbH [1]
SPrIM Holdings GmbH [1]

**Guernsey**
Sapphire Managers (Europe) Limited [1]
Schroder Investments (Guernsey) Limited [3]
Schroder Nominees (Guernsey) Limited [4]
Secquaero Re (Guernsey) ICC Ltd [1]
Schroder Ventures European Fund Managers Limited [2]

**Hong Kong**
Schroders Asia Nominees Limited [4]
S & C Nominees Limited [2]

**Italy**
Schroder Investment Management (Italy) SIM S.p.A. [1]
Vicarello Società Agricola a Responsabilità Limitata [2]

**Jersey**
Columbus UK (CIP) Limited [1]
Croydon Gateway GP Limited [1]
Croydon Gateway Investments Limited [1]
Larisson Nominees Limited [1]

**Singapore**
Schroder Singapore Holdings Private Limited [1]
SIMBL Nominees Private Limited [1]

**Switzerland**
IGIMO AG [1]
Schroder Trust AG [2]

**United States**
Schroder Venture Managers Inc. [1]
Schroders Incorporated [4]

### Subsidiaries where the ownership is less than 100%

**UK**
Creative Technologies Limited – 65% [2]
Evolution Investment Management Limited – 65% [2]
Fusion Funds Limited – 65% [2]
Invicta Independent Financial Advisers Limited – 65% [2]

**Argentina**
Schroder S.A. Sociedad Gerente de Fondos Comunes
de Inversión – 95% [1]

**Germany**
CM Komplementär 06-379 GmbH & Co KG – 95% [1]

**Guernsey**
Schroder Investment Management (Guernsey) Limited – 99% [1]
SQ ReVita 1 Limited – 50.1% [1]

**Luxembourg**
Schroder Property Services B.V. S.a.r.l. – 70% [1]

### Associates and joint ventures

**UK**
RWC Partners Limited – 43% [2 h]
Nippon Life Schroders Asset Management Europe Limited – 33% [1 h]

**China**
Bank of Communications Schroder Fund Management Co. Ltd. – 30% [1]

**Guernsey**
Schroder Ventures Investments Limited – 50% [2 c c]

**India**
Axis Asset Management Company Limited – 25% [1]

**Jersey**
Bracknell General Partner Limited – 50% [1 g]

**Netherlands**
NEOS Finance Group B.V. – 25% [1]

**Singapore**
Nippon Life Global Investors Singapore Limited – 33% [1 j]

---

[1] Asset Management.
[2] Wealth Management.
[3] Group Company.
[4] Holding Company.
[5] Captive insurer for the Group.

[a] Held directly by the Company.
[b] Dormant, exempt from preparing individual accounts.
[c] The Company also holds redeemable preference shares.
[d] The Company also holds deferred shares.
[e] The Company also holds preference C shares.
[f] The Company also holds preference B shares.

[g] The Company holds ordinary A shares.
[h] The Company holds ordinary B shares.
[i] The Company holds series A shares.
[j] The Company holds B shares.
[k] The Company holds preference shares.
[l] The Company also holds convertible preference shares.
[m] The Company also holds 8.5% redeemable non-cumulative
preference shares.
[n] The Company also holds non-cumulative redeemable
preference shares.
[o] The Company holds a 65% economic interest and 49% of
the voting rights.

**39. Subsidiaries and other related undertakings continued**
**(a) related undertakings arising from the Company's corporate structure continued**
The registered offices for each of the related undertakings on pages 159 to 160 are reflected by country below:

**UK**
The registered office for the UK corporate entities is 31 Gresham Street, London, EC2V 7QA, United Kingdom, except for the following entities:

RWC Partners Limited – 60 Petty France, London, SW1H 9EU, United Kingdom

Invicta Independent Financial Advisers Limited – The Granary Hermitage Court, Hermitage Lane, Maidstone, Kent, ME16 9NT, United Kingdom

The registered office for the following entities is at Sussex House, North Street, Horsham, West Sussex, United Kingdom:
Aspect8 Limited
Benchmark Capital Limited
Best Practice IFA Group Limited
Creative Technologies Limited
Evolution Investment Management Limited
Evolution Wealth Network Limited
Fusion Funds Limited
Fusion Wealth Limited

**Argentina**
Ing.Enrique Butty 220, Piso 12, Buenos Aires, C1001AFB, Argentina

**Australia**
Level 20, Angel Place, 123 Pitt Street, Sydney, NSW 2000, Australia

**Bermuda**
Wellesley House, 2nd Floor, 90 Pitts Bay Road, Pembroke HM 08, Bermuda

**Brazil**
100 Joaquim Floriano, Itaim, 14th Floor Suites 141 and 142, Sao Paulo SP Brazil, 04534-000, Brazil

**Canada**
c/o Cidel Financial Group, 60 Bloor Street West, 9th Floor, Toronto, ON M4W 3B8, Canada

**Chile**
Avenida Cerro El Plomo 5420 Oficina 1104, Las Condes, Santiago, Chile

**China**
Bank of Communications Schroder Fund Management Co. Ltd. – 2nd Floor, Bank of Communications Tower, 188 Middle Yincheng Road, Pudong New Area, 200120, Shangai, China

Schroder Investment Management Consulting (Shangai) Co., Ltd. – Unit 1101, 11/F, Shanghai IFC Phase 1 (HSBC Building), No. 8 Century Avenue, Pudong, Shanghai, 200120, China

**France**
8-10 rue Lamennais, 75008, Paris, France

**Germany**
The registered office for the German corporate entities is Taunustor 1 (TaunusTurm), 60310, Frankfurt am Main, Germany, except for the below entity:

Schroder Italien Fonds Verwaltungs GmbH – Taunustor 2, 60311, Frankfurt am Main, Germany

**Guernsey**
The registered office for the Guernsey corporate entities is PO Box 334 Regency Court, Glategny Esplanade, St Peter Port, Guernsey, GY1 3UF, Channel Islands, except for the following entities:

Burnaby Insurance (Guernsey) Limited – St Martins House, St Peter Port, Guernsey, GY1 4AU, Guernsey, Channel Islands

Schroder Venture Managers (Guernsey) Limited – PO Box 255, Trafalgar Court, Les Banques, St Peter Port, GY1 3QL, Guernsey, Channel Islands

Schroder Ventures European Fund Managers Limited – PO Box 255, Trafalgar Court, Les Banques, St Peter Port, GY1 3QL, Guernsey, Channel Islands

Schroder Ventures Investments Limited – PO Box 255, Trafalgar Court, Les Banques, St Peter Port, GY1 3QL, Guernsey, Channel Islands

Secquaero Re (Guernsey) ICC Ltd – Maison Trinity, Trinity Square , St Peter Port, Guernsey, GY1 4AT, Guernsey, Channel Islands

**Hong Kong**
The registered office for the Hong Kong corporate entities is Level 33, Two Pacific Place, 88 Queensway, Hong Kong, except for the below entity:

Cazenove Capital Management Asia Limited – Level 54, Hopewell Centre, 183 Queen's Road East, Hong Kong

**India**
1st Floor, Axis House, C-2 Wadia International Centre, Pandurang Budhkar Marg, Worli-Mumbai, 400025, India

**Indonesia**
30th Floor, Indonesia Stock Exchange Building, Tower 1, JI Jendrul Sudirman Kav 52-53, Jakarta, 12190, Indonesia

**Ireland**
George's Court, 54-62 Townsend Street, Dublin 2, Ireland

**Italy**
The registered office for the Italian corporate entities is Via della Spiga, 30 20121, Milan, Italy, except for the below entity:

Vicarello Societa Agricola a Responsabilita Limitata – Loc. Vicarello, 00062, Bracciano, Italy

**Japan**
8-3, Marunouchi 1-chome, Chiyoda-ku, Tokyo, 100-0005, Japan

**Jersey**
The registered office for the Jersey corporate entities is PO Box 490, 40 Esplanade, St Helier, JE4 9WB, Jersey, Channel Islands except for the below entity:

Cazenove Capital Holdings Limited – 44 Esplanade, St Helier, JE4 9WG, Jersey

**Luxembourg**
5 rue Höhenhof, L-1736 Senningerberg, Luxembourg

**Mexico**
Montes Urales 760 Desp. 101, Col. Lomas de Chapultepec, Mexico, DF, 11000, Mexico

**Netherlands**
Schroder International Finance B.V. – 31 Gresham Street, London, EC2V 7QA, United Kingdom

NEOS Finance Group B.V. – The Hofpoort Building, Hofplein 20, 21st Floor, 3032 AC Rotterdam, Netherlands

**Singapore**
138 Market Street, #22-03, CapitaGreen, Singapore, 048946, Singapore

**South Korea**
26th fl., 136, Sejong-daero, Jung-gu, Seoul 100-768, South Korea

**Switzerland**
The registered office for the Swiss corporate entities is Central 2, Postfach, 8021, Zurich, Switzerland, except for the below entity:

Schroder Trust AG – 8 rue d'Italie, P.O. Box 3655, 41211, Geneva, Switzerland

**Taiwan**
9/F, 108 Sec.5., Hsin-Yi Road, Hsin-Yi District, Taipei 11047, Taiwan

**United States**
Schroder Fund Advisors LLC – 875 Third Avenue, 22nd Floor, New York, New York, 10022-6225, USA

Schroders Incorporated – 9 East Loockerman Street, Dover, Kent, 19901, USA

Schroder Investment Management North America Inc. – National Registered Agents, Inc., 160 Greentree Drive, Suite 101, Dover, Delaware, 19904, USA

Schroder US Holdings Inc – National Registered Agents, Inc., 160 Greentree Drive, Suite 101, Dover, Delaware, 19904, USA

Schroder Venture Managers Inc. – 875 Third Avenue, 22nd Floor, New York, New York, 10022-6225, USA

# Schroders plc – Notes to the accounts continued

## 39. Subsidiaries and other related undertakings continued

### (b) Related undertakings arising from the Company's interests in structured entities

The Company's related undertakings also include funds in which it holds investments. These include fully and partially owned funds which are classified as subsidiaries. Due to the number of share classes or unit classes which can exist in these vehicles, a significant holding in a single share class or unit class is possible, without that undertaking being classified as a subsidiary or associate.

**Fully owned subsidiaries**

| Fund Name | Share/unit class | Holding in undertaking share/unit class | Total holding in undertaking via share/unit class |
|---|---|---|---|
| **UK** | | | |
| Schroder Flexible Retirement Benefit Fund | X Accumulation | 100% | 100% |
| Schroder Institutional Long Dated Sterling Bond Fund | I Accumulation | 100% | 100% |
| Schroder Strategic Beta Fund | X Accumulation | 100% | 100% |
| **Luxembourg** | | | |
| Schroder International Selection Fund Global Target Return | I Accumulation | 100% | 100% |
| Schroder International Selection Fund Multi-Asset Total Return | I Accumulation | 100% | 100% |

**Subsidiaries where the ownership is less than 100%.**

| Fund Name | Share/unit class | Holding in undertaking share/unit class | Total holding in undertaking via share/unit class |
|---|---|---|---|
| **UK** | | | |
| Schroder Diversified Growth Fund | I Accumulation | 97% | 97% |
| Schroder Dynamic Multi-Asset Fund | Z Accumulation | 67% | 56% |
| Schroder Global Emerging Markets Fund | A Accumulation | 69% | 53% |
| Schroder Global Multi-Asset Income Fund | Z Accumulation | 96% | 91% |
| Schroder Institutional Index Linked Bond Fund | I Accumulation | 84% | 76% |
| Schroder Long Dated Corporate Bond Fund | I Accumulation | 85% | 72% |
| Schroder QEP Global Active Value | I Accumulation | 86% | 58% |
| **Australia** | | | |
| Schroder Real Return CPI Plus 5% Fund | W Distribution | 88% | 88% |
| **Brazil** | | | |
| DB Multimercado Schroder Europa Investimento no-Exterior Fundo de Investimento | – | 52% | 52% |
| Schroder Liquid Alternatives Investimento No Exterior Fundo De Investimento Multimercado | – | 63% | 63% |
| **Ireland** | | | |
| Brookfield Securitized Credit QIAIF Fund | – | 91% | 91% |
| **Luxembourg** | | | |
| Schroder Alternative Solutions Asian Long Term Value Fund | I Accumulation | 100% | 91% |
| Schroder Alternative Solutions Commodity Total Return Fund | I Accumulation | 100% | 99% |
| Schroder International Selection Fund Emerging Market Local Currency Bond | I Accumulation | 100% | 35% |
| Schroder International Selection Fund European Alpha Focus | I Accumulation | 100% | 74% |
| Schroder International Selection Fund Euro Credit Absolute Return | I Accumulation | 100% | 76% |
| Schroder International Selection Fund Global Credit Income | I Accumulation | 100% | 85% |
| Schroder International Selection Fund QEP Global Absolute | I Accumulation GBP Hedge | 100% | 70% |
| Schroder GAIA BSP Credit | I Accumulation | 100% | 55% |
| Schroder GAIA II NGA Turnaround | I Accumulation | 100% | 85% |
| Schroder Property FCP-FIS – Schroder Property German Residential Fund | B | 100% | 90% |
| **South Korea** | | | |
| Schroder Korea Alpha Equity Fund Baby A | F | 100% | 76% |
| **United States** | | | |
| Hartford Schroders Income Builder Fund | A Distribution | 34% | 3% |
| Hartford Schroders Income Builder Fund | SDR Distribution | 99% | 76% |
| Schroder Short Duration Bond Fund | Investor Distribution | 100% | 4% |
| Schroder Short Duration Bond Fund | R6 Distribution | 99% | 95% |

**Associates – held at fair value**

| Fund Name | Share/unit class | Holding in undertaking share/unit class | Total holding in undertaking via share/unit class |
|---|---|---|---|
| **UK** | | | |
| Schroder All Maturities Corporate Bond Fund | I Accumulation | 64% | 25% |
| Schroder Institutional Sterling Bond Fund | I Accumulation | 23% | 23% |
| Schroder Global Equity Fund | I Accumulation | 44% | 21% |
| Schroder Specialist Value UK Equity Fund | I Accumulation | 69% | 32% |
| Schroder QEP Global Emerging Markets Fund | X Accumulation | 40% | 30% |
| **Indonesia** | | | |
| Reksa Dana Syariah Schroder Global Sharia Equity Fund (USD) | – | 25% | 25% |
| **Luxembourg** | | | |
| Schroder International Selection Fund Global Unconstrained Bond | I Accumulation | 100% | 29% |
| **United States** | | | |
| Hartford Schroders Emerging Markets Multi-Sector Bond Fund | A Distribution | 50% | 3% |
| Hartford Schroders Emerging Markets Multi-Sector Bond Fund | SDR Distribution | 43% | 36% |

## 39. Subsidiaries and other related undertakings continued
### (b) Related undertakings arising from the Company's interests in structured entities continued
Significant holdings in structured entities not classified as subsidiaries or associates

| Fund Name | Share/unit class | Holding in undertaking share/unit class | Total holding in undertaking via share/unit class |
|---|---|---|---|
| **UK** | | | |
| Schroder Absolute Return Bond Fund | X Income | 100% | 13% |
| Schroder European Fund | I Income | 41% | 6% |
| Schroder Institutional Pacific Fund | I Accumulation | 32% | 11% |
| Schroder Institutional UK Smaller Companies Fund | I Accumulation | 21% | 4% |
| Schroder QEP Global Core | I Accumulation | 42% | 10% |
| Schroder QEP Global Emerging Markets Fund | I Accumulation | 55% | 13% |
| Schroder Sterling Broad Market Bond Fund | I Accumulation | 73% | 9% |
| **Cayman Islands** | | | |
| Musashi Smart Premia Fund (Exclusively for Qualified Institutional Investors with Re-sale Restriction for the Japanese Investors) | B | 100% | 0% |
| Musashi Smart Premia Fund (Exclusively for Qualified Institutional Investors with Re-sale Restriction for the Japanese Investors) | C | 100% | 1% |
| Schroder Advanced ILS Fund (Cayman) Limited | Management shares | 100% | 0% |
| **Guernsey** | | | |
| Schroder Offshore Cash Fund | A Accumulation | 24% | 13% |
| **Ireland** | | | |
| Schroder Private Equity Fund of Funds IV plc | C | 23% | 14% |
| **Luxembourg** | | | |
| Schroder Alternative Solutions Agriculture Fund | I Accumulation | 100% | 0% |
| Schroder Alternative Solutions Agriculture Fund | I Accumulation GBP Hedge | 96% | 0% |
| Schroder GAIA Paulson Merger Arbitrage | C Distribution GBP Hedge | 26% | 2% |
| Schroder GAIA Sirios US Equity | C Accumulation USD Hedge | 48% | 19% |
| Schroder International Developing Market Fund | B Income | 98% | 13% |
| Schroder International Selection Fund Emerging Markets Debt Absolute Return | I Accumulation EUR Hedge | 36% | 0% |
| Schroder International Selection Fund Convertible Bond | I Accumulation | 43% | 0% |
| Schroder International Selection Fund Emerging Markets Debt Absolute Return | I Accumulation | 35% | 11% |
| Schroder International Selection Fund Emerging Multi-Asset Income | I Distribution | 38% | 17% |
| Schroder International Selection Fund European Dividend Maximiser | I Accumulation | 100% | 1% |
| Schroder International Selection Fund Global Energy | I Accumulation | 88% | 0% |
| Schroder International Selection Fund Global Gold | I Accumulation | 100% | 2% |
| Schroder International Selection Fund Global Gold | C Distribution GBP Hedge | 58% | 0% |
| Schroder International Selection Fund Global Gold | I Accumulation EUR Hedge | 93% | 0% |
| Schroder International Selection Fund Global Multi-Asset Income | I Accumulation GBP Hedge | 100% | 1% |
| Schroder International Selection Fund Global Recovery | I Accumulation | 28% | 4% |
| Schroder International Selection Fund Global Tactical Asset Allocation | I Accumulation | 35% | 17% |
| Schroder International Selection Fund Latin American | I Accumulation | 43% | 1% |
| Schroder International Selection Fund Middle East | I Accumulation | 100% | 0% |
| Schroder International Selection Fund Multi-Asset Balanced | I Accumulation CHF Hedge | 98% | 0% |
| Schroder International Selection Fund Strategic Bond | I Distribution GBP Hedge | 100% | 3% |
| Schroder International Selection Fund Swiss Equity Opportunities | I Accumulation | 100% | 0% |
| Schroder International Selection Fund QEP Global Absolute | I Accumulation | 100% | 5% |
| Schroder International Selection Fund QEP Global Value Plus | I Accumulation | 100% | 2% |
| Schroder Investment Property - Schroder Italian Property Fund No.2 | B | 89% | 3% |
| Schroder Property FCP-FIS - Schroder Property Eurologistics Fund No.1 (A) | B | 100% | 1% |
| Schroder Property FCP-FIS - Schroder Property Eurologistics Fund No.1 (B) | B | 100% | 3% |
| **United States** | | | |
| Schroder Emerging Markets Small Cap Fund | Investor Distribution | 100% | 0% |

The registered offices for each of the related undertakings listed on page 162 and in the table above are reflected by country below:

**UK**
31 Gresham Street, London, EC2V 7QA, United Kingdom

**Australia**
Level 20, Angel place, 123 Pitt Street, Sydney, NSW 2000, Australia

**Brazil**
BB Multimercado Schroder Europa Investimento no Exterior Fundo de Investimento – Av. Presidente Wilson, 231/11th floor, Centro, Rio de Janeiro, Brazil

Schroder Liquid Alternatives Investimento No Exterior Fundo De Investimento Multimercado – Praça XV De Novembro, 20 – 30. Andar, Centro, Rio de Janeiro, Brazil

**Cayman Islands**
Maples Corporate Services Limited, Ugland House, PO Box 309, Grand Cayman, KY11-1104, Cayman Islands

**Guernsey**
PO Box 255, Trafalgar Court, Les Banques, St Peter Port, GY1 3QL, Guernsey, Channel Islands

**Indonesia**
30th Floor, Indonesia Stock Exchange Building, Tower 1, Jl Jendral Sudirman Kav 52-53, Jakarta, 12190, Indonesia

**Ireland**
Brookfield Securitized Credit QIAIF Fund – 4th Floor, One George's Quay Plaza, George's Quay, Dublin 2, Ireland

Schroder Private Equity Fund of Funds IV plc – George's Court, 54-62 Townsend Street, Dublin 2, Ireland

**Luxembourg**
The registered office for the Luxembourg related undertakings is 5 rue Höhenhof, L-1736 Senningerberg, Luxembourg, except for the following:

The registered office for the following related undertakings is 80, route d'Esch, L-1470 Luxembourg:

Schroder Property FCP-FIS – Schroder Property German Residential Fund

Schroder Property FCP-FIS – Schroder Property EuroLogistics Fund No.1 (A)

Schroder Property FCP-FIS – Schroder Property EuroLogistics Fund No.1 (B)

Schroder Investment Property – Schroder Italian Property Fund No.2

**South Korea**
26th fl., 136, Sejong-daero, Jung-gu, Seoul 100-768, South Korea

**United States**
The registered office for the United States related undertakings is 5 Radnor Corporate Center, 100 Matsonford Road, Suite 300, Radnor, PA 19087, except for the following:

The registered office the following related undertakings is 875 Third Avenue, 22nd Floor, New York, New York, 10022- 6225, USA:

Schroder Short Duration Bond Fund

Schroder Merging Markets Small Cap Fund

# Independent auditors' report to the members of Schroders plc

**Report on the financial statements**
**Our opinion**
In our opinion:
- Schroders plc Group financial statements and Company financial statements (the financial statements) give a true and fair view of the state of the Group's and of the Company's affairs as at 31 December 2016 and of the Group's profit and the Group's and the Company's cash flows for the year then ended;
- the Group financial statements have been properly prepared in accordance with International Financial Reporting Standards (IFRSs) as adopted by the European Union;
- the Company financial statements have been properly prepared in accordance with IFRSs as adopted by the European Union and as applied in accordance with the provisions of the Companies Act 2006; and
- the financial statements have been prepared in accordance with the requirements of the Companies Act 2006 and, as regards the Group financial statements, Article 4 of the IAS Regulation.

**What we have audited**
The financial statements, included within the Annual Report and Accounts (the Annual Report), comprise:
- the consolidated and the Schroders plc statements of financial position as at 31 December 2016;
- the consolidated income statement and statement of comprehensive income for the year then ended;
- the consolidated and the Schroders plc statements of changes in equity and cash flow statements for the year then ended; and
- the notes to the financial statements, which include significant accounting policies and other explanatory information.

Certain required disclosures have been presented elsewhere in the Annual Report, rather than in the notes to the financial statements. These are cross-referenced from the financial statements and are identified as audited.

The financial reporting framework that has been applied in the preparation of the financial statements is IFRSs as adopted by the European Union and, as regards the Company financial statements, as applied in accordance with the provisions of the Companies Act 2006, and applicable law.

**Our audit approach**
**Overview**

| Materiality | – Overall Group materiality: £32.2 million which represents 5% of profit before tax and exceptional items. |
| --- | --- |
| Audit scope | – The Group has three business segments, Asset Management, Wealth Management and the Group segment, consisting of over 140 legal entities operating in 27 countries.<br>– We audited the complete financial information for 14 legal entities, due to their size and/or risk characteristics.<br>– Taken together, the territories and functions in the scope of audit work accounted for 84% of the Group's revenues, 84% of the Group's profit before tax and exceptional items and 99% of the Group's total assets. |
| Area of focus | – Risk of misstatement of revenue and cost of sales.<br>– Valuation and completeness of uncertain tax liabilities.<br>– Acquisition accounting. |

**The scope of our audit and our areas of focus**
We conducted our audit in accordance with International Standards on Auditing (UK and Ireland) (ISAs (UK & Ireland)).

We designed our audit by determining materiality and assessing the risks of material misstatement in the financial statements. In particular, we looked at where the Directors made subjective judgements, for example in respect of significant accounting estimates that involved making assumptions and considering future events that are inherently uncertain. As in all of our audits we also addressed the risk of management override of internal controls, including evaluating whether there was evidence of bias by the Directors that represented a risk of material misstatement due to fraud.

The risks of material misstatement that had the greatest effect on our audit, including the allocation of our resources and effort, are identified as "areas of focus" in the table overleaf. We have also set out how we tailored our audit to address these specific areas in order to provide an opinion on the financial statements as a whole, and any comments we make on the results of our procedures should be read in this context. This is not a complete list of all risks identified by our audit.

| Area of focus | How our audit addressed the area of focus |
|---|---|
| **Risk of misstatement of revenue and cost of sales**<br>*Refer to page 60 (Audit and Risk Report) and note 2 – Revenue, note 3 – Cost of sales.*<br><br>Revenue, which comprises management fees, performance fees, other income and Wealth Management interest income, is the result of business activities within both the Asset Management and Wealth Management segments. Commissions, external fund manager fees, distribution fees payable and Wealth Management interest expense are recorded as an expense within cost of sales. The Group recognised net operating revenue of £1,712.8 million (2015: £1,600.7 million).<br><br>The calculations of revenue and cost of sales are largely automated. There are a number of inherent risks in calculating certain types of revenue and cost of sales including the interpretation and manual input of key contractual terms and the identification and valuation of applicable Assets Under Management (AUM), which could result in errors. The bespoke and complex nature of certain investment management agreements, distribution agreements and other contractual terms involving multiple entities globally requires effective monitoring to ensure all financial terms and conditions are captured completely and accurately and applied appropriately.<br><br>Performance fees also remain an area of focus. The calculation basis is set out in the relevant fund prospectus or investment management agreement. In addition to the complexity of interpreting the agreements, there is a risk of error as the calculation involves manual components and may involve some complexity as the performance of relevant assets is compared to a relevant benchmark. | We understood the significant revenue and cost of sale items and identified where there is a higher risk of error, due to manual processes, bespoke or complex contractual terms, and areas of judgement so that we could focus our work in these areas.<br><br>We tested the operating effectiveness of key controls in place across the Group relevant to these revenue and cost of sales calculations, including the assets under management, set up and maintenance of contractual terms and fee billing and commission payment systems.<br><br>We also obtained and assessed independent assurance reports for the relevant controls at the third party administrators and considered whether there was any impact on our audit.<br><br>Where the calculations are automated, we used computer assisted auditing techniques to recalculate revenue, management fee rebates and commissions. On a sample basis, we agreed key inputs in to the systems back to contracts, and re-performed calculations involving manual processes.<br><br>We re-performed a sample of performance fee calculations to check that performance fees were appropriately calculated. We tested the data used to the Group's underlying systems, agreed the basis of calculation to the contractual terms and agreed the benchmark performance to an independent third party source.<br><br>Our testing did not identify any evidence of material misstatement. |
| **Valuation and completeness of uncertain tax liabilities**<br>*Refer to page 60 (Audit and Risk Committee Report) and note 6 – Tax expense.*<br><br>The Group is required to makes estimates in respect of any uncertain tax positions. As the Group operates across multiple countries with differing tax regimes, there is an inherent risk in the interpretation and application of the legislation in each territory in respect of the Group's global business. For most organisations, there is increased focus and challenge from tax authorities over the application of legislation, both locally in individual territories and cross border, which increases the uncertainty over the completeness and valuation of tax balances, which led us to focus on this area.<br><br>For a number of operating companies within the Group the taxable profit is generated, in part, through the allocation of total Group revenue based on the proportion of total activities performed in each country. This procedure is governed by a transfer pricing policy to ensure revenue and costs are recognised appropriately in accordance with the applicable tax legislation.<br><br>The Group had a tax charge of £127.9 million (2015: £121.6 million) for the year. | We compared the Group's transfer pricing policy against our understanding of the activities of the Group and the OECD principles for Multinational Enterprises and Tax Administrations and local tax legislation. We tested the application of the transfer pricing by legal entity within our revenue testing through recalculation of the allocations and agreeing the key inputs to underlying agreements.<br><br>We considered management's approach to uncertain tax positions and tested the calculation of the current and deferred tax positions estimated at the individual legal entity level and at the Group level.<br><br>We considered management bias and performed sensitivity analysis to determine the impact of changes in the key assumptions, both individually and in aggregate.<br><br>We did not identify any material misstatements. |

# Independent auditors' report to the members of Schroders plc continued

| Area of focus | How our audit addressed the area of focus |
|---|---|
| Acquisitions accounting<br>*Refer to page 60 (Audit and Risk Committee Report), note 29 – Business combinations and note 30 – Events after the reporting date.*<br><br>During the year the Group entered into a number of acquisition agreements, some of which completed in the year. The accounting for these can be complex, including the identification and valuation of assets and liabilities acquired and, in certain circumstances there is judgement as to whether they should be consolidated. This was an area of focus for our audit.<br><br>The Group is required to identify and assess the fair value of the assets acquired and the valuation of the goodwill attributable, which is inherently subjective in nature. Our focus was firstly on assessing whether the Group had acquired the appropriate control of the business to be treated as a subsidiary and secondly to assess management's determination of fair value for the identified assets and liabilities acquired.<br><br>At 31 December 2016 the goodwill on acquisitions total £454.9 million and acquired intangible assets total £89.3 million.<br><br>After the year end, 31 December 2016, the Group completed an acquisition that was agreed during the year and our work included assessment of the disclosures made in respect of that acquisition. | We have read and understood the legal agreements entered into by the Group in relation to the acquisitions and considered the basis of their inclusion in the consolidated financial statements.<br><br>We tested the consideration paid and the identification and valuation of the identified net tangible and intangible assets acquired. We have tested that the accounting treatment is in line with IFRS 3 Business Combinations and IAS 28 Investment in Associates and Joint Ventures.<br><br>We tested and challenged the valuation models prepared by the Group for the separately identified intangible assets by: comparing the key assumptions (for example discount rate and longevity of acquired client relationships) against available market data; and testing key data inputs to source records (for example assets under management and historical client attrition rates).<br><br>We also performed sensitivity analysis to determine the impact of changes in the key assumptions (for example discount rate and longevity of acquired client relationships), both individually and in aggregate.<br><br>We have evaluated the appropriateness of the disclosures included within the Group financial statements relating to the acquisitions completed during the year and since 31 December 2016 and up to the date of this report.<br><br>We did not identify any material misstatements. |

## How we tailored the audit scope

We tailored the scope of our audit to ensure that we performed enough work to be able to give an opinion on the financial statements as a whole, taking into account the geographic structure of the Group, the accounting processes and controls, and the industry in which the Group operates.

The Group operates with four centralised finance functions in the UK, Luxembourg, Switzerland and Singapore along with smaller functions in many of the territories in which they operate.

In establishing the overall approach to the audit of the Group, we considered our assessment of the risk of material misstatement within each entity. We concluded that 14 entities generated significant activities or balances to the results of the Group through the consideration of various factors such as, their contribution to the Group's profit before tax and exceptional items, their contribution to significant risk areas and to provide sufficient evidence over each line item in the Group's financial statements. We determined the audit work that needed to be performed by us, as the Group engagement team, or by local teams within PwC UK or from other PwC network firms. Where the work was performed by local audit teams, we determined the level of involvement we needed to have in the audit work for those entities to

be able to conclude whether sufficient appropriate audit evidence had been obtained as a basis for our opinion on the Group financial statements as a whole.

In connection with this year's audit the Group team met with all the local audit teams responsible for each of the 14 components identified as being significant to the scope of Group audit, as well as holding regular discussions with those teams throughout the audit process. In addition we met with the Schroder's centralised finance teams in the UK, Singapore, Luxembourg and Switzerland.

The Group consolidation, financial statement disclosures and a number of Group items, including valuation of goodwill and acquired intangible assets, and employee benefits expense, were audited by the Group engagement team.

### Materiality

The scope of our audit was influenced by our application of materiality. We set certain quantitative thresholds for materiality. These, together with qualitative considerations, helped us to determine the scope of our audit and the nature, timing and extent of our audit procedures on the individual financial statement line items and disclosures and in evaluating the effect of misstatements, both individually and on the financial statements as a whole.

Based on our professional judgement, we determined materiality for the financial statements as a whole as follows:

| Overall Group materiality | £32.2 million (2015: £30.4 million). |
|---|---|
| How we determined it | 5% of profit before tax and exceptional items. |
| Rationale for benchmark applied | Profit before tax is a standard benchmark used in determining materiality. We have adjusted it for exceptional items given the one-off nature of these items, which would distort the basis of the calculation. |

We agreed with the Audit and Risk Committee that we would report to them misstatements identified during our audit above £1.5 million (2015: £1.5 million) as well as misstatements below that amount that, in our view, warranted reporting for qualitative reasons.

### Going concern
Under the Listing Rules we are required to review the Directors' Report, set out on page 67, in relation to going concern. We have nothing to report having performed our review.

Under ISAs (UK & Ireland) we are required to report to you if we have anything material to add or to draw attention to in relation to the Directors' statement about whether they considered it appropriate to adopt the going concern basis in preparing the financial statements. We have nothing material to add or to draw attention to.

As noted in the Directors' statement, the Directors have concluded that it is appropriate to adopt the going concern basis in preparing the financial statements. The going concern basis presumes that the Group and Company have adequate resources to remain in operation, and that the Directors intend them to do so, for at least one year from the date the financial statements were signed. As part of our audit we have concluded that the Directors' use of the going concern basis is appropriate. However, because not all future events or conditions can be predicted, these statements are not a guarantee as to the Group's and Company's ability to continue as a going concern.

### Other required reporting
Consistency of other information and compliance with applicable requirements

#### Companies Act 2006 reporting
In our opinion, based on the work undertaken in the course of the audit:
- the information given in the Strategic Report and the Directors' Report for the financial year for which the financial statements are prepared is consistent with the financial statements; and
- the Strategic Report and the Directors' Report have been prepared in accordance with applicable legal requirements.

In addition, in light of the knowledge and understanding of the Company and its environment obtained in the course of the audit, we are required to report if we have identified any material misstatements in the Strategic Report and the Directors' Report. We have nothing to report in this respect.

In our opinion, based on the work undertaken in the course of the audit:
- the information given in the Corporate Governance Report set out on pages 63 to 64 and in the Directors' Report page 66 in respect to internal control and risk management systems and about share capital structures is consistent with the financial statements and has been prepared in accordance with applicable legal requirements; and
- the information given in the Corporate Governance Report set out on pages 50 to 65 with respect to the Company's corporate governance code and practices and about its administrative, management and supervisory bodies complies with rules 7.2.2, 7.2.3 and 7.2.7 of the Disclosure Rules and Transparency Rules sourcebook made by the Financial Conduct Authority.

In addition, in light of the knowledge and understanding of the Company and its environment obtained in the course of the audit, we are required to report if we have identified any material misstatements in the information referred to above in the Corporate Governance Statement. We have nothing to report in this respect.

# Independent auditors' report to the members of Schroders plc continued

**ISAs (UK & Ireland) reporting**

Under ISAs (UK & Ireland) we are required to report to you if, in our opinion:

| | |
|---|---|
| - information in the Annual Report is:<br>  - materially inconsistent with the information in the audited financial statements; or<br>  - apparently materially incorrect based on, or materially inconsistent with, our knowledge of the Group and Company acquired in the course of performing our audit; or<br>  - otherwise misleading. | We have no exceptions to report. |
| - the statement given by the Directors on page 97, in accordance with provision C.1.1 of the UK Corporate Governance Code (the "Code"), that they consider the Annual Report taken as a whole to be fair, balanced and understandable and provides the information necessary for members to assess the Group's and Company's position and performance, business model and strategy is materially inconsistent with our knowledge of the Group and Company acquired in the course of performing our audit. | We have no exceptions to report. |
| - the section of the Annual Report on pages 58 to 65, as required by provision C.3.8 of the Code, describing the work of the Audit and Risk Committee does not appropriately address matters communicated by us to the Audit and Risk Committee. | We have no exceptions to report. |

**The directors' assessment of the prospects of the group and of the principal risks that would threaten the solvency or liquidity of the group**

Under ISAs (UK & Ireland) we are required to report to you if we have anything material to add or to draw attention to in relation to:

| | |
|---|---|
| - the Directors' confirmation on page 63 of the Annual Report, in accordance with provision C.2.1 of the Code, that they have carried out a robust assessment of the principal risks facing the Group, including those that would threaten its business model, future performance, solvency or liquidity. | We have nothing material to add or to draw attention to. |
| - the disclosures in the Annual Report that describe those risks and explain how they are being managed or mitigated. | We have nothing material to add or to draw attention to. |
| - the Directors' explanation on page 67 of the Annual Report, in accordance with provision C.2.2 of the Code, as to how they have assessed the prospects of the Group, over what period they have done so and why they consider that period to be appropriate, and their statement as to whether they have a reasonable expectation that the Group will be able to continue in operation and meet its liabilities as they fall due over the period of their assessment, including any related disclosures drawing attention to any necessary qualifications or assumptions. | We have nothing material to add or to draw attention to. |

Under the Listing Rules we are required to review the Directors' statement that they have carried out a robust assessment of the principal risks facing the Group and the Directors' statement in relation to the longer-term viability of the Group. Our review was substantially less in scope than an audit and only consisted of making inquiries and considering the Directors' process supporting their statements; checking that the statements are in alignment with the relevant provisions of the Code; and considering whether the statements are consistent with the knowledge acquired by us in the course of performing our audit. We have nothing to report having performed our review.

**Adequacy of accounting records and information and explanations received**

Under the Companies Act 2006 we are required to report to you if, in our opinion:

- we have not received all the information and explanations we require for our audit; or
- adequate accounting records have not been kept by the Company, or returns adequate for our audit have not been received from branches not visited by us; or
- the Company financial statements and the part of the Directors' Remuneration report to be audited are not in agreement with the accounting records and returns.

We have no exceptions to report arising from this responsibility.

**Directors' remuneration**
Directors' remuneration report – Companies Act 2006 opinion
In our opinion, the part of the Directors' Remuneration report to be audited has been properly prepared in accordance with the Companies Act 2006.

**Other Companies Act 2006 reporting**
Under the Companies Act 2006 we are required to report to you if, in our opinion, certain disclosures of Directors' remuneration specified by law are not made. We have no exceptions to report arising from this responsibility.

**Corporate governance statement**
Under the Companies Act 2006 we are required to report to you if, in our opinion, a corporate governance statement has not been prepared by the Company. We have no exceptions to report arising from this responsibility.

Under the Listing Rules we are required to review the part of the Corporate Governance Statement relating to ten further provisions of the Code. We have nothing to report having performed our review.

**Responsibilities for the financial statements and the audit**
Our responsibilities and those of the Directors
As explained more fully in the Statement of Directors' responsibilities set out on page 97, the Directors are responsible for the preparation of the financial statements and for being satisfied that they give a true and fair view.

Our responsibility is to audit and express an opinion on the financial statements in accordance with applicable law and ISAs (UK & Ireland). Those standards require us to comply with the Auditing Practices Board's Ethical Standards for Auditors.

This report, including the opinions, has been prepared for and only for the Company's members as a body in accordance with Chapter 3 of Part 16 of the Companies Act 2006 and for no other purpose. We do not, in giving these opinions, accept or assume responsibility for any other purpose or to any other person to whom this report is shown or into whose hands it may come save where expressly agreed by our prior consent in writing.

What an audit of financial statements involves
An audit involves obtaining evidence about the amounts and disclosures in the financial statements sufficient to give reasonable assurance that the financial statements are free from material misstatement, whether caused by fraud or error. This includes an assessment of:
– whether the accounting policies are appropriate to the Group's and the Company's circumstances and have been consistently applied and adequately disclosed;
– the reasonableness of significant accounting estimates made by the Directors; and
– the overall presentation of the financial statements.

We primarily focus our work in these areas by assessing the Directors' judgements against available evidence, forming our own judgements, and evaluating the disclosures in the financial statements.

We test and examine information, using sampling and other auditing techniques, to the extent we consider necessary to provide a reasonable basis for us to draw conclusions. We obtain audit evidence through testing the effectiveness of controls, substantive procedures or a combination of both.

In addition, we read all the financial and non-financial information in the Annual Report to identify material inconsistencies with the audited financial statements and to identify any information that is apparently materially incorrect based on, or materially inconsistent with, the knowledge acquired by us in the course of performing the audit. If we become aware of any apparent material misstatements or inconsistencies we consider the implications for our report. With respect to the Strategic Report, Directors' Report and Corporate Governance Statement, we consider whether those reports include the disclosures required by applicable legal requirements.

Andrew Kail (Senior Statutory Auditor)
for and on behalf of PricewaterhouseCoopers LLP
Chartered Accountants and Statutory Auditors
London
1 March 2017

[1] The maintenance and integrity of the Schroders plc website is the responsibility of the Directors; the work carried out by the auditors does not involve consideration of these matters and, accordingly, the auditors accept no responsibility for any changes that may have occurred to the financial statements since they were initially presented on the website.
[2] Legislation in the United Kingdom governing the preparation and dissemination of financial statements may differ from legislation in other jurisdictions.



**High net worth individuals**

We provide a full suite
of wealth management
services, including wealth
planning, portfolio
management and banking
and treasury services.

# Shareholder information

| | |
|---|---|
| Shareholder information | 172 |
| Five year consolidated financial summary | 173 |
| Glossary | 174 |

# Shareholder information

## Contact information

**Schroders plc**
Registered in England and Wales
Company No. 3909886

**Registered office**
31 Gresham Street
London EC2V 7QA
Tel: +44 (0) 20 7658 6000
Fax: +44 (0) 20 7658 6965
Email: companysecretary@schroders.com
www.schroders.com

**Share and Loan Note Registrar**
Computershare Investor Services PLC
The Pavilions
Bridgwater Road
Bristol BS99 6ZZ

**UK Shareholder and Loan Noteholder helpline:**
Freephone (UK callers only): 0800 923 1530
International: +44 117 378 8170
Fax: +44 (0) 370 703 6101
www.investorcentre.co.uk

**Financial calendar**

| | |
|---|---|
| Ex-dividend date | 30 March 2017 |
| Record date | 31 March 2017 |
| Annual General Meeting | 27 April 2017 |
| Final dividend payment date | 4 May 2017 |
| Half-yearly results announcement | 27 July 2017 |
| Interim dividend paid* | September 2017 |
| * Date to be confirmed. | |

**Annual General Meeting**
Our AGM will be held at 11.30 a.m. on 27 April 2017 at
31 Gresham Street, London EC2V 7QA.

**Investor Centre**
Computershare is the Company's share and loan note registrar.
Investor Centre is Computershare's free, secure, self-service website
where holders can manage their interests online.

The website enables holders to:
– View share and loan note balances
– Change address details
– View payment and tax information
– Update payment instructions
– Update communication instructions

Holders can register their email address at www.investorcentre.co.uk
to be notified electronically of events such as AGMs, and can receive
shareholder and loan note communications such as the Annual Report
and Accounts and the Notice of Meeting online.

Enquiries and notifications concerning dividends, interest payments,
share or loan note certificates or transfers and address changes should
be sent to the Registrar.

**Dividends and interest payments**
Paying dividend and interest payments into a bank or building
society account helps reduce the risk of fraud and will provide you
with immediate access to your funds. Applications for an electronic
mandate can be made by contacting the Registrar.

If your dividend is paid directly into your bank or building society account,
you will receive an annual consolidated dividend confirmation which will be
sent to you in September each year at the time the interim dividend is paid.
You will receive a tax voucher each time you are paid an interest payment.

Dividend confirmation and interest payment tax vouchers are available
electronically at www.investorcentre.co.uk to those holders who have
their payments mandated to their bank or building society accounts
and who have expressed a preference for e-communications.

The Company operates a Dividend Reinvestment Plan (DRIP) which
provides shareholders with a way of increasing their shareholding
in the Company by reinvesting their dividends. A copy of the DRIP terms
and conditions and application form can be obtained from the Registrar.

Details of dividend payments can be found in the Directors' report
on page 67.

Schroders offers a service to shareholders in participating countries which
enables dividends to be received in local currencies. You can check your
eligibility and/or request a mandate form by contacting the Registrar.

**Floating rate unsecured loan notes**
If you wish to redeem your loan note(s), send the completed Notice of
Repayment on the reverse of the Loan Note Certificate to the Registrar
no later than the deadlines set out below. Partial redemptions are only
permitted in multiples of £100.

| Redemption date | Notification deadline |
|---|---|
| 30 June 2017 | 31 March 2017 |
| 31 December 2017 | 30 September 2017 |
| 30 June 2018 | N/A |

The final redemption will take place on 30 June 2018.

Where a Notification deadline date falls on a non-business day, Notices
of Repayment should be received on the last working day prior to that
date. Any Notices of Repayment received after the relevant deadline
will not be actioned until the next Redemption Date.

**Overseas branch register**
An overseas branch register is operated in Bermuda for the benefit of
shareholders with registered addresses in Bermuda. Enquiries should
be directed to the Registrar.

**Warning to shareholders**
Companies are aware that their shareholders have received unsolicited
telephone calls or correspondence concerning investment matters. These
are typically from overseas-based 'brokers' who target UK shareholders,
offering to sell them what often turn out to be worthless or high risk
shares or investments. These operations are commonly known as 'boiler
rooms'. These 'brokers' can be very persistent and extremely persuasive.

Shareholders are advised to be wary of any unsolicited advice, offers
to buy shares at a discount or offers of free company reports. If you
receive any unsolicited investment advice:
– Make sure you get the correct name of the person and organisation.
– Check that they are properly authorised by the FCA before getting
  involved by visiting https://register.fca.org.uk.
– Report the matter to the FCA by calling 0800 111 6768 or visiting
  https://www.fca.org.uk/consumers/report-scam-unauthorised-firm.
– Do not deal with any firm that you are unsure about.

If you deal with an unauthorised firm, you will not be eligible to receive
payment under the Financial Services Compensation Scheme. The FCA
provides a list of unauthorised firms of which it is aware, which can be
accessed at https://www.fca.org.uk/consumers/unauthorised-firms-
individuals#list.

More detailed information on this or similar activity can be found on
the FCA website at https://www.fca.org.uk/consumers/avoid-scams-
unauthorised-firms.

**Capital gains tax**
Capital gains tax values for the Company's shares as at 31 March 1982
and values relating to the disposal of the investment banking business
in 2000 can be found on the Company's website.

# Five year consolidated financial summary

| Before exceptional items | 2016 £m | 2015 £m | 2014 £m | 2013 £m | 2012 £m |
|---|---|---|---|---|---|
| Profit before tax | 644.7 | 609.7 | 565.2 | 507.8 | 360.0 |
| Tax | (132.4) | (126.3) | (113.9) | (103.0) | (76.8) |
| Profit after tax | 512.3 | 483.4 | 451.3 | 404.8 | 283.2 |

| After exceptional items | 2016 £m | 2015 £m | 2014 £m | 2013 £m | 2012 £m |
|---|---|---|---|---|---|
| Profit before tax | 618.1 | 589.0 | 517.1 | 447.5 | 360.0 |
| Tax | (127.9) | (121.6) | (103.9) | (94.8) | (76.8) |
| Profit after tax | 490.2 | 467.4 | 413.2 | 352.7 | 283.2 |

| Pre-exceptional earnings per share: | 2016 Pence | 2015 Pence | 2014 Pence | 2013 Pence | 2012 Pence |
|---|---|---|---|---|---|
| Basic earnings per share[1] | 186.3 | 176.9 | 166.8 | 149.9 | 104.7 |
| Diluted earnings per share[1] | 182.4 | 172.2 | 161.5 | 144.6 | 101.3 |

| Post-exceptional earnings per share: | 2016 Pence | 2015 Pence | 2014 Pence | 2013 Pence | 2012 Pence |
|---|---|---|---|---|---|
| Basic earnings per share[1] | 178.3 | 171.1 | 152.7 | 130.6 | 104.7 |
| Diluted earnings per share[1] | 174.5 | 166.5 | 147.8 | 126.0 | 101.3 |

| Dividends: | 2016 | 2015 | 2014 | 2013 | 2012 |
|---|---|---|---|---|---|
| Cost (£m) | 236.6 | 226.3 | 177.7 | 123.5 | 104.1 |
| Pence per share[2] | 87.0 | 83.0 | 66.0 | 46.0 | 39.0 |

| Total equity (£m) | 3,152.8 | 2,795.6 | 2,537.8 | 2,268.6 | 2,069.9 |
|---|---|---|---|---|---|

| Net assets per share (pence)[3] | 1,115 | 990 | 898 | 802 | 733 |
|---|---|---|---|---|---|

| Group employees at year end 31 December | 2016 Number | 2015 Number | 2014 Number | 2013 Number | 2012 Number |
|---|---|---|---|---|---|
| United Kingdom | 2,264 | 1,988 | 1,889 | 1,913 | 1,462 |
| Europe, Middle East and Africa | 716 | 686 | 628 | 590 | 570 |
| Americas | 331 | 321 | 278 | 294 | 251 |
| Asia Pacific | 834 | 789 | 761 | 731 | 728 |
| | 4,145 | 3,784 | 3,556 | 3,528 | 3,011 |

[1] See note 7 for the basis of this calculation.
[2] Dividends per share are those amounts approved by the shareholders to be paid within the year on a per share basis to the shareholders on the register at the specified dates.
[3] Net assets per share are calculated by using the actual number of shares in issue at the year end date (see note 21).

**Exchange rates – closing**

| 31 December | 2016 | 2015 | 2014 | 2013 | 2012 |
|---|---|---|---|---|---|
| Sterling: | | | | | |
| Euro | 1.17 | 1.36 | 1.29 | 1.20 | 1.23 |
| US dollar | 1.24 | 1.47 | 1.56 | 1.66 | 1.63 |
| Swiss franc | 1.26 | 1.48 | 1.55 | 1.47 | 1.49 |
| Australian dollar | 1.71 | 2.03 | 1.91 | 1.85 | 1.57 |
| Hong Kong dollar | 9.58 | 11.42 | 12.09 | 12.84 | 12.60 |
| Japanese yen | 144.12 | 177.30 | 186.95 | 174.08 | 140.55 |
| Singaporean dollar | 1.79 | 2.09 | 2.07 | 2.09 | 1.99 |

| Exchange rates – average | 2016 | 2015 | 2014 | 2013 | 2012 |
|---|---|---|---|---|---|
| Sterling: | | | | | |
| Euro | 1.23 | 1.38 | 1.24 | 1.18 | 1.23 |
| US dollar | 1.36 | 1.53 | 1.65 | 1.57 | 1.59 |
| Swiss franc | 1.34 | 1.48 | 1.51 | 1.45 | 1.48 |
| Australian dollar | 1.83 | 2.04 | 1.83 | 1.64 | 1.53 |
| Hong Kong dollar | 10.52 | 11.84 | 12.78 | 12.18 | 12.33 |
| Japanese yen | 149.31 | 184.79 | 175.15 | 152.51 | 126.93 |
| Singaporean dollar | 1.88 | 2.10 | 2.09 | 1.96 | 1.98 |

# Glossary

## Alternative Performance Measures

### Profit before tax and exceptional items
The presentation of profit before tax and exceptional items provides transparency of recurring revenue and expenditure to aid understanding of the financial performance of the Group

### Total cost ratio
Total Group costs before exceptional items divided by net income before exceptional items. A 65% total cost ratio is targeted to ensure costs are aligned with net income, although we recognise that in weaker markets the ratio may be higher than our long-term target

### Total compensation ratio
Pre-exceptional compensation cost divided by pre-exceptional net income, both of which are subject to adjustment by the Remuneration Committee. By targeting a total compensation ratio of 45 to 49%, depending upon market conditions, we align the interests of shareholders and employees

### Profit share ratio
Bonus charge before exceptional items divided by pre-bonus profit before tax and exceptional items. Measuring the bonus charge against pre-bonus profit ensures that the interests of employees are aligned with the Group's financial performance

### Payout ratio
The total dividend per share in respect of the year divided by the pre-exceptional basic earnings per share. Targeting a payout ratio of 50% allows us to align shareholder return with the success of the Group

### Basic or diluted earnings per share before exceptional items
The presentation of earnings per share before exceptional items provides transparency of recurring revenue and expenditure to aid understanding of the financial performance of the Group

### Pre or post tax return on average capital before exceptional items
Annualised profit before exceptional items divided by the average of the opening and closing capital for the year to date period. The ratio serves to illustrate how effectively Schroders is utilising capital

### Actively managed
The management of assets based on active decision-making as opposed to aiming to replicate an index

### Alpha
Excess return over beta relative to a market benchmark

### Assets under administration (AUA)
Assets advised by the Best Practice and Evolution Wealth Independent Financial Adviser (IFA) networks where Schroders provides administrative support, including the Enable Client Relationship System and regulatory compliance services, but where the IFAs are independent from the Schroders Group

### Assets under management (AUM)
The aggregate value of assets managed on behalf of clients. In Wealth Management this includes assets where Schroders provides advisory services but the investment decisions are made by the client. AUM also includes assets held in custody where the client independently makes investment decisions, whether it is through direct contact with Schroders or via the Fusion wealth platform

### Assets under management and administration (AUMA)
The combined value of AUA and AUM

### Basis point (bps)
One one-hundredth of a percentage point (0.01%)

### BEPS
Base Erosion and Profit Shifting

### Beta
Market returns

### BREEAM
Building Research Establishment Environmental Assessment Method

### Brexit
A blend of the words 'British' and 'exit' which refers to the United Kingdom's potential withdrawal from the European Union

### Carbon dioxide equivalent (CO$_2$e)
A standard unit for measuring carbon footprints. It enables the impact of different greenhouse gas emissions on global warming to be expressed using an equivalent amount of carbon dioxide (CO$_2$) as a reference

### CDP
Carbon Disclosure Project

### Compensation cost
Total employee benefits expense

### Defined benefit (DB) pension scheme
A pension benefit where the employer has an obligation to provide participating employees with pension payments that represent a specified percentage of their salary for each year of service

### Defined contribution (DC) pension scheme
A pension benefit where the employer's contribution to an employee's pension is measured as, and limited to, a specified amount, usually a percentage of salary. The value of the pension pot can go up or down depending on how the investments perform

### DEFRA
Department for Environment, Food and Rural Affairs

### Employee benefit trust
An employee benefit trust is a type of discretionary trust established to hold cash or other assets for the benefit of employees, such as satisfying share awards, with a view to facilitating the attraction, retention and motivation of employees

**ESG**
Environmental, Social and Governance

**ETF**
Exchange Traded Fund

**Family offices**
These manage the financial and investment side of an affluent individual or family

**Fitch Asset Management Rating**
Asset manager ratings reflect an assessment of an asset management organisation's vulnerability to operational and investment management failures, as reflected by the quality of the organisation's experience, employee resources, investment processes, internal control environment, investment administration capabilities and related technology resources. Asset manager ratings are assigned on a scale from 'Highest Standards' to 'Inadequate Standards'. Highest Standards denotes the lowest vulnerability to operational and investment management failures

**FCA**
Financial Conduct Authority

**FRC**
Financial Reporting Council

**Fusion wealth platform**
A platform service provided by the Group which supports independent Financial Advisers in managing client assets through a data interface which provides the end investor with tools such as valuation and trade aggregation

**GAIA**
Global Alternative Investor Access, a fund range domiciled in Luxembourg

**GMC**
Group Management Committee

**GRC**
Group Risk Committee

**HMRC**
Her Majesty's Revenue and Customs

**ICAAP**
Internal Capital Adequacy Assessment Process

**ILAAP**
Internal Liquidity Adequacy Assessment Process

**IFRS**
International Financial Reporting Standards

**Institutional sales channel and clients**
Institutional clients, such as pension funds, insurance companies and government funds, come to Schroders through their own adviser or consultant. Assignments are typically highly specific and may dovetail with their other investments in a range of asset classes and with other managers they employ

**Intermediary sales channel and clients**
Schroders works with intermediaries such as banks, insurance companies, platforms and independent financial advisers, who advise the end retail client

**Investment capacity**
The extent to which easily accessible investments are available, which are capable of delivering the required return of a particular product or investment strategy

**Investment capital**
Investment capital is shareholders' investible equity held in excess of operating requirements. It is managed with the aim of achieving a low volatility return. It is mainly held in cash, government and government-guaranteed bonds, investment grade corporate bonds and Schroders' funds. Investment capital is also used to help support the organic development of existing and new business strategies and to respond to other investment and growth opportunities as they arise, such as acquisitions that will accelerate the development of the business

**Investment performance**
This is calculated by Schroders, using published benchmarks for products, where available, for Asset Management only. It excludes private equity, LDI and externally managed GAIA funds, and funds which do not have the required track record. If no benchmark is published or agreed with the client but the fund is listed in competitor rankings, the relative position of the fund to its peer group is used to calculate any outperformance. Funds with no benchmark but an absolute return target over the one or three-year period are measured against that absolute target. Funds with no benchmark and no target may be measured against a cash return, if applicable. As at 31 December 2016, such comparator data existed for 74% of Asset Management AUM over three years, 87% over one year and 63% over five years. Certain Schroders Group companies claim compliance with the Global Investment Performance Standards (GIPS). Further information is available upon request

**Investment returns**
The increase in AUM attributable to investment performance, market movements and foreign exchange

**LGBT+**
Lesbian, Gay, Bisexual and Transgender and other groups of sexual and gender minorities

**Liability driven investment (LDI)**
A form of investing where the main goal is to gain sufficient assets to meet known liabilities, both current and future. This form of investment is most prominent for defined benefit pension schemes

**Life Company**
Schroder Pension Management Limited, a wholly-owned subsidiary, which provides investment products through a life assurance wrapper

**MIFID II**
The second iteration of the Markets in Financial Instruments Directive

**Net income**
A sub-total consisting of net operating revenue, net gains on financial instruments and other income and share of profit of associates and joint ventures

**Net new business**
New funds from clients less funds withdrawn by clients. This is also described as net inflows (when positive) or net outflows (when negative). New funds and funds withdrawn are calculated as at 31 December 2016 on the basis of actual funding provided or withdrawn

# Glossary
continued

**Net operating revenue**
A sub-total consisting of revenue less cost of sales as defined in notes 2 and 3 of the financial report

**Net operating revenue margins**
Asset Management and/or Wealth Management net operating revenue divided by the relevant average AUM

**OECD**
The Organisation for Economic Cooperation and Development

**Passive products**
Products which are intended to replicate an index

**Pillar 1**
The minimum capital requirements in relation to credit risk, operational risk and market risk taken by the Group as principal

**Pillar 2**
The requirement for companies to assess the level of additional capital held against risks not covered in Pillar 1

**Pillar 3** This complements Pillar 1 and Pillar 2 with the aim of improving market discipline by requiring companies to publish certain details of their risks, capital and risk management. Schroders' Pillar 3 disclosures are available at www.schroders.com/ir

**Platforms**
Platforms in the UK savings market offer a range of investment products such as unit trusts, Individual Saving Accounts (ISAs), unit-linked life and pension bonds and Self-Invested Personal Pensions (SIPPs) to facilitate investment in many funds from different managers through one portal

**PRA**
Prudential Regulation Authority

**Regulatory capital**
Regulatory capital is the amount of risk capital set by legislation or local regulators, which companies must hold against any difficulties such as market or credit risks

**Rights to shares**
The entitlements of employees, including executive Directors, to Company shares until vesting conditions have been satisfied and the awards exercised

**Robo advisor**
An online wealth management service that provides automated, algorithm based portfolio management advice using software rather than human financial planners

**Total dividend per share**
Unless otherwise stated, this is the total dividend in respect of the year, comprised of the interim dividend and the proposed final dividend. This differs from the IFRS dividend which is comprised of the interim and final dividends declared and paid during the year

**UK Stewardship Code**
A set of principles or guidelines released in 2010 by the Financial Reporting Council directed at institutional investors who hold voting rights in United Kingdom companies

**UN PRI**
The United Nations-supported Principles for Responsible Investment Initiative is an international network of investors working together to implement the six Principles for Responsible Investment. Its goal is to understand the implications of sustainability for investors and support signatories to incorporate these issues into their investment decision-making and ownership practices

Designed and produced by Addison Group.
www.addison-group.net

Printed by Pureprint Group on FSC® certified paper.

Pureprint Group is an EMAS certified CarbonNeutral® Company and its Environmental Management System is certified to ISO14001.

100% of the inks used are vegetable oil-based.

This document is printed on Splendorgel Extra White, a paper containing virgin fibre sourced from well managed, sustainable, FSC certified forests. The pulp used in this product is bleached using an elemental chlorine free (ECF).







EST. 1804

# Exhibit B

# Schroder Investment Management Limited
## Annual Report and Accounts 2016
Year Ended 31 December 2016

Registered Number: 1893220



THURSDAY

*AG49M11E*
A28        13/04/2017        #177
COMPANIES HOUSE



Schroder Investment Management Limited
Annual Report and Accounts 2016

# Contents

| | Page |
|---|---|
| Officers and professional advisers | 2 |
| Strategic report | 3 |
| Directors' report | 4 |
| Independent auditors' report to the member of Schroder Investment Management Limited | 7 |
| Income statement | 9 |
| Statement of comprehensive income | 9 |
| Statement of financial position | 10 |
| Statement of changes in equity | 11 |
| Cash flow statement | 12 |
| Notes to the financial statements | 13 |

Schroders

# Officers and professional advisers

**Directors**

Peter Harrison
Richard J Keers
Nicola J Richards
John A Troiano

**Company Secretary**

Schroder Corporate Services Limited

**Registered Office**

31 Gresham Street
London
EC2V 7QA

**Independent Auditors**

PricewaterhouseCoopers LLP
Chartered Accountants and Statutory Auditors
7 More London Riverside
London
SE1 2RT

**Schroders**

# Strategic report

The Directors present their Strategic report on Schroder Investment Management Limited (the Company) for the year ended 31 December 2016.

## Results and review of the business

The profit for the year, after tax, was £167.5 million (2015: £121.9 million profit after tax). This represents a return on net assets of 65% (2015: 51%).

The principal activities of the Company are investment management and advisory services and it has subsidiary companies engaged in investment management. The Company is authorised and regulated by the Financial Conduct Authority and is one of the principal investment management companies in the Schroders plc Group (the Group). It is also the main employing entity of UK employees.

Net income increased by £79.9 million to £629.1 million (2015: £549.2 million) due to higher net operating revenue and increased net gains on financial instruments and other income. Net gains on financial instruments and other income increased £10.6 million to £18.1 million (2015: £7.5 million) due to weakening sterling which had a positive impact on net assets held in foreign currency. Operating expenses increased by £28.4 million driven by higher employee compensation costs and technology costs.

The Company's investment and operating principles are expected to remain unchanged in 2017. The Group has considered the impact of the result of the referendum on 23 June 2016 which means that the United Kingdom is expected to exit the European Union. This is likely to continue to cause heightened economic and political uncertainty over the medium term, particularly in the United Kingdom and continental Europe. We believe the Company is well placed to manage the associated risks arising from this event, including the impact of potential legal and regulatory changes on Schroders' business model.

The Directors consider the results and the Company's financial position at 31 December 2016 to be satisfactory.

## Principal risks and uncertainties

From the perspective of the Company, the principal risks and uncertainties are integrated with the principal risks of Schroders plc's other subsidiary undertakings which, with Schroders plc, form the Schroders plc Group and are not managed separately. Accordingly, the principal risks and uncertainties of the Group, which include those of the Company, are discussed in "Key risks and mitigations" in the Strategic report and "Risk and internal controls" within the Governance section of the Schroders plc annual report and accounts for the year ended 31 December 2016 (the Schroders Report). The Schroders Report does not form part of this report.

## Key performance indicators

The Directors of the Group manage the Group's operations on a divisional basis. For this reason, the Company's Directors believe that analysis using key performance indicators for the Company is not necessary or appropriate for an understanding of the development, performance or position of the business of the Company. The development, performance and position of the Group, which includes the Company, is discussed in the "Strategic report" in the Schroders Report. The Schroders Report does not form part of this report.

Approved by the Board of Directors and signed on its behalf by:

Louise Richard, Authorised signatory for
Schroder Corporate Services Limited
Company Secretary
1 March 2017

 Schroders

# Directors' report

The Directors present their report and the audited financial statements of the Company for the year ended 31 December 2016. The information contained in the Strategic report and the Statement of Directors' responsibilities forms part of this Directors' report.

**General information**

The Company is a private limited company, limited by shares incorporated and domiciled in England and Wales. The Company's ultimate parent undertaking and controlling entity is Schroders plc, which together with the Company and Schroders plc's other subsidiary undertakings, form the Group.

The Company had branch offices during the year in Dubai, France and Spain.

**Future developments**

The future developments of the Company are disclosed within the Strategic report.

**Dividends**

During the year, the Directors declared an interim dividend of £105.6 million in respect of the year ended 31 December 2015, which was paid on 24 March 2016.

The Directors have declared an interim dividend in respect of the year ended 31 December 2016 totalling £187.0 million payable on 27 March 2017 to the shareholder on the register of members on that date.

**Risk management and use of financial instruments**

The risk management processes of the Company are aligned with those of the Group as a whole. Details of the Group's risk management processes are outlined in "Key risks and mitigations" in the Strategic report and "Risk and internal controls" within the Governance section of the Schroders Report. The Company's specific risk exposures to financial instruments are explained in note 17 to the financial statements. The Schroders Report does not form part of this report.

**Going concern**

Taking all the above factors into consideration, including the nature of the Company and its business, the Directors are satisfied that, at the time of approving the financial statements, there is a reasonable expectation that the Company has adequate resources to continue in operational existence for the foreseeable future. For this reason the Directors continue to adopt the going concern basis in preparing the financial statements.

**Directors**

The Directors of the Company who have served throughout the year, except where listed below, are set out on page two. Between 1 January 2016 and 1 March 2017 the following changes have taken place:

| Director | Appointed | Resigned |
|---|---|---|
| Michael Dobson | | 03 April 2016 |
| Jonathan Jesty | | 16 June 2016 |
| Philip Mallinckrodt | 16 June 2016 | 01 March 2017 |
| Nicola Richards | 04 August 2016 | |
| Markus Ruetimann | | 31 May 2016 |
| Massimo Tosato | | 31 May 2016 |
| John Troiano | 16 June 2016 | |

 Schroders

# Directors' report (continued)

### Directors' liability insurance

Directors' and Officers' liability insurance is taken out by Schroders plc, the Company's ultimate parent company, for the benefit of the Directors of the Company.

### Employee involvement

The Company has a policy of regularly providing employees with information on matters of interest to them in relation to the business of the Company and the Group. Employees are consulted via email, an intranet site and an employee forum (the Forum). The Forum consists of employees elected by their peers, and members of the Forum meet regularly with management as part of a Joint Consultative Group which discusses employee-related matters and provides feedback and recommendations to the senior management team. Financial and economic factors affecting the performance of the Group are set out in the Schroders Report which is made available to all employees. Through the Share Incentive Plan, employees are encouraged to participate in the success of the Group.

### Employment policy

The Company is committed to equal opportunities for both existing employees and applicants seeking employment. It is the Company's policy to give appropriate consideration to applications for employment from disabled persons, having regard to their particular aptitudes and abilities. For the purpose of training, career development and promotion, disabled employees, including any who become disabled in the course of their employment, are treated on equal terms with other employees.

### Independent Auditors and disclosure of information to Independent Auditors

In accordance with Section 487(2) of the Companies Act 2006 and in the absence of a notice proposing that the appointment be terminated at a general meeting, the current auditors, PricewaterhouseCoopers LLP, are deemed to be reappointed for the next financial year.

To the best of the Directors' knowledge there is no relevant audit information of which the Company's auditors are unaware. Each of the Directors has taken all reasonable steps that ought to have been taken by him or her as a Director in order to make himself or herself aware of any relevant audit information and to establish that the Company's auditors are aware of such information.



# Directors' report (continued)

### Statement of Directors' responsibilities

The Directors are responsible for preparing the Strategic report, the Directors' report and the financial statements in accordance with applicable law and regulations.

Company law requires the Directors to prepare financial statements for each financial year. Under that law the Directors have elected to prepare the financial statements in accordance with International Financial Reporting Standards (IFRS) as adopted by the European Union. Under company law the Directors must not approve the financial statements unless they are satisfied that they give a true and fair view of the state of affairs of the Company and of the profit or loss of the Company for that period. In preparing these financial statements, the Directors are required to:

- select suitable accounting policies and then apply them consistently;
- make judgements and accounting estimates that are reasonable and prudent;
- state whether applicable IFRS have been followed, subject to any material departures disclosed and explained in the financial statements; and
- prepare the financial statements on the going concern basis unless it is inappropriate to presume that the Company will continue in business.

The Directors are responsible for keeping adequate accounting records that are sufficient to show and explain the Company's transactions and disclose with reasonable accuracy at any time the financial position of the Company and enable them to ensure that the financial statements comply with the Companies Act 2006. They are also responsible for safeguarding the assets of the Company and hence for taking reasonable steps for the prevention and detection of fraud and other irregularities.

Approved by the Board of Directors and signed on its behalf by:

Louise Richard, Authorised signatory for
Schroder Corporate Services Limited
Company Secretary
1 March 2017

Registered Office:
31 Gresham Street
London EC2V 7QA

Registered in England and Wales No 1893220

**Schroders**

# Independent auditors' report to the member of Schroder Investment Management Limited

**Report on the financial statements**

**Our opinion**

In our opinion, Schroder Investment Management Limited's financial statements (the "financial statements"):

- give a true and fair view of the state of the Company's affairs as at 31 December 2016 and of its profit and cash flows for the year then ended;
- have been properly prepared in accordance with International Financial Reporting Standards ("IFRSs") as adopted by the European Union; and
- have been prepared in accordance with the requirements of the Companies Act 2006.

**What we have audited**

The financial statements, included within the Annual Report and Accounts (the "Annual Report"), comprise:

- the statement of financial position as at 31 December 2016;
- the income statement and statement of comprehensive income for the year then ended;
- the cash flow statement for the year then ended;
- the statement of changes in equity for the year then ended; and
- the notes to the financial statements, which include a summary of significant accounting policies and other explanatory information.

The financial reporting framework that has been applied in the preparation of the financial statements is IFRSs as adopted by the European Union, and applicable law.

In applying the financial reporting framework, the Directors have made a number of subjective judgements, for example in respect of significant accounting estimates. In making such estimates, they have made assumptions and considered future events.

**Opinions on other matters prescribed by the Companies Act 2006**

In our opinion, based on the work undertaken in the course of the audit:

- the information given in the Strategic Report and the Directors' Report for the financial year for which the financial statements are prepared is consistent with the financial statements; and
- the Strategic Report and the Directors' Report have been prepared in accordance with applicable legal requirements.

In addition, in light of the knowledge and understanding of the company and its environment obtained in the course of the audit, we are required to report if we have identified any material misstatements in the Strategic Report and the Directors' Report. We have nothing to report in this respect.

**Other matters on which we are required to report by exception**

**Adequacy of accounting records and information and explanations received**

Under the Companies Act 2006 we are required to report to you if, in our opinion:

- we have not received all the information and explanations we require for our audit; or
- adequate accounting records have not been kept, or returns adequate for our audit have not been received from branches not visited by us; or
- the financial statements are not in agreement with the accounting records and returns.

We have no exceptions to report arising from this responsibility.



# Independent auditors' report to the member of Schroder Investment Management Limited

### Directors' remuneration

Under the Companies Act 2006 we are required to report to you if, in our opinion, certain disclosures of Directors' remuneration specified by law are not made. We have no exceptions to report arising from this responsibility.

### Responsibilities for the financial statements and the audit

#### Our responsibilities and those of the Directors

As explained more fully in the Statement of Directors' responsibilities set out on page 6, the Directors are responsible for the preparation of the financial statements and for being satisfied that they give a true and fair view.

Our responsibility is to audit and express an opinion on the financial statements in accordance with applicable law and International Standards on Auditing (UK and Ireland) ("ISAs (UK & Ireland)"). Those standards require us to comply with the Auditing Practices Board's Ethical Standards for Auditors.

This report, including the opinions, has been prepared for and only for the company's members as a body in accordance with Chapter 3 of Part 16 of the Companies Act 2006 and for no other purpose. We do not, in giving these opinions, accept or assume responsibility for any other purpose or to any other person to whom this report is shown or into whose hands it may come save where expressly agreed by our prior consent in writing.

#### What an audit of financial statements involves

We conducted our audit in accordance with ISAs (UK & Ireland). An audit involves obtaining evidence about the amounts and disclosures in the financial statements sufficient to give reasonable assurance that the financial statements are free from material misstatement, whether caused by fraud or error. This includes an assessment of:

- whether the accounting policies are appropriate to the company's circumstances and have been consistently applied and adequately disclosed;
- the reasonableness of significant accounting estimates made by the Directors; and
- the overall presentation of the financial statements.

We primarily focus our work in these areas by assessing the Directors' judgements against available evidence, forming our own judgements, and evaluating the disclosures in the financial statements.

We test and examine information, using sampling and other auditing techniques, to the extent we consider necessary to provide a reasonable basis for us to draw conclusions. We obtain audit evidence through testing the effectiveness of controls, substantive procedures or a combination of both.

In addition, we read all the financial and non-financial information in the Annual Report to identify material inconsistencies with the audited financial statements and to identify any information that is apparently materially incorrect based on, or materially inconsistent with, the knowledge acquired by us in the course of performing the audit. If we become aware of any apparent material misstatement or inconsistencies we consider the implications for our report. With respect to the Strategic Report and Directors' report, we consider whether those reports include the disclosures required by applicable legal requirements.

Thomas Robb (Senior Statutory Auditor)
for and on behalf of PricewaterhouseCoopers LLP
Chartered Accountants and Statutory Auditors
London
1 March 2017

Schroders

# Income statement

for the year ended 31 December 2016

| | Note | 2016 £m | 2015 [1] £m |
|---|---|---|---|
| Revenue | 2 | 645.2 | 561.3 |
| Cost of sales | 3 | (65.2) | (52.7) |
| Net operating revenue | | 580.0 | 508.6 |
| | | | |
| Net gains on financial instruments and other income | 4 | 18.1 | 7.5 |
| Distributions received from subsidiaries and associates | 5 | 31.0 | 33.1 |
| Net income | | 629.1 | 549.2 |
| | | | |
| Operating expenses | 6 | (426.6) | (398.2) |
| Profit before income tax | | 202.5 | 151.0 |
| | | | |
| Income tax expense | 7 | (35.0) | (29.1) |
| Profit after tax | | 167.5 | 121.9 |

[1] 2015 has been reformatted for consistency with the 2016 presentation, see Presentation of the financial statements on page 13.

# Statement of comprehensive income

for the year ended 31 December 2016

| | 2016 £m | 2015 £m |
|---|---|---|
| Profit for the year | 167.5 | 121.9 |
| Total comprehensive income for the year, net of tax | 167.5 | 121.9 |

Schroders

# Statement of financial position

31 December 2016

| | Note | 2016 £m | 2015 £m |
|---|---|---|---|
| **Assets** | | | |
| Cash and cash equivalents | 9 | 1.0 | 1.4 |
| Trade and other receivables | 10 | 490.0 | 427.2 |
| Current tax | | 4.1 | 20.7 |
| Financial assets | | 0.1 | 0.1 |
| Property, plant and equipment | 11 | 12.1 | 13.2 |
| Investments in subsidiaries and associates | 12 | 19.9 | 20.0 |
| Intangible assets | 13 | 53.8 | 41.9 |
| Deferred tax | 14 | 35.4 | 34.0 |
| **Total assets** | | **616.4** | **558.5** |
| **Liabilities** | | | |
| Trade and other payables | 15 | 300.0 | 309.4 |
| Current tax | | 1.3 | 1.5 |
| Provisions | 16 | 12.7 | 7.7 |
| **Total liabilities** | | **314.0** | **318.6** |
| **Net assets** | | **302.4** | **239.9** |
| **Total equity** | | **302.4** | **239.9** |

The financial statements on pages 9 to 42 were approved by the Board of Directors on 1 March 2017 and were signed on its behalf by:

Richard J Keers
Director



# Statement of changes in equity

for the year ended 31 December 2016

| | Share capital[1] £m | Retained earnings[2] £m | Total equity £m |
|---|---|---|---|
| At 1 January 2016 | 70.0 | 169.9 | 239.9 |
| Total comprehensive income for the year net of tax | - | 167.5 | 167.5 |
| Tax credit on items taken directly to equity | - | 0.6 | 0.6 |
| Transactions with shareholders: | | | |
| Dividends | - | (105.6) | (105.6) |
| At 31 December 2016 | 70.0 | 232.4 | 302.4 |

| for the year ended 31 December 2015 | Share capital[1] £m | Retained earnings[2] £m | Total equity £m |
|---|---|---|---|
| At 1 January 2015 | 70.0 | 136.3 | 206.3 |
| Total comprehensive income for the year net of tax | - | 121.9 | 121.9 |
| Tax credit on items taken directly to equity | - | 3.8 | 3.8 |
| Transactions with shareholders: | | | |
| Dividends | - | (92.1) | (92.1) |
| At 31 December 2015 | 70.0 | 169.9 | 239.9 |

[1] Share capital represents issued and fully paid ordinary shares at a par value of £1 each.

[2] Retained earnings represents accumulated comprehensive income for the year and prior periods together with transactions with shareholders.

🦬 Schroders

# Cash flow statement

**for the year ended 31 December 2016**

|  | Note | 2016 £m | 2015 [1] £m |
|---|---|---|---|
| **Operating activities** | | | |
| Profit before income tax | | 202.5 | 151.0 |
| Depreciation and amortisation | | 20.0 | 13.1 |
| (Increase) in trade and other receivables | | (44.1) | (73.2) |
| (Decrease) / increase in trade and other payables | | (18.5) | 21.8 |
| Provision increase / (release) | | 5.0 | (0.4) |
| Adjustments for which the cash effects are investing activities: | | | |
| Dividends received | | (31.0) | (33.1) |
| Interest received | | (0.5) | (0.5) |
| Cash from operating activities | | 133.4 | 78.7 |
| United Kingdom corporation tax paid | | (33.3) | (2.3) |
| Overseas tax paid | | (4.7) | (0.7) |
| **Net cash from operating activities** | | 95.4 | 75.7 |
| | | | |
| **Investing activities** | | | |
| Purchase of investments in subsidiaries | | - | (0.6) |
| Return of share capital from subsidiaries | | - | 2.5 |
| Transfer of share capital from subsidiaries | | 0.1 | 0.5 |
| Purchase of intangible assets | | (25.9) | (17.0) |
| Purchase of property, plant and equipment | | (5.1) | (5.4) |
| Dividends received | | 31.0 | 33.1 |
| Interest received | | 0.5 | 0.5 |
| **Net cash from investing activities** | | 0.7 | 13.6 |
| | | | |
| **Financing activities** | | | |
| Dividend paid | | (105.6) | (92.1) |
| Increase in loans from related parties | | 9.1 | 1.7 |
| **Net cash used in financing activities** | | (96.5) | (90.4) |
| | | | |
| **Net (decrease) in cash and cash equivalents** | | (0.4) | (1.1) |
| | | | |
| Opening cash and cash equivalents | | 1.4 | 2.5 |
| Net (decrease) in cash and cash equivalents | | (0.4) | (1.1) |
| **Closing cash and cash equivalents** | 9 | 1.0 | 1.4 |

[1] 2015 has been reformatted for consistency with the 2016 presentation, see Presentation of the financial statements on page 13.


Schroders

# Notes to the financial statements

for the year ended 31 December 2016

## 1. Presentation of the financial statements

Financial information for the year ended 31 December 2016 is presented in accordance with International Accounting Standard ('IAS') 1 Presentation of Financial Statements.

At 31 December 2016, the Company was a wholly owned subsidiary of Schroders Plc, a company incorporated in England and Wales that publishes group consolidated accounts. In accordance with Section 400 of the Companies Act 2006, the Company is therefore not required to produce consolidated accounts.
The results of the Company are consolidated in the Annual Report and Accounts of Schroders Plc, copies of which can be obtained from www.schroders.com.

The financial statements and related notes have been reformatted to better reflect the way in which revenues and costs are managed internally. Net income has been created to include finance income of £0.5 million (2015: £0.5 million). A new net operating revenue sub-total has been introduced which represents revenues earned through our clients net of cost of sales. The new presentation provides a more relevant basis on which to measure performance as it enhances comparability between revenues and related costs. Comparative information has been reformatted where relevant.

### Basis of preparation

The financial statements are prepared in accordance with International Financial Reporting Standards ('IFRS'), which comprise Standards and Interpretations approved by either the International Accounting Standards Board or the IFRS Interpretations Committee or their predecessors, as adopted by the European Union ('EU'), and with those parts of the Companies Act 2006 applicable to companies reporting under IFRS.

The financial information presented within these financial statements has been prepared on the going concern basis under the historical cost convention, except for the measurement at fair value of derivative financial instruments and financial assets and financial liabilities that are held at fair value through profit or loss or financial assets that are available-for-sale.

The Company's principal accounting policies have been consistently applied. The preparation of financial statements in conformity with IFRS requires the use of certain critical accounting estimates. It also requires management to exercise its judgement in the process of applying the Company's accounting policies. Any areas involving a higher degree of judgement or complexity, or areas where assumptions and estimates are significant to the financial statements, are disclosed within the notes below.

The Company did not implement the requirements of any Standards and Interpretations which were in issue and which were not required to be implemented at the year-end date. The following Standards and Interpretations relevant to the Company that had been issued and endorsed by the EU but not yet adopted at the year-end were:

IFRS 9 – Financial Instruments
IFRS 15 – Revenue from Contracts with Customers
IFRS 16 – Leases

IFRS 9 replaces the classification and measurement models for financial instruments in IAS 39 with three classification categories: amortised cost, fair value through profit or loss and fair value through other comprehensive income. The Company's business model and the contractual cash flows arising from its investments in financial instruments determine the classification. The impact of the standard will depend on the types of financial instruments held by the Company on adoption. The most likely changes will be that some debt securities currently measured at amortised cost will be measured at fair value through other comprehensive income, with gains and losses reclassified to the income statement when the asset is derecognised or reclassified. In addition, some investments in funds and some debt securities that are currently



# Notes to the financial statements

for the year ended 31 December 2016

1. Presentation of the financial statements (continued)

categorised as available-for-sale in accordance with IAS 39, will be measured at fair value through profit or loss and at amortised cost respectively.

IFRS 9 introduces an expected loss model for the assessment of impairment. The current incurred loss model (under IAS 39) requires the Company to recognise impairment losses when there is objective evidence that an asset is impaired; under the expected loss model, impairment losses are recorded if there is an expectation of credit losses, even in the absence of a default event. The Company is expecting to recognise some expected losses in the income statement in accordance with IFRS 9; however, due to the high quality of assets and the low level of historic defaults, the Company does not anticipate the impact of expected losses to be material.

IFRS 15 deals with revenue recognition and establishes principles for reporting useful information to users of financial statements about the nature, amount, timing and uncertainty of revenue and cash flows arising from an entity's contracts with customers. Revenue is recognised in a manner that depicts the pattern of transfer of services to customer, according to a five step model stipulated by the standard. The Standard replaces IAS 18 'Revenue' and IAS 11 'Construction contracts' and related interpretations. The Standard is effective for annual periods beginning on or after 1 January 2018 and earlier application is permitted. The Company does not anticipate that IFRS 15 will have a material impact on results. However, additional disclosures may be required.

IFRS 16 'Leases' was issued on 13 January 2016 and replaces IAS 17 'Leases'. IFRS 16 requires that all operating leases in excess of one year, where the Company is the lessee, are included on the Company's statement of financial position. The Company will be required to recognise a right-of-use (ROU) asset and a lease liability (representing the obligation to make lease payments). The ROU asset will be amortised on a straight-line basis with the interest expense on the lease liability being measured using the effective interest method. IFRS 16 contains optional exemptions for both short-term leases (less than 12 months) and for small-value leases. The Standard is effective for annual periods beginning on or after 1 January 2019 and earlier application is permitted subject to EU endorsement and the entity adopting IFRS 15 at the same time. The Company is currently assessing the impact of IFRS 16 on its financial statements.

No other Standards or interpretations issued and not yet effective are expected to have an impact on the Company's financial statements.

The Company will comply with regulation 2 of the Capital Requirements (Country-by-Country Reporting) Regulations 2013 by publishing the information required on or before 31 December 2017 on the Schroders Group Website. This will be available at www.schroders.com/cbcr.

Estimates and judgements

The preparation of the financial statements in conformity with IFRS requires the use of certain critical accounting estimates. It also requires management to exercise its judgement in the process of applying the Company's accounting policies. Estimates and judgements used in preparing the financial statements are periodically evaluated and are based on historical experience and other factors, including expectations of future events that are believed to be reasonable. The resulting accounting estimates will seldom equal the related actual results.

The estimates and assumptions that have a significant effect on the carrying amounts of assets and liabilities are set out in the following note:

| | |
|---|---|
| Note 14 | Deferred tax |
| Note 16 | Provisions |



# Notes to the financial statements

**for the year ended 31 December 2016**

## 2. Revenue

The Company's primary source of revenue is fee income from investment management activities. The fees are generally based on an agreed percentage of the valuation of the assets under management and are recognised as the service is provided and it is probable that the fee will be received.

Performance fees are earned from some clients when contractually agreed performance levels are exceeded within specified performance measurement periods. They are only recognised at the end of these performance periods, when a reliable estimate can be made and it is almost certain that it will be received.

Other fees are earned through incidental operational activity performed by the Company. They primarily consist of Transfer Agency fees and marketing related fees which are recognised as the services are provided.

|  | 2016 £m | 2015 £m |
|---|---|---|
| Management fees | 552.4 | 520.0 |
| Performance fees | 19.9 | 22.9 |
| Other fees | 72.9 | 18.4 |
|  | 645.2 | 561.3 |

## 3. Cost of sales

Cost of sales principally comprises commissions, investment management and distribution fees payable to third parties and other Group companies, recognised over the period for which the service is provided.

## 4. Net gains on financial instruments and other income

Leases where the lessor retains substantially all the risks and benefits of ownership of the asset are classified as operating leases. Income from operating leases is recognised within the income statement on a straight-line basis over the period of the lease. Incentives given to enter into leases are amortised over the period of the lease.

Foreign currency monetary assets and liabilities are translated at the rates of exchange ruling at the year-end date and transactions in foreign currency are converted to sterling at the rate ruling at the date of the transaction.

Other income includes revenue generated in respect of support services provided to other group entities as well as acquisition fees associated to company's global funds.

Net gains and losses taken to the income statement in respect of financial assets and liabilities are:

|  | 2016 £m | 2015 £m |
|---|---|---|
| Property rental income | 1.0 | 2.5 |
| Net gains / (losses) on foreign exchange | 6.4 | (1.9) |
| Other income | 10.7 | 6.9 |
|  | 18.1 | 7.5 |

**Schroders**

# Notes to the financial statements

for the year ended 31 December 2016

5. Distributions received from subsidiaries and associates

Dividends receivable are recognised when the shareholders' right to receive the payment is established.

|  | 2016 £m | 2015 £m |
|---|---|---|
| Dividends received | 31.0 | 33.1 |

6. Operating expenses

Operating expenses are recognised on an accruals basis as services are provided. Included within the employee benefits expense are employee share-based payments and deferred cash awards. Deferred cash awards take the form of notional investments in funds operated by the Group and the liability is recorded at fair value.

The deferred cash awards are accounted for as a financial liability. These awards are charged to 'Operating expenses' within the income statement over the performance period and the vesting period of the awards. The cost recorded in each year is based on the proportion of time elapsed and the initial fair value of the award. The resulting liability is revalued each year-end based on the proportion of the awards that have been charged to the income statement in the current or previous years and not yet settled. Awards that lapse are credited to the income statement, again within 'Operating expenses', in the year which they lapse. The accounting policy in respect of employee share-based payments is set out in note 21.

Pension costs are determined in accordance with IAS 19 requirements and are explained in note 20.

Leases where the lessor retains substantially all the risks and benefits of ownership of the asset are classified as operating leases. As lessee, costs under operating leases are charged to the income statement as 'Operating expenses' in equal amounts over the periods of the leases. Incentives received to enter into leases are amortised over the period of the lease.

Operating expenses include:

|  | 2016 £m | 2015 £m |
|---|---|---|
| Salaries, wages and other remuneration | 294.7 | 287.0 |
| Social security costs | 37.3 | 36.6 |
| Other pension costs (see note 20) | 16.9 | 15.2 |
| Employee benefit expenses | 348.9 | 338.8 |
| Fees payable for the audit of the Company | 0.2 | 0.3 |
| Fees payable for other assurance services | 0.4 | 0.4 |
| Audit and non-audit fees | 0.6 | 0.7 |
| Operating lease payments | 13.8 | 15.9 |
| Other operating expenses | 63.3 | 42.8 |
| Operating expenses | 426.6 | 398.2 |

Schroders

# Notes to the financial statements

for the year ended 31 December 2016

6. Operating expenses (continued)

The employee benefit expenses incurred by the Company are for employees that were substantially engaged in the Company's business for the year.

The monthly average number of staff employed by the Company during the year was 1,785 (2015: 1,677) of which 140 (2015: 150) employees were assigned to other Group companies.

There are no exceptional items included within operating expenses for the year ended 31 December 2016 (2015: none). Exceptional items are significant items of expenditure which are required to be presented separately by virtue of their nature to enable better understanding of the Company's financial performance.

Director emoluments

The amounts set out below are in respect of 4 (2015: 4) Directors whose emoluments were charged either in part or in full to the Company during the year. The Directors received no remuneration in respect of their services as Directors, but received the following remuneration in connection with the management of the affairs of the Company. The emoluments of 5 (2015: 4) Directors employed by and paid for either in part or in full by the ultimate parent company are included in the financial statements of that entity. These emoluments are deemed to be wholly attributable to their services to the ultimate parent company. The Directors paid for in full by the ultimate parent company receive no emoluments for their services to the Company.

|  | 2016<br>£m | 2015<br>£m |
|---|---|---|
| Aggregate emoluments | 1.6 | 1.9 |
| Total | 1.6 | 1.9 |

In addition to the emoluments detailed, deferred amounts conditionally receivable by current Directors were £542,725 (2015: £614,874).

Retirement benefits have accrued to no (2015: none) Directors under a defined benefit scheme and to 1 (2015: 2 Directors) Director under a defined contribution pension scheme.

During the year, 4 (2015: 4) Directors became entitled to shares under the Equity Compensation Plan and 1 (2015: 1) Director became entitled to shares under the Equity Incentive Plan. 2 (2015: 2) Directors became entitled to shares under the Long Term Incentive Plan.

Total compensation for loss of office payable to Directors was £388,238 (2015: £nil).

In respect of the highest paid Director, the aggregate emoluments and the amounts (excluding shares) received under the deferred incentive plans were £1,107,017 (2015: £1,620,307). In 2016 the Director (2015: did) became entitled to shares under the Group's Equity Compensation Plan and the Long Term Incentive Plan. The accrued annual pension under the Schroders Retirement Benefits Scheme, a defined benefits scheme, at the end of the year was £nil (2015: £nil). The contribution to a defined contribution scheme was £nil (2015: £35,112).

🏵 Schroders

# Notes to the financial statements

**for the year ended 31 December 2016**

## 7. Income tax expense

The Company is based in the UK and pays taxes according to the rates applicable in the jurisdictions in which it operates. Most taxes are recorded in the income statement (see part (a) of this note below) and relate to profits earned in the reporting period (current tax) but there are also amounts relating to timing differences between the accounting recognition of profits and the tax recognition (deferred tax). Deferred tax is explained in note 14. Some current and deferred tax, mainly relating to changes in the intrinsic value of employee share awards, is recorded directly in equity (see part (b) below).

|  | 2016 | 2015 |
|---|---|---|
| **(a) Analysis of charge in the year** | £m | £m |
| **Current tax:** | | |
| UK corporation tax on profits for the year | 38.0 | 23.3 |
| Foreign tax - current | 3.2 | 1.5 |
| Withholding tax | 1.3 | 2.4 |
| Adjustments in respect of prior year estimates | (1.8) | 1.6 |
| **Total current tax** | 38.7 | 28.8 |
| **Deferred tax:** | | |
| Origination and reversal of temporary differences | (3.0) | (0.7) |
| Adjustments in respect of prior year estimates | (0.7) | (0.5) |
| Effect of change in UK corporation tax rate | - | 1.5 |
| **Total deferred tax** | (3.7) | 0.3 |
| **Total tax charge for the year** | 35.0 | 29.1 |

|  | 2016 | 2015 |
|---|---|---|
| **(b) Analysis of credit reported in equity** | £m | £m |
| Current income tax credit on Equity Compensation Plan and share option awards | (2.9) | (5.2) |
| Deferred tax charge on Equity Compensation Plan and share option awards - current year | 2.3 | 1.1 |
| Deferred tax effect of changes in UK corporation tax rate | - | 0.3 |
| **Tax credit reported in equity** | (0.6) | (3.8) |

Schroders

# Notes to the financial statements

for the year ended 31 December 2016

7. Income tax expense (continued)

(c) Factors affecting tax charge for the year

The UK standard rate of corporation tax is 20 per cent (2015: effective tax rate of 20.25 per cent.) The tax charge for the year is lower (2015: lower) than the UK effective rate of corporation tax for the period of 20 per cent. The differences are explained below:

|  | 2016 £m | 2015 £m |
|---|---|---|
| Profit before income tax | 202.6 | 151.0 |
| Profit before tax multiplied by corporation tax at the effective UK rate of 20% (2015: rate of 20.25%) | 40.5 | 30.6 |
| Effects of: |  |  |
| Non deductible expenses | 1.2 | 0.7 |
| Non-taxable income |  | (0.1) |
| Foreign tax suffered net of double tax relief | 1.8 | (0.2) |
| Non-taxable income from Group companies | (6.2) | (4.5) |
| Adjustment in respect of changes in UK corporate tax rate | 0.2 | 1.5 |
| Adjustments in respect of prior years: |  |  |
| Foreign tax - current | (0.6) | - |
| Deferred tax - prior year | (0.7) | (0.5) |
| UK tax and group relief prior year - current | (1.2) | 1.6 |
| Total tax charge for the year | 35.0 | 29.1 |

8. Dividends payable

Final dividends payable are recognised when the dividend is approved by the shareholder. Interim dividends payable are recognised when the dividend is paid.

|  | 2016 | | 2015 | |
|---|---|---|---|---|
|  | £m | Pence per share | £m | Pence per share |
| Dividends paid | 105.6 | 150.9 | 92.1 | 131.6 |

Schroders

# Notes to the financial statements

for the year ended 31 December 2016

9. Cash and cash equivalents

|  | 2016 £m | 2015 £m |
|---|---|---|
| Cash at bank | 1.0 | 1.4 |

As part of the Group's process to manage surplus cash and investment returns effectively, surplus cash of £300.2 million (2015: £271.8 million) was swept to a central bank account held by Schroder Financial Services Limited, a related party. These balances are shown in note 10 trade and other receivables within amounts owed by related parties.

10. Trade and other receivables

Trade receivables are recorded initially at fair value and subsequently at amortised cost.

Apart from prepayments, this represents amounts the Company is due to receive from third parties, including related parties, in the normal course of business. These receivables are derecognised on receipt of cash or on recognition of a provision if the receivable is in doubt. Trade and other receivables are stated after the deduction of provisions for bad and doubtful debts. Prepayments arise where the Company pays cash in advance for services not yet received. As the service is provided, the prepayment is recorded in the income statement as an operating expense.

|  | 2016 | | | 2015 | | |
|---|---|---|---|---|---|---|
|  | Non-current £m | Current £m | Total £m | Non-current £m | Current £m | Total £m |
| Financial assets: |  |  |  |  |  |  |
| Fee debtors | - | 11.2 | 11.2 | - | 6.6 | 6.6 |
| Accrued income | 0.1 | 65.1 | 65.2 | 0.2 | 53.5 | 53.7 |
| Amounts owed by related parties (see note 22) | - | 389.9 | 389.9 | - | 345.3 | 345.3 |
| Other debtors | - | 8.7 | 8.7 | - | 5.7 | 5.7 |
|  | 0.1 | 474.9 | 475.0 | 0.2 | 411.1 | 411.3 |
| Non financial assets: |  |  |  |  |  |  |
| Prepayments | - | 15.0 | 15.0 | 0.1 | 15.8 | 15.9 |
|  | 0.1 | 489.9 | 490.0 | 0.3 | 426.9 | 427.2 |

The carrying amount of interest and non-interest bearing trade and other receivables approximate their fair value.

Recoverability of the Company's fee debtors is set out in note 17 (Financial risk management).

# Notes to the financial statements

for the year ended 31 December 2016

11. Property, plant and equipment

Property, plant and equipment is stated at historical cost less accumulated depreciation. Cost includes both the original purchase price of the asset and any costs directly attributable to bringing the asset to its working condition for its intended use. Depreciation is provided on the cost less the estimated residual value at the end of its useful economic life. It is charged on a straight-line basis over periods of between three and five years. Depreciation rates and methods, as well as the residual values at the end of the useful life, underlying the calculation of depreciation of items of property, plant and equipment are kept under review to take account of any change in circumstances. Depreciation of property, plant and equipment is recorded in the income statement as an operating expense.

| | 2016 | | | 2015 | | |
|---|---|---|---|---|---|---|
| | Office equipment, computers and cars £m | Leasehold improvements £m | Total £m | Office equipment, computers and cars £m | Leasehold improvements £m | Total £m |
| Cost | | | | | | |
| At 1 January | 22.9 | 33.8 | 56.7 | 27.4 | 35.2 | 62.6 |
| Additions | 5.0 | 0.1 | 5.1 | 5.1 | 0.3 | 5.4 |
| Disposals | - | (0.1) | (0.1) | (9.6) | (1.7) | (11.3) |
| At 31 December | 27.9 | 33.8 | 61.7 | 22.9 | 33.8 | 56.7 |
| | | | | | | |
| Accumulated depreciation | | | | | | |
| At 1 January | (12.9) | (30.6) | (43.5) | (18.8) | (31.3) | (50.1) |
| Depreciation charge for the year | (4.9) | (1.2) | (6.1) | (3.7) | (1.0) | (4.7) |
| Disposals | - | - | - | 9.6 | 1.7 | 11.3 |
| At 31 December | (17.8) | (31.8) | (49.6) | (12.9) | (30.6) | (43.5) |
| | | | | | | |
| Net book value as at 31 December | 10.1 | 2.0 | 12.1 | 10.0 | 3.2 | 13.2 |

At 31 December 2016 and 2015, none of the above assets were held under finance leases. The Company has no future commitments to purchase property, plant and equipment (2015: £0.6 million).

Schroders

# Notes to the financial statements

**for the year ended 31 December 2016**

### 12. Investments in subsidiaries and associates

Investments in subsidiaries are stated at cost less any impairment.

Associates comprise those undertakings where there is significant influence but not control over the financial and operating policy decisions of the investee requiring unanimous consent. Investment in associates is stated at cost less any impairment.

Movements in investments in subsidiaries and associates:

|                      | Investments in subsidiaries | Investments in associates | Total |
|----------------------|:-------:|:-----:|:------:|
|                      | £m      | £m    | £m     |
| At 1 January 2016    | 15.8    | 4.2   | 20.0   |
| Transfer             | (0.1)   | –     | (0.1)  |
| At 31 December 2016  | 15.7    | 4.2   | 19.9   |

|                           | Investments in subsidiaries | Investments in associates | Total |
|---------------------------|:-------:|:-----:|:------:|
|                           | £m      | £m    | £m     |
| At 1 January 2015         | 18.2    | 4.2   | 22.4   |
| Additions                 | 0.6     | –     | 0.6    |
| Return of share capital   | (2.5)   | –     | (2.5)  |
| Impairment of subsidiary  | (0.5)   | –     | (0.5)  |
| At 31 December 2015       | 15.8    | 4.2   | 20.0   |

In June 2016, the Company transferred its investment in Schroder Pension Trustee Ltd to Schroder Financial Holdings Limited for a carrying value of £120k.

In 2015, the Company received a return of share capital of £2.5 million from its subsidiary Schroder Real Estate Investment Management Limited. In addition there was an impairment of £0.5 million recognised in relation to the subsidiary Newsphere Trading Company Limited.

In 2015, the Company acquired a further 19.8 per cent. of shares in PT Schroder Investment Management Indonesia for £0.6 million from Schroders Bermuda Limited, taking the total holding to 99 per cent.

The Directors believe that the carrying value of investments are supported by their underlying assets.

#### Information on investments in subsidiaries and associates

The following information is given in respect of all direct and indirect investments in subsidiary and associate undertakings of the Company. With the exception of Bank of Communications Schroder Fund Management Co. Limited and PT Schroder Investment Management Indonesia, all direct holdings are wholly-owned subsidiary undertakings of the Company and their issued share capital consists of equity shares and other classes of shares where indicated. Unless otherwise stated the companies are registered in England.

 Schroders

# Notes to the financial statements

for the year ended 31 December 2016

12. Investments in subsidiaries and associates (continued)

Subsidiaries and associates

a) Direct holdings

Schroder Investment Management North America Limited, 31 Gresham Street London EC2V 7QA

Schroder Nominees Limited, 31 Gresham Street London EC2V 7QA

Schroder Real Estate Investment Management Limited, 31 Gresham Street London EC2V 7QA

Schroders Korea Limited (registered in Korea), 26th Floor 136 Sejong-daero. Seoul Finance Centre, Seoul 100-768, Republic of (South) Korea

PT Schroder Investment Management Indonesia (registered in Indonesia) (99 per cent. holding), Indonesia Stock Exchange Building, Tower 1 30th Floor, Jalan Jend. Sudirman Kav 52-53 Jakarta 12190 Indonesia

Bank of Communications Schroder Fund Management Company Limited (registered in China) (30 per cent. associate holding), 2nd Floor, Bank of Communications Tower, 188 Middle Yincheng Road, Pudong New Area, Shanghai

b) Indirect holdings

Columbus Capital Management LLP*, 31 Gresham Street London EC2V 7QA

Bank of Communications Schroder Asset Management Co., Ltd** (registered in China), Room 432, Building No.2, 738 Guangji Road, Shanghai

BOCOM Schroder Asset Management (Hong Kong) Company Limited** (registered in Hong Kong), Suite 3208, 32/F Champion Tower, 3 Garden Road, Central, Hong Kong

* wholly owned by Schroder Real Estate Investment Management Limited

** wholly owned by Bank of Communications Schroder Fund Management Company Limited

13. Intangible assets

Goodwill arising on the acquisition of a business is recognised as an asset and reviewed for impairment at least annually and when there are circumstances which indicate that impairment may have occurred. Any impairment is recognised immediately in the income statement and is not subsequently reversed.

The costs of purchasing and implementing software, together with associated relevant expenditure, are capitalised where it is probable that future economic benefits that are attributable to the assets will flow to the Company and the cost of the assets can be measured reliably.

Software is recorded initially at cost and then amortised over its useful life on a straight-line basis. The amortisation charge is recorded as an operating expense.

Schroders

# Notes to the financial statements

**for the year ended 31 December 2016**

13. Intangible assets (continued)

|  | 2016 | | | 2015 | | |
|---|---|---|---|---|---|---|
|  | Goodwill £m | Software £m | Total £m | Goodwill £m | Software £m | Total £m |
| **Cost** |  |  |  |  |  |  |
| At 1 January | 0.1 | 62.9 | 63.0 | 0.1 | 74.6 | 74.7 |
| Additions | - | 25.8 | 25.8 | - | 17.0 | 17.0 |
| Disposals | (0.1) | - | (0.1) | - | (28.7) | (28.7) |
| At 31 December | - | 88.7 | 88.7 | 0.1 | 62.9 | 63.0 |
| **Accumulated amortisation** |  |  |  |  |  |  |
| At 1 January | - | (21.1) | (21.1) | - | (41.5) | (41.5) |
| Amortisation for the year | - | (13.8) | (13.8) | - | (8.4) | (8.4) |
| Disposals | - | - | - | - | 28.8 | 28.8 |
| At 31 December | - | (34.9) | (34.9) | - | (21.1) | (21.1) |
| **Carrying amount** |  |  |  |  |  |  |
| as at 31 December | - | 53.8 | 53.8 | 0.1 | 41.8 | 41.9 |

The Company has future commitments to purchase software with a value of £0.1 million (2015: £nil million).

Goodwill relating to the DMM business was disposed of in 2016.

## 14. Deferred tax

Deferred tax is provided in full, using the liability method, on all taxable and deductible temporary differences between the tax bases of assets and liabilities at the balance sheet date and their carrying amounts for financial reporting purposes.

However, if the deferred tax arises from the initial recognition of an asset or liability in a transaction other than a business combination that at the time of the transaction affects neither the accounting profit nor taxable profit or loss, it is not accounted for. Deferred tax assets and liabilities are measured at the tax rates that are expected to apply to the period when the asset is realised or the liability is settled, based on tax rates (and tax laws) that have been enacted or substantively enacted at the balance sheet date.

Deferred tax assets are recognised to the extent that it is probable that future taxable profit will be available against which the deductible temporary differences can be utilised.

Deferred tax is provided on temporary differences arising on investments in subsidiaries, branches and associates, except where the timing of the reversal of the temporary difference is controlled by the Group and it is probable that the temporary difference will not reverse in the foreseeable future.

🎇 Schroders

# Notes to the financial statements

for the year ended 31 December 2016

14. Deferred tax (continued)

Deferred tax is calculated in full on temporary differences under the liability method using a tax rate of 19 per cent., reflecting the rate expected to be applicable at the time the net deferred tax asset is realised (2015: 19 per cent.).

The movement on the deferred tax asset is as shown below:

| Deferred tax assets | Temporary timing differences including bonuses £m | Accelerated capital allowances £m | Total £m |
|---|---|---|---|
| At 1 January 2016 | 32.6 | 1.4 | 34.0 |
| Credited to income statement | 3.6 | 0.1 | 3.7 |
| Prior year reallocation | (0.1) | 0.1 | - |
| Charged direct to equity | (2.3) | - | (2.3) |
| At 31 December 2016 | 33.8 | 1.6 | 35.4 |

| Deferred tax assets | Temporary timing differences including bonuses £m | Accelerated capital allowances £m | Total £m |
|---|---|---|---|
| At 1 January 2015 | 34.2 | 1.5 | 35.7 |
| Credited to income statement | 1.2 | - | 1.2 |
| Effect of changes in UK tax rates - income statement charge | (1.4) | (0.1) | (1.5) |
| Charged direct to equity | (1.1) | - | (1.1) |
| Effect of changes in UK tax rates - charged direct to equity | (0.3) | - | (0.3) |
| At 31 December 2015 | 32.6 | 1.4 | 34.0 |

Schroders

# Notes to the financial statements

for the year ended 31 December 2016

### 15. Trade and other payables

Trade payables, other than deferred cash awards, are recorded initially at fair value and subsequently at amortised cost. Deferred cash awards are recorded at fair value, with remeasurement at each year-end date and at settlement date.

| | 2016 | | | 2015 | | |
|---|---|---|---|---|---|---|
| | Non-current £m | Current £m | Total £m | Non-current £m | Current £m | Total £m |
| Financial liabilities at amortised cost: | | | | | | |
| Accruals | 13.6 | 146.6 | 160.2 | 6.9 | 153.8 | 160.7 |
| Amounts owed to related parties (see note 22) | - | 10.8 | 10.8 | - | 46.3 | 46.3 |
| Loans from related parties (see note 22) | - | 20.1 | 20.1 | - | 11.0 | 11.0 |
| Social security | 15.0 | 29.2 | 44.2 | 13.3 | 28.6 | 41.9 |
| Trade creditors and other liabilities | - | 5.0 | 5.0 | - | 6.6 | 6.6 |
| Financial liabilities at fair value: | | | | | | |
| Deferred cash awards | 32.8 | 26.7 | 59.5 | 24.3 | 18.3 | 42.6 |
| | 61.4 | 238.4 | 299.8 | 44.5 | 264.6 | 309.1 |
| Non-financial liabilities: | | | | | | |
| Deferred income | 0.1 | 0.1 | 0.2 | 0.2 | 0.1 | 0.3 |
| | 61.5 | 238.5 | 300.0 | 44.7 | 264.7 | 309.4 |

The carrying amount of the financial liabilities at amortised cost approximates their fair value. Deferred cash awards derive their value from the fair value of units in funds to which the employee award is linked (fund awards).

The Company's financial liabilities at are expected to mature in the following time periods:

| | 2016 £m | 2015 £m |
|---|---|---|
| Less than a year | 238.4 | 264.6 |
| 1-2 years | 34.2 | 16.5 |
| 2-3 years | 18.9 | 18.3 |
| 3-4 years | 8.1 | 9.7 |
| More than 4 years | 0.2 | - |
| | 61.4 | 44.5 |
| | 299.8 | 309.1 |

Schroders

# Notes to the financial statements

for the year ended 31 December 2016

16. Provisions

Provisions are liabilities where there is uncertainty over the timing or amount of settlement and therefore usually require the use of estimates. They are recognised when three conditions are fulfilled: when the Company has a present obligation (legal or constructive) as a result of a past event, when it is probable that the Company will incur a loss in order to settle the obligation, and when a reliable estimate can be made of the amount of the obligation. They are recorded at the Company's best estimate of the cost of settling the obligation. Any differences between those estimates and the amounts for which the Company actually becomes liable are taken to the income statement as additional charges where the Company has underestimated and credits where the Company has overestimated.

Contingent liabilities are potential liabilities where there is even greater uncertainty, which could include a dependency on events not within the Company's control, but where there is a possible obligation. Contingent liabilities are only disclosed and not included within the statement of financial position.

Estimates and judgements

The timing and amount of settlement of each legal and constructive obligation is uncertain. The Company has performed an assessment of the timing and amount and periodically reviews this assessment. For certain provisions, including the provision for onerous leases, there is greater certainty as the cash flows have largely been determined. However, the onerous lease provision also includes an assessment of potential cash inflows (where these are not contractually binding) from sub-letting arrangements. The Company makes periodic assessment of all cash flows, including taking external advice where appropriate, to determine an appropriate provision. The Company has made provisions based on a reasonable expectation of likely outflows. However, the results of negotiations may result in different settlement.

|  | Dilapidations and onerous leases £m |
|---|---|
| At 1 January 2016 | 7.7 |
| Provision utilised | (0.3) |
| Provision recognised | 5.3 |
| At 31 December 2016 | 12.7 |
|  |  |
| Current - 2016 | 0.9 |
| Non-current - 2016 | 11.8 |
|  | 12.7 |
|  |  |
| Current - 2015 | 2.3 |
| Non-current - 2015 | 5.4 |
| At 31 December 2015 | 7.7 |

 Schroders

# Notes to the financial statements

for the year ended 31 December 2016

16. Provisions (continued)

The provision is expected to mature in the following periods:

|  | 2016 | 2015 |
|---|---|---|
|  | £m | £m |
| Less than 1 year | 0.9 | 2.3 |
| 1-2 years | 11.8 | 0.6 |
| 2-3 years | - | 4.8 |
|  | 11.8 | 5.4 |
|  | 12.7 | 7.7 |

The provision for dilapidations and onerous leases covers lease commitments of up to 2 years to 2018 (2015: 3 years).

There are no contingent liabilities at 31 December 2016 (2015: none).

17. Financial risk management

The risk management processes of the Company are aligned with those of the Group as a whole. Details of the Group's risk management processes are outlined in the Business review section and in note 19 in the Schroders Report. Sensitivities are measured against market risk movements which the Group believes could reasonably occur within the next calendar year.

The Company's specific risk exposures are explained below.

Credit risk

Credit risk is the risk that a counterparty to a financial instrument will cause the Company financial loss by falling to discharge an obligation.

The Company has exposure to credit risk from its normal activities where the risk is that a counterparty will be unable to pay in full amounts when due. The Company's counterparties are predominately its related parties and therefore there is limited credit risk exposure outside the Group on these balances. The balances are monitored regularly and historically, default levels have been nil.

Fee debtors are monitored regularly. Historically default levels have been insignificant and, unless a client has withdrawn funds, there is an on-going relationship between the Company and the client. Although the Company is usually managing client cash representing a large multiple of the amount owed to the Company by the client, the Company does not hold any of the assets it invests on behalf of its clients as collateral.

🎋 Schroders

# Notes to the financial statements

### for the year ended 31 December 2016

### 17. Financial risk management (continued)

The Company's related party receivables and fee debtors that are past due but are not considered to be impaired as at 31 December 2016 are presented below. Factors considered in determining whether impairment has taken place include how many days past the due date a receivable is, deterioration in the credit quality of a counterparty, and knowledge of specific events that could influence a debtor's ability to repay an amount due.

|  | 2016 | 2015 |
| --- | --- | --- |
|  | £m | £m |
| Older than 30 days not older than 45 days | 3.4 | 0.9 |
| Older than 45 days not older than 60 days | 0.3 | 0.2 |
| Older than 60 days not older than 90 days | 2.0 | 1.5 |
| Older than 90 days not older than 120 days | 0.4 | 0.7 |
| Older than 120 days not older than 180 days | 0.2 | 0.6 |
| Older than 180 days | 0.5 | 0.5 |
|  | 6.8 | 4.4 |

The Company's cash and cash equivalents is invested primarily in current accounts and on deposit with an A rated UK and overseas banks (2015: A rated).

#### Liquidity risk

Liquidity risk is the risk that the Company cannot meet its obligations as they fall due or can only do so at a cost. The Group's liquidity policy is to maintain sufficient liquidity to cover any cash flow funding, meet all obligations as they fall due and maintain solvency. The Company has access to sufficient liquid funds to cover normal operating requirements. Outside the normal course of business the Company can request to borrow through intra-Group loans to maintain sufficient liquidity. Overall liquidity of the Group's capital (and for each entity) is monitored on a regular basis.

#### Capital management

The Company holds capital required to meet the Company's regulatory and working capital requirements. The Financial Conduct Authority (FCA) oversees the activities of the Company and imposes minimum capital requirements. The policy of the Company is to hold sufficient capital to meet regulatory requirements, keep an appropriate standing with counterparties and meet working capital requirements. Where this is surplus to immediate working capital requirements it is managed by the Group Treasury function and may be distributed to the shareholder.

The Company is authorised and regulated by the FCA. Its last submitted capital resources were £92.6 million (31 December 2015: £94.7 million) and the minimum capital requirement was £48.8 million (31 December 2015: £42.9 million).

The Company has complied at all times with all of the externally imposed regulatory capital requirements.

## Schroders

# Notes to the financial statements

for the year ended 31 December 2016

17. Financial risk management (continued)

Interest rate risk

Interest rate risk is the risk that the fair value of future cash flows of financial instruments will fluctuate because of changes in market interest rates.

The Company has interest bearing assets and liabilities which comprises of cash and Group loan balances. The Company's cash and Group loan balances are monitored by the Group Treasury function.

At 31 December 2016, if Bank of England interest rates had been 60 basis points higher or 25 basis points lower (2015: 75 basis points higher or 50 basis points lower) with all other variables held constant, it has been estimated that the post-tax profit for the year would have been £1.2 million higher / £0.6 million lower (2015: £1.6 million higher / £1.1 million lower), mainly as a result of higher / lower interest income on intercompany balances and cash balances; other components of equity would have been unaffected.

The underlying assumption made in the model used to calculate the effect on post-tax profits is that the fair values of assets and liabilities will not be affected by a change in interest rates.

Foreign exchange risk

Foreign exchange risk is the risk that the fair value of future cash flows of financial instruments will fluctuate because of changes in foreign exchange rates.

The Company's policy in relation to revenue and expenditure currency exposure is not to hedge as this is considered part of the business. The Company currently does not hedge its investment in foreign operating companies but reconsiders its position from time to time.

The Company has assets and liabilities denominated in US dollars. At 31 December 2016, if the US dollar had strengthened by 10 per cent. / weakened by 6 per cent. against sterling with all other variables held constant, it has been estimated that the post-tax profit for the year would increase / decrease by £1 million / £0.5 million. At 31 December 2015, if the US dollar had strengthened by 8 per cent. / weakened by 6 per cent. against sterling with all other variables held constant, it has been estimated that the post-tax profit for the year would increase / decrease by £0.1 million / £0.1 million.

The Company has assets and liabilities denominated in euros. At 31 December 2016, if the euro had strengthened by 7 per cent. / weakened by 8 per cent. against sterling with all other variables held constant, it has been estimated that the post-tax profit for the year would increase / decrease by £1.9 million / £1.9 million. At 31 December 2015, if the euro had strengthened by 7 per cent. / weakened by 8 per cent. against sterling with all other variables held constant, it has been estimated that the post-tax profit for the year would increase / decrease by £0.8 million / £0.8 million.

Pricing risk

Pricing risk is the risk that future cash flows will fluctuate because of changes in market prices other than those arising from interest rate risk or currency risk. The Company's fee income is principally determined on basis points of the fair value of assets under management. This risk cannot be easily mitigated but is addressed to some extent by on-going net sales.

 Schroders

# Notes to the financial statements

for the year ended 31 December 2016

18. Share capital

Share capital represents the number of issued ordinary shares multiplied by their par value of £1 each.

| | 2016 Number | 2015 Number | 2016 £m | 2015 £m |
|---|---|---|---|---|
| Issued and fully paid: | | | | |
| Ordinary shares of £1 each | 70,000,000 | 70,000,000 | 70.0 | 70.0 |

19. Commitments

(a) Operating leases – as lessee

The Company leases office space and equipment in the jurisdictions in which it operates. Lease agreements can commit the Company to significant future expenditure. Such commitments are not recorded on the Company's statement of financial position in advance of the period to which they relate. Rent charges for each year are recorded in the income statement under 'Operating expenses' and are separately disclosed in note 6.

At 31 December, the Company had outstanding commitments for future aggregate minimum lease payments under non-cancellable operating leases which fall due as follows:

| | 2016 Offices £m | 2015 Offices £m |
|---|---|---|
| Not later than 1 year | 11.6 | 11.9 |
| 1 year and over but less than 5 years | 5.9 | 17.5 |
| | 17.5 | 29.4 |

Leases in respect of office properties are negotiated for a weighted average term of 1.6 years (2015: 2.6 years) and rentals are fixed for a weighted average term of 1.4 years (2015: 2.4 years).

(b) Operating leases – as lessor

The Company sublets a small number of its leased properties where such properties, or parts of such properties, are no longer required for use by the Company. These commitments are not recorded on the Company's statement of financial position in advance of the period to which they relate. However, they may be used to determine the onerous lease provision if the rental income does not equal or exceed the Company's own rental obligation (see note 16). Rental income for each year is recorded in the income statement as it is earned under 'Net gains on financial instruments and other income' and is separately disclosed in note 4.

Schroders

# Notes to the financial statements

for the year ended 31 December 2016

19. Commitments (continued)

(b) Operating leases – as lessor (continued)

At 31 December, the Company had contracted with tenants for the following future minimum payments:

|  | 2016 £m | 2015 £m |
|---|---|---|
| Not later than 1 year | 0.7 | 1.0 |
| 1 year and over but less than 5 years | - | 0.7 |
|  | 0.7 | 1.7 |

Subleases in respect of office properties are negotiated for a weighted average term of 0.7 years (2015: 1.7 years) and rentals are fixed for a weighted average term of 0.7 years (2015: 1.7 years).

20. Retirement benefit obligations

The Company makes contributions on behalf of its staff to the Schroders Retirement Benefits Scheme (the Scheme) which is administered by a Trustee company, Schroder Pension Trustee Limited. It is a funded scheme comprising a defined benefit (DB) and a defined contribution (DC) section; all current employees are members of the DC section.

Pension contributions are charged as 'Operating expenses' to the income statement in the accounting period in which they arise.

The charge for retirement benefit costs is as follows:

|  | 2016 £m | 2015 £m |
|---|---|---|
| Pension costs – defined contribution plans | 16.9 | 15.2 |

The following disclosures relate to the Scheme as a whole and are not specific to this Company's contribution to the Scheme.

(i) Profile of the Scheme
The Scheme is administered by a Trustee company, Schroder Pension Trustee Limited. The board of the Trustee company comprises an independent chairman, three Directors appointed by the employer and two Directors elected by the Scheme members. The Trustee is required by law to act in the interest of all relevant beneficiaries and is responsible for setting the investment strategy and for the day to day administration of the benefits. The Trustee's investment committee comprises four of the Trustee Directors and two representatives of the Group. This committee, which reports to the Trustee board, is responsible for making investment strategy recommendations to the board of the Trustee and for monitoring the performance of the investment manager.

Under the Scheme, employees are entitled to annual pensions on retirement based on a specified percentage of their final pensionable salary or, in the case of active members at 30 April 2011, actual pensionable salaries at that date, for each year of service. These benefits are adjusted for the effects of inflation, subject to a cap of 2.5 per cent. for pensions accrued after 12 August 2007 and 5.0 per cent. for pensions accrued before that date.

As at 31 December 2016, there were no active members in the DB section (2016: nil) and 1,763 active members in the DC section (2015: 1,709). The weighted average duration of the Scheme's DB obligation is 21 years (2015: 19 years).

 Schroders

# Notes to the financial statements

for the year ended 31 December 2016

## 20. Retirement benefit obligations (continued)

Membership details of the DB section of the Scheme as at 31 December are as follows:

|  | 2016 | 2015* |
|---|---|---|
| Number of deferred members | 1,535 | 1,601 |
| Total deferred pensions (at date of leaving Scheme) | £13.2m per annum | £14.2m per annum |
| Average age (deferred) | 51 | 51 |
| Number of pensioners | 796 | 779 |
| Average age (pensioners) | 69 | 69 |
| Total pensions in payment | £18.1m per annum | £17.7m per annum |

* 2015 comparatives have been restated where applicable to reflect the 2016 methodology

### (ii) Funding requirements
The last completed triennial valuation of the Scheme was carried out as at 31 December 2014. The funding level at that date was 109 per cent. on the technical provisions basis and no contribution to the Scheme was required (2015: nil). The next triennial valuation will be due as at 31 December 2017 and the Group does not expect to make any contributions before this date.

### (iii) Risks of the Scheme
The Company and the Trustee have agreed a long-term strategy for reducing investment risk as and when appropriate. This includes, as detailed below, an asset-liability matching policy which aims to reduce the volatility of the funding level of the Scheme by investing in assets such as swaps which perform in line with the liabilities of the Scheme so as to protect against inflation and/or interest rates being higher than expected.

The most significant risks that the Scheme exposes the Company to are:

### Asset volatility
The liabilities are calculated using a discount rate set with reference to corporate bond yields; if assets underperform this yield, this may create a deficit. The Group manages this risk by holding 51.4 per cent. (2015: 43.5 per cent.) of Scheme assets in a liability driven investment (LDI) portfolio and the remainder in growth assets such as the Schroder Life Diversified Growth Fund and a Strategic Beta portfolio. This asset mix is designed to provide returns that match or exceed the unwinding of the discount rate in the long term, but which can create volatility and risk in the short term. The allocation to growth assets is monitored to ensure it remains appropriate given the Scheme's long-term objectives.

### Credit risk
The assets of the Scheme include LDI and other fixed income instruments that expose the Group to credit risk. A significant amount of this exposure is to the UK Government as a result of holding gilts and bonds guaranteed by the UK Government. Other instruments held include derivatives, which are collateralised daily to cover unrealised gains or losses. The minimum rating for any derivatives counterparty is BBB.

### Interest rate risk
A decrease in corporate bond yields will increase the value placed on the Scheme's liabilities for accounting purposes, although this should be partially offset by an increase in the value of the Scheme's LDI portfolio which comprises gilts and other LDI instruments. The LDI portfolio has been designed to mitigate interest rate exposures measured on a funding rather than an accounting basis. One of the principal differences between these bases is that the liability under the funding basis is calculated using a discount rate set with reference to gilt yields; the latter uses corporate bond yields. As a result, the LDI portfolio hedges against interest rate risk by purchasing instruments that seek to replicate movements in gilt yields rather than corporate bond yields. Movements in the different types of instrument are not exactly correlated, and it is therefore likely that a tracking error can arise

## Schroders

# Notes to the financial statements

for the year ended 31 December 2016

20. Retirement benefit obligations (continued)

when assessing whether the LDI portfolio has provided an effective hedge against interest rate risk on an accounting basis. At 31 December 2016, the LDI portfolio was designed to mitigate 74 per cent. (2015: 70 per cent.) of the Scheme's exposure to changes in gilt yields.

**Inflation risk**
A significant proportion of the Scheme's benefit obligations are linked to inflation, and higher inflation will lead to higher liabilities. However, in most cases, caps on the level of inflationary increases are in place to protect against inflation. The majority of the growth assets are either unaffected by or not closely correlated with inflation, which means that an increase in inflation will also decrease any Scheme surplus. The LDI portfolio includes instruments such as index-linked gilts to provide protection against inflation risk. At 31 December 2016, the LDI portfolio was designed to mitigate 74 per cent. (2015: 70 per cent.) of the Scheme's exposure to inflation risk.

**Life expectancy**
The majority of the Scheme's obligations are to provide benefits for the life of the member, so increases in life expectancy will result in an increase in the liability.

**(iv) Reporting at 31 December 2016**

The principal financial assumptions used for the Scheme were as listed below:

|  | 2016 % | 2015 % |
|---|---|---|
| Discount rate | 2.7 | 3.8 |
| RPI inflation rate | 3.4 | 3.3 |
| CPI inflation rate | 2.3 | 2.2 |
| Future pension increases (for benefits earned before 13 August 2007) | 3.2 | 3.2 |
| Future pension increases (for benefits earned after 13 August 2007) | 2.2 | 2.2 |
| Average number of years a current pensioner is expected to live beyond age 60: | | |
| Men | 29 | 29 |
| Women | 30 | 31 |
| Average number of years future pensioners currently aged 45 are expected to live beyond age 60: | | |
| Men | 30 | 31 |
| Women | 32 | 33 |

The net interest for pension costs is determined by applying the corporate bond rate to the opening net surplus in the Scheme. The Group determines the appropriate discount rate at the end of each year. This is the interest rate that should be used to determine the present value of estimated future cash outflows expected to be required to settle the pension obligations. In determining the appropriate discount rate, the Group considers the interest rates of high-quality, long dated corporate bonds that are denominated in the currency in which the benefits will be paid.

Schroders

# Notes to the financial statements

for the year ended 31 December 2016

20. Retirement benefit obligations (continued)

Estimates and judgements
Assumptions made on expected mortality rates are inherently uncertain. The Group's mortality assumptions are based on standard mortality tables with Continuous Mortality Investigation core projection factors and a long-term rate of mortality improvement of 1.5 per cent. per annum. Mortality tables for female pensioners are scaled back by 5 per cent. to reflect the history of longer life expectancy of the Group's employees. The Group reviews its assumptions annually in conjunction with its independent actuaries and considers this adjustment appropriate given the geographic and demographic profile of Scheme members. Other assumptions for pension obligations are based in part on current market conditions.

The financial impact of the Scheme on the Schroders Group has been determined by independent qualified actuaries, Aon Hewitt Limited, and is based on an assessment of the Scheme as at 31 December 2016.

The sensitivity of the Scheme pension liabilities to changes in assumptions is as follows:

|  |  | 2016 | |
|---|---|---|---|
|  |  | Estimated (increase)/ reduction in pension liabilities | Estimated (increase)/ reduction in pension liabilities |
| Assumption | Assumption change | £m | % |
| Discount rate | Increase by 0.5% per annum | 98.2 | 10.1 |
| Discount rate | Decrease by 0.5% per annum | (107.1) | (11.0) |
| Expected rate of pension increases | Increase by 0.5% per annum | (83.9) | (8.6) |
| Expected rate of pension increases | Reduce by 0.5% per annum | 78.4 | 8.0 |
| Life expectancy | Reduce by one year | 35.3 | 3.6 |

|  |  | 2015 | |
|---|---|---|---|
|  |  | Estimated (increase)/ reduction in pension liabilities | Estimated (increase)/ reduction in pension liabilities |
| Assumption | Assumption change | £m | % |
| Discount rate | Increase by 0.5% per annum | 74.7 | 9.1 |
| Discount rate | Decrease by 0.5% per annum | (82.2) | (10.0) |
| Expected rate of pension increases | Increase by 0.5% per annum | (65.3) | (8.0) |
| Expected rate of pension increases | Reduce by 0.5% per annum | 56.4 | 6.9 |
| Life expectancy | Reduce by one year | 26.6 | 3.2 |

Schroders

# Notes to the financial statements

for the year ended 31 December 2016

20. Retirement benefit obligations (continued)

Movements in respect of the assets and liabilities of the Scheme are:

|  | 2016 £m | 2015 £m |
|---|---|---|
| At 1 January | 936.5 | 987.8 |
| Interest on assets | 34.6 | 35.0 |
| Remeasurement of assets | 174.3 | (54.0) |
| Benefits paid | (52.2) | (32.3) |
| Fair value of plan assets | 1,093.2 | 936.5 |
| At 1 January | (821.1) | (884.1) |
| Interest cost | (30.2) | (31.3) |
| Actuarial gains due to change in demographic assumptions | 16.5 | 13.1 |
| Actuarial (losses)/gains due to change in financial assumptions | (202.7) | 31.2 |
| Actuarial gains due to experience | 10.3 | 17.7 |
| Benefits paid | 52.2 | 92.3 |
| Present value of funded obligations | (975.0) | (821.1) |
| Net asset | 118.2 | 115.4 |

The Group has not materially changed the basis of any of the principal financial assumptions underlying the calculation of the Scheme's net financial position during 2016, although such assumptions have been amended where applicable to reflect current market conditions and expectations.

Administration expenses and the levy payable to the Pension Protection Fund are met directly by the Group.

The fair value of the Scheme assets at the year end date is analysed as follows:

|  | 2016 | | 2015 | |
|---|---|---|---|---|
|  | Value £m | Of which not quoted in an active market £m | Value £m | Of which not quoted in an active market £m |
| Liability driven investments | 562.0 | 20.7 | 407.1 | (3.8) |
| Bonds (excluding those held as part of the liability driven portfolio) | 128.9 | - | 119.8 | - |
| Portfolio funds | 359.3 | - | 363.9 | - |
| Exchange-traded futures and over the counter derivatives | 0.4 | 36.8 | (0.4) | (27.8) |
| Cash | 42.6 | - | 46.1 | - |
| Total | 1,093.2 | 57.5 | 936.5 | (31.6) |



# Notes to the financial statements

for the year ended 31 December 2016

21. Share-based payments

The Company makes share-based payments to key employees through awards over ordinary and non-voting ordinary shares of Schroders plc.

Awards over ordinary and non-voting ordinary shares made under the Group's Equity Compensation Plans are charged at fair value as 'Operating expenses' in the income statement. There are no performance conditions attached to the awards. For the 2000 Equity Compensation Plan the fair value of an award is calculated using the market value of the shares at the date of grant, discounted for the dividends forgone over the average holding period of the award. For the 2011 Equity Compensation Plan the fair value of an award is calculated using the market value of the shares on the date of grant. The fair value charges, adjusted to reflect actual levels of vesting, are spread over the performance period and the vesting period of the awards. The award is structured as a nil cost option.

Awards over ordinary shares made under the Group's Equity Incentive Plan are charged at fair value to the income statement over a five year vesting period. Fair value is determined at the date of grant and is equal to the market value at that time. The award is structured as a nil cost option.

Awards over ordinary shares made under the Group's Long-Term Incentive Plan are charged at fair value to the income statement over a four-year vesting period. Fair value is calculated using the market value of the shares at the grant date, discounted for dividends forgone over the vesting period of the award and adjusted based on an estimate at the year-end date of the extent to which the performance conditions are expected to be met.

Awards under the Restricted and Growth Share Plan were made by Cazenove Capital Holdings Limited in June 2011 to certain employees. Following the Group's acquisition of Cazenove Capital in 2013, the awards were modified to be settled in ordinary and non-voting ordinary shares of Schroders plc. The awards did not have performance conditions attached and vested in three equal tranches between three and five years from the date of award. The fair value of awards made under the Plan at the acquisition date were spread over the performance and vesting periods. All outstanding awards under this plan at 31 December 2015 vested in 2016.

Certain employees have been awarded cash-settled equivalents to these share-based awards. The fair value of these awards is determined using the same methods and models used to value the equivalent equity-settled awards. The fair value of the liability is remeasured at each balance sheet date and at settlement date.

Awards that lapse or are forfeited result in a credit to the income statement (reversing the previous charge) in the year in which they lapse or are forfeited.

The Company has the following share-based payment arrangements:

2000 Equity Compensation Plan and 2011 Equity Compensation Plan: Under these Plans, key employees receive deferred bonus awards over either ordinary or non-voting ordinary shares in Schroders plc, normally structured as rights to acquire shares at nil cost. These awards are subject to forfeiture and will vest on the third anniversary provided the participant continues to be employed within the Group.

2008 Equity Incentive Plan: Under this scheme, eligible employees receive awards of ordinary shares in Schroders plc, normally structured as rights to acquire shares at nil cost. These awards are subject to forfeiture and will vest on the fifth anniversary of the grant, provided the employee continues to be employed within the Group.

2010 Long Term Incentive Plan: Under this scheme, eligible employees receive awards over ordinary shares in Schroders plc, normally structured as rights to acquire shares at nil cost. These awards are subject to forfeiture and will vest provided the employee continues to be employed within the Group and performance targets relating to the earning per share growth and absolute net new business are met over the four year measurement period.



# Notes to the financial statements

**for the year ended 31 December 2016**

### 21. Share-based payments (continued)

**Restricted and Growth Share Plan:** Under this schemes, former employees of Cazenove Capital Management Ltd received awards over either ordinary or non-voting ordinary shares in Schroders plc, normally structured as rights to acquire shares at nil cost. These awards are subject to forfeiture and will vest in three equal tranches between three and five years provided the participant continues to be employed within the Group.

**Share Incentive Plan:** Under this scheme approved by HM Revenue & Customs, eligible individuals can purchase ordinary shares in Schroders plc. each month up to £1,800 per taxation year from their gross salary. The Group matches employee share purchases up to £100 per month. These matching shares are effectively free shares awarded to the individual subject to their remaining in employment for one year.

All of the above share-based payment arrangements involve a maximum term of ten years for each option granted and are settled through the transfer of equity instruments of its ultimate parent, Schroders plc to its employees.

The Company recognised total expenses of £24.7 million (2015: £30.0 million) arising from share-based payment transactions during the year. These schemes are mainly equity settled share based payments and are settled through payments to Schroders plc or another Group company.

### (a) 2000 Equity Compensation Plan and 2011 Equity Compensation Plan

|  | 2016 | | 2015 | |
|---|---|---|---|---|
|  | Ordinary shares Number | Non-voting ordinary shares Number | Ordinary shares Number | Non-voting ordinary shares Number |
| Rights outstanding at 1 January | 3,452,759 | 59,375 | 3,983,517 | 60,657 |
| Granted / shares in lieu of dividends | 938,836 | 1,269 | 742,122 | 2,271 |
| Transfers in | (359) | - | - | - |
| Forfeited | (96,153) | - | (90,521) | - |
| Exercised | (931,553) | (31,193) | (1,182,359) | (3,553) |
| Rights outstanding at 31 December | 3,363,530 | 29,451 | 3,452,759 | 59,375 |
| Vested | 998,268 | 29,451 | 1,073,184 | 59,375 |
| Unvested | 2,365,262 | - | 2,379,575 | - |
| Weighted average fair value of shares granted (£) | 26.25 | - | 31.50 | 20.66 |
| Weighted average share price at dates of exercise (£) | 27.38 | 20.91 | 31.66 | - |

There is no weighted average fair value for shares granted in lieu of dividends. The weighted average exercise price per share is nil. A charge of £19.4 million (2015: £21.7 million) was recognised during the financial year.

&#x8922; **Schroders**

# Notes to the financial statements

for the year ended 31 December 2016

21. Share-based payments (continued)

(b) 2008 Equity Incentive Plan

|  | 2016 | 2015 |
|---|---|---|
|  | Ordinary shares Number | Ordinary shares Number |
| Rights outstanding at 1 January | 1,269,991 | 1,342,786 |
| Granted / shares in lieu of dividends | 232,542 | 162,560 |
| Forfeited | (67,989) | - |
| Exercised | (210,015) | (235,355) |
| Rights outstanding at 31 December | 1,224,529 | 1,269,991 |
| Vested | 94,191 | 21,305 |
| Unvested | 1,130,338 | 1,248,686 |
| Weighted average fair value of share granted (£) | 27.63 | 30.14 |
| Weighted average share price at date of exercise (£) | 26.67 | 30.29 |

There is no weighted average fair value for shares granted in lieu of dividends. The weighted average price per share is nil. A charge of £4.6 million (2015: £4.6 million) was recognised during the financial year.

(c) 2010 Long Term Incentive Plan

|  | 2016 | 2015 |
|---|---|---|
|  | Ordinary shares Number | Ordinary shares Number |
| Rights outstanding at 1 January | 342,388 | 562,776 |
| Granted | - | - |
| Forfeited | (104,729) | (112,600) |
| Exercised | (101,031) | (107,788) |
| Rights outstanding at 31 December | 136,628 | 342,388 |
| Vested | 6,800 | 14,176 |
| Unvested | 129,828 | 328,212 |
| Weighted average fair value of share granted (£) | - | - |
| Weighted average share price at dates of exercise (£) | 27.11 | 31.40 |

The weighted average exercise price per share is nil. A credit of £0.7 million (2015: £1.0 million charge) was recognised during the financial year.

**Schroders**

# Notes to the financial statements

for the year ended 31 December 2016

21. Share-based payments (continued)

(d) Restricted and Growth Share Plan

|  | 2016 | | 2015 | |
|---|---|---|---|---|
|  | Ordinary shares Number | Non-voting ordinary shares number | Ordinary shares Number | Non-voting ordinary shares number |
| Rights outstanding at 1 January | 166,216 | 172,310 | 332,431 | 344,617 |
| Transfers in | (166,216) | (172,310) | - | - |
| Exercised | - | - | (166,215) | (172,307) |
| Rights outstanding at 31 December - unvested | - | - | 166,216 | 172,310 |
| Weighted average share price at dates of exercise (£) | 26.70 | 20.23 | 27.45 | 27.45 |

The weighted average exercise price per share is nil. A charge of £0.3 million (2015: £2.4 million) was recognised during the financial year.

(e) Share Incentive Plan

The employee monthly share purchase plan is open to most employees and provides free shares from the Company to match the employee purchase up to a maximum of £100 per month. Pursuant to these plans 45,582 ordinary shares were granted in 2016 (2015: 28,985), at a weighted average share price of £26.42 (2015: £30.10). A charge of £1.1 million (2015: £0.8 million) was recognised during the financial year.

(f) Cash-settled share-based awards

The Company grants to certain employees cash-settled share-based awards that require the Company to pay the intrinsic value of the award to the employee on the date of exercise. There were no outstanding awards at the end of 2015 or 2016.

No charge (2016: £0.5 million credit) was recognised during the financial year.

Schroders

# Notes to the financial statements

for the year ended 31 December 2016

22. Related party transactions

(a) Transactions between related parties

Transactions between the Company, its own subsidiaries and its fellow subsidiaries, which are related parties of the Company, together with details of transactions between the Company and other related parties are disclosed below.

| | 2016 | | | | | |
|---|---|---|---|---|---|---|
| | Revenues £m | Net expenses recoverable/ (paid) £m | Dividends paid £m | Amounts owed by related parties £m | Amounts owed to related parties £m | Loans from related parties £m |
| Ultimate parent | 0.4 | 8.2 | - | 1.4 | - | - |
| Parent | - | - | (105.6) | 0.2 | - | - |
| Subsidiaries | 76.5 | 6.0 | - | 8.0 | (1.1) | - |
| Other related companies | 409.2 | (15.5) | - | 380.3 | (9.7) | (20.1) |

Note 12 refers to the current year £0.1m transfer of its investment to Schroder Financial Holdings Limited and prior year acquisition of a further interest in an existing subsidiary from a fellow subsidiary of the Schroders Group for £0.6m.

| | 2015 | | | | | |
|---|---|---|---|---|---|---|
| | Revenues £m | Net expenses recoverable / (paid) £m | Dividends paid £m | Amounts owed by related parties £m | Amounts owed to related parties £m | Loans from related parties £m |
| Ultimate parent | 0.4 | 8.3 | - | 2.0 | - | - |
| Parent | - | - | (92.1) | - | - | - |
| Subsidiaries | 83.6 | 5.3 | - | 6.7 | (0.7) | - |
| Other related companies | 344.3 | (6.9) | - | 336.6 | (45.6) | (11.0) |

Transactions with related parties were made at market rates. The amounts outstanding are unsecured and will be settled in cash. No guarantees have been given or received. No expense for bad or doubtful debts has been recognised in the period in respect of the amounts owed by related parties.

# Notes to the financial statements

for the year ended 31 December 2016

**22. Related party transactions (continued)**

**(b) Key management personnel remuneration**

The Company has determined that the Board of Directors of the Company are the key management personnel of the Company.

The remuneration of key management personnel during the year was as follows:

|                              | 2016 | 2015 |
|------------------------------|------|------|
|                              | £m   | £m   |
| Short-term employee benefits | 1.8  | 2.1  |
| Share-based payments         | 1.2  | 1.3  |
| Other long-term benefits     | 1.9  | 0.7  |
| Termination benefits         | 0.4  | -    |
|                              | 5.3  | 4.1  |

**23. Ultimate and immediate parent company**

The Company's immediate parent company is Schroder Administration Limited (incorporated in England and Wales), whose ultimate parent company and ultimate controlling party is Schroders plc (incorporated in England and Wales).

﨟Schroders

# Exhibit C



## PERSONAL & CONFIDENTIAL

April 18, 2008

Mr. Shaun R. Levesque
50 Oak Point
Wrentham, MA 02093

Dear Shaun:

This letter will summarize your employment and compensation arrangement with Schroder Investment Management North America Inc. ("Schroders") in your role as Institutional Sales Director, U.S. East Coast. You will report to the Head of U.S. Institutional Distribution. A summary of your job responsibilities can be found on Attachment A. You acknowledge that your employment with Schroders is at will and may be terminated at any time, with or without cause, by you or by Schroders.

1. Compensation.

   A) Base Salary. Your base salary will be paid at an annual rate of $225,000, less applicable deductions, payable on the regular Schroders bi-monthly payroll dates, which are currently the 15th day and last day of each month. In accordance with Schroders' current vacation policy, you will accrue 28 paid vacation days annually.

   B) Guaranteed Minimum Incentive Compensation. You will have a guaranteed minimum incentive compensation payment for your first twelve months (June 2, 2008 to May 31, 2009) of $550,000 payable to you in two installments, to be paid to the extent that you do not otherwise receive incentive compensation payments for that period pursuant to Section 1.C that meet the minimum guaranteed incentive compensation level. The first payment of incentive compensation in the minimum guaranteed amount of $320,000.00 would be paid in January 2009 with the balance, paid at the end of August 2009. If you earn incentive compensation payments under Section 1.C that exceed the level of your minimum guarantee for your first twelve months, the excess will be paid to you in August 2009. You must be an active employee of Schroders at the time each of these payments are made in order to receive such payments. Any payments received under this Section 1.B will be credited towards any incentive compensation payments you would otherwise receive under Section 1.C for your first twelve months of employment. Following the completion of twelve months of employment, you will no longer be guaranteed a minimum level of incentive compensation.

   C) Incentive Compensation for New Accounts. As of your first day of employment, you are eligible to participate in the U.S. Sales Incentive Compensation Plan (the "Plan") offered to other Schroders U.S. sales employees. The plan year runs from November 1 to October 31 and is reviewed annually. In summary, in addition to your base salary, you will eligible to be paid incentive compensation over a three year period for any New Account (as defined in the Plan) for Schroders ("Incentive Compensation"). The Incentive Compensation will consist of a quantitative component and a discretionary qualitative bonus component and is intended to award you both for sales activities and ongoing client service. The quantitative component of your Incentive Compensation will be equal to: (i) in the first year, 10% of the Management Fee Revenues (as defined in the Plan) accrued on any New Account brought to Schroders through your efforts, and (ii) in each of the second and third years, 5% of the Management Fee Revenues accrued on the New Account. The qualitative component of your Incentive Compensation, which is payable at the sole discretion of Schroders based on your efforts in meeting your objectives established by the Head of U.S. Institutional Distribution (your objectives 2008 are set forth on Attachment A), may include amounts up to: (i) in the first year, 5% of the Management Fee Revenues accrued on any New Account, and (ii) in each of the second and third years, 2.5% of the Management Fee Revenues accrued on the New Account.

   Up to 50% of the qualitative component may, at Schroders' sole discretion, be deferred into the Schroders' Equity Compensation Plan, subject to the rules of that plan. However, at Schroders' sole discretion, a smaller or larger percentage could be deferred by mutual agreement.

1

In the event of any confusion or inconsistency between the summary in this letter and the terms of the Plan, the Plan will govern; provided, however, that the payment schedule in this letter shall apply for payments occurring on or before August 2009.

2. <u>Benefits.</u> You will be eligible to take up to 16 days vacation in 2008 (pro-rated for your partial year of work) and up to 28 vacation days in 2009. In addition you will also be eligible to participate in any ongoing retirement plans generally available to Schroders employees. Schroders offers a comprehensive medical and dental insurance plan, life insurance, paid prescription program, and 24-hour travel accident insurance.

3. <u>Termination.</u> Your employment with Schroders shall be at will and may be terminated with or without cause and with or without prior notice by Schroders. Payments of Incentive Compensation in the event of termination of your employment by you or by Schroders will be governed by the terms of the Plan.

You may terminate your employment with Schroders for any reason, upon <u>sixty (60) days' prior notice to Schroders</u>. Your provision of notice shall not affect any rights of Schroders under this agreement. Schroders may choose, at its sole discretion, to implement your voluntary termination prior to the expiration of the 60 days and pay you the 60 days compensation (or any balance thereof).

Upon your separation from Schroders, release of any cash or shares held under the Schroders Equity Compensation Plan, or any other plan generally available to qualifying employees of Schroders, will be governed by the provisions of such plans concerning separation and payment.

4. <u>Non-Solicitation and Non-Inducement of Employees.</u> You agree that you will not at any time during the term of your employment and for a period of one year following the termination of your employment or separation from service for any reason, directly or indirectly solicit or entice, attempt to solicit or entice, or accept as a client, any institutional clients that were clients of Schroders during the six (6) month period before the termination of your employment, so as to cause or induce any such client not to retain Schroders, to reduce its relationship or assets under management with Schroders, or to retain some other party to provide investment management or advisory services. For clarification purposes, and for purposes of this Section 4 only, the list of clients and prospective clients shall not be considered clients of Schroders (regardless of level of your involvement with such client) until such time as Schroders has entered into a written agreement to provide investment management services to such client. Further, you agree that you will not, during the term of your employment and for a period of one year following the termination of your employment for any reason, directly or indirectly induce, or attempt to induce, any person who is or has been an employee of Schroders within the six (6) months preceding the termination of your employment to leave the employment of Schroders and/or to accept other employment.

5. <u>Confidentiality.</u> You acknowledge that the terms of this agreement and all discussions leading up to it are confidential and you will not divulge the terms of this agreement to any third party, except your family, attorney, or other personal advisor.

6. <u>Entire Agreement; Amendment.</u> This agreement, together with the Sales Incentive Compensation Plan for fiscal year 2008, contains all the compensation commitments that have been extended to you by Schroders and supersedes all prior written and oral understandings with regard to compensation. This agreement may only be amended by a written instrument signed by you and the CEO Americas of Schroders, or the Head of U.S. Institutional Distribution, with the consent of the CEO Americas of Schroders.

As agreed, your start date will be June 2, 2008. Please ask for Jessica Koster at 9:00 a.m. I have enclosed a folder containing information for new employees. The left side contains information for you to keep; the right side has various forms for you to fill out. Kindly complete them in advance of your start date. Please note that you need to bring in documents that establish identity and employment eligibility as detailed on the enclosed I-9 form and all diplomas and/or college transcripts to your first day of work.

2

If you are in agreement with the terms as specified here, please sign and return one copy of this letter to me by April 23, 2008, keeping the other for your files. Should you fail to do so by this date, the offer will be rescinded by Schroders.

If you have any questions, please do not hesitate to contact me at 212-641-3856. I look forward to welcoming you to Schroders.

Sincerely yours,

Jamie Dorrien-Smith
Chief Executive Officer

The foregoing is acknowledged and agreed:

Shaun Levesque

_4 - 23 - 08_

Date

3

## Attachment A

### Job Responsibilitios

- Building the Institutional Business on the US East Coast.
- Contact and cultivate the prospective clients on the list of business prospects to be set forth by the Head of U.S. Institutional Distribution.
- Maintain a current Business Plan.

### Objectives

- Obtain and maintain any other regulatory licenses as may be required to perform your job responsibilities. (Schroders will pay or reimburse any fees incurred to obtain or maintain such licenses,)
- Participate in or arrange approximately 100 substantive prospect meetings (i.e., meetings in which Schroders and/or client business is discussed) during every half-calendar year.
- Ensure that the sales-related activity reported on the Salesforce database is updated weekly, as needed.
- Demonstrate progress toward establishing a reasonable chance of acquiring $1B of AUM production on an annualized basis on new business, which progress will be discussed at a bi-weekly meeting or via conference call with Head of U.S. Institutional Distribution.
- Business Plan for the US East Coast including:
    1. Overall sector goals
    2. Individual objectives for the largest 50 clients
    3. Maintain a list of the top 100 most important contacts for you to succeed
- Attend relevant conferences (Schroders will pay or reimburse any fees incurred to attend such conferences.)
- Appropriately service all clients, including at least two substantive face-to-face meetings per year with client investment staff and trustees (which may be at the same time, or at a conference)
- Coordinate special marketing, mailing and image building activity for the East Coast states
- Develop marketing campaigns with Marketing Department
- Acquire deeper product knowledge specific to Schroders services, and broad industry knowledge
- Timely T&E Expense submission
- Teamwork throughout Schroders
- Sensitivity to compliance in all areas

4

# Exhibit D

# Schroders
# Equity Compensation Plan 2011 (ECP)
## Share & Fund Awards

US Tax Payers

### What are the constituent elements of my ECP Award?

Your ECP award will be granted in the form of:
— a Share Award – a discretionary award of shares in Schroders plc; and
— a Fund Award – a discretionary award equivalent to units in a range of Schroders' investment products.

### What is a Share Award under the ECP?

A Share Award under the ECP is the right to acquire (for no cost) Schroders ordinary shares after the end of the deferral period of three years. The ECP rules allow Share Awards to be granted over voting or non-voting ordinary shares. Your Share Award will be granted over voting ordinary shares.

### What is a Fund Award under the ECP?

A Fund Award under the ECP is the right to be paid a cash sum, after the end of the deferral period of three years, of an amount equal to the value of notional units in the funds in which you elect to participate. Under a Fund Award, you do not have the right to acquire those units after the end of the deferral period.

### Who is eligible to participate in the ECP?

Any employee, at Schroders' discretion, may receive part of their variable compensation in the form of an ECP Award. The decision to grant an ECP Award will be made at Schroders' sole discretion and any single award does not give rise to any commitment to grant awards in the future.

### Do I have a choice between receiving a Share Award and a Fund Award?

No. Schroders will decide in what form the ECP Award is delivered to you. Typically, where the value of an ECP Award is above a certain threshold (such threshold to be determined by Schroders at its discretion), the ECP Award will be split 50/50 between a Share Award and a Fund Award, subject to a minimum Fund Award of £10,000.

### Is the amount that is deferred used to buy shares or funds?

Your entitlement, in the case of a Share Award, is to acquire shares after the end of the deferral period and, in the case of a Fund Award, to be paid a cash sum after the end of the deferral period equal to the then market value of the underlying notional units in the funds. During the deferral period you are not the owner of the shares or the units in the funds. Schroders will make its own provisions as to how to accrue for and hedge its liabilities in respect of these awards.

### When are ECP Awards granted?

The main grant of ECP Awards is in March following completion of the annual compensation review process and after the end of the close period that precedes the announcement of Schroders' preliminary annual results. Other awards may be granted after the end of the quarterly close periods that precede the announcement of Schroders' quarterly trading statements/results.

### Does my participation in the ECP affect my rights to participate in other plans?

No.



### Can I enter into a personal hedging arrangement in respect of my ECP Award?

In accordance with remuneration regulations that apply to Schroders globally, participants are prohibited from entering into personal hedging arrangements in relation to their restricted or unvested remuneration awards, whether directly or indirectly, save with respect to any associated currency risk. Please refer to the Group Personal Account Dealing Policy[1] for more information. Participants may be requested to confirm their compliance with this policy and may be liable to disciplinary action and/or forfeit all or part of their restricted or unvested awards if they are in breach of this policy.

### Can awards be adjusted or clawed back?

In the event of a material misstatement in the Schroders Group's results or individual misconduct unexercised awards can be adjusted, deferred or lapsed. Exercised awards can be clawed back within the first 12 months of exercise in the event of individual gross misconduct. Please refer to the ECP rules for full details.

# Share Awards

### Are there any uplifts on the Share Awards?

No, however the number of shares subject to the award will be increased in lieu of dividends paid between the grant date and the exercise date. The right to receive shares in lieu of dividends will only arise on the dividend payment date and not when the dividend is declared, nor on the record date. The additional shares will be calculated by the administrators, typically using the mid-market share price as at the close of business on the working day prior to the dividend payment, and rounded down to the nearest whole share.

### Will I receive dividends?

No, however the number of shares subject to the award will be increased in lieu of dividends paid between the grant date and the exercise date (see above).

### When can I exercise a Share Award?

Provided you remain employed by Schroders, and are not under notice (given or received), your Share Award will be subject to a deemed exercise on the third anniversary of the grant date. If the third anniversary of the grant date is not a business day the deemed exercise will take place on the immediately preceding business day. If the third anniversary of the grant date is during a Schroders' close period the deemed exercise will be delayed until the first business day following the end of the close period. A business day is defined as a trading day for the London stock exchange. Please remember that you remain subject to Schroders' personal share dealing rules. Different rules apply should you cease to be an employee of Schroders. It is your responsibility to fulfil your individual income tax reporting obligations, if any, and to settle any additional income taxes arising.

### How do I exercise a Share Award?

Prior to the deemed exercise date Computershare will contact you to ask you how you would like your award to be exercised. You can elect to receive the cash or shares, less any income tax and/or social security deductions and any charges. If you do not make an election your award will be sold on your behalf on the deemed exercise date and you will receive the net proceeds. Please refer to the Exercise Guide on the Computershare website – www.computershare.com/schrodersshareplans for more information on the exercise types available to you, the withholding treatment by Schroders for tax and social security and how you will receive the proceeds of the exercise.

### How will the number of shares granted be calculated?

If your local currency is not Sterling then your Share Award will be converted to Sterling based on the exchange rate at the close of business on the working day prior to the grant date. The number of shares will

---

[1] http://myintranet.london.schroders.com/channels/index/corporate/grp-pol/grppoldocs/Personal%20Account%20Dealing.pdf



be calculated based on the Sterling value of the award and the mid-market share price as at the close of business on the working day prior to the grant date and rounded down to the nearest whole share. The original number of shares granted will be increased in lieu of dividends paid between the grant date and the exercise date (see above).

# Fund Awards

### Which funds should I choose?

This is a decision for you. Remember that you are not actually investing in a fund; you are receiving a Fund Award over notional units in that fund of that value. Nevertheless the economic effect is the same so, if you are in any doubt, please speak to your Financial Adviser. The list of funds available can be found on the EWM website – www.ewmeurope.com. Information on these funds can be found through the ICE application on the Schroders' intranet.

### How do I make my investment choices?

You need to make your investment choices via the EWM website – www.ewmeurope.com. You will receive an email from EWM with your logon details and the timeframe for your investment choices to be made.

### What happens if I do not make an investment choice?

If you do not make your investment choice within the timeframe specified by EWM the full value of your award will be held as a notional Sterling cash value and will not earn interest. If your local currency is not Sterling, the Sterling value will be calculated using the exchange rate at the close of business on the working day prior to the grant date. You will have opportunities to make alternative investment choices but only during the subsequent quarterly switching windows.

### How are the investment funds chosen?

The funds are chosen by senior management. The range of funds is reviewed at least annually and at other times if there is a significant action in or on a particular fund.

### Is there a minimum investment amount for any fund?

No. Remember that you are not actually investing in a fund; you are choosing to have your Fund Award value calculated based on notional units in that fund.

### Is there a maximum amount for any fund?

There is no maximum for any individual fund. If you wish, you can request that the whole of the amount available for a Fund Award is notionally invested in just one of the available funds.

### Will there be any fees payable on Fund Awards?

The notional number of units over which your Fund Award is granted will be calculated without regard to any initial charge that would be made for a real investment in those units. Any annual management charges in the funds are either deducted from cash distributions paid by those funds or reflected in the unit price. This will affect the amount of cash payable to you at the point of exercise in much the same way as if you had been the owner of the underlying units. The management charges (if any) are included in the information available from ICE.

### When I am awarded a Fund Award which exchange rate will be used?

If your local currency is not Sterling then your Fund Award will be converted to Sterling at the exchange rate at the close of business on the working day prior to the grant date.



## Can I make switches?

Yes. Each quarter you will have the opportunity to switch your notional investments. All switches are made via the EWM website and EWM will send you an e-mail to let you know when each switching window is open.

Under the Market Abuse Regulations, if you are in possession of inside information in relation to a fund then you should not switch in or out of that fund. In addition a few funds (typically close ended funds) may be subject to close periods. During a fund close period you should not switch in or out of that fund. Information on these funds can be found through the ICE application on the Schroders' intranet.

## Do I have any exchange rate risks with the international funds?

Yes. If you choose to invest your Fund Award in a currency other than Sterling, the Sterling value of your Fund Award will be converted either at the exchange rate at the close of business on the working day prior to the date of grant for new awards or the exchange rate at the close of business on the working day prior to the effective date for an investment choice made during a switching window. When the Fund Award is exercised the notional proceeds of sale will be converted to your local currency at the exchange rate on the date of exercise and the resulting cash amount, less any income tax and/or social security deductions and any charges, will be paid to you.

## Are there any uplifts on Fund Awards?

No.

## When can I exercise a Fund Award?

Provided you remain employed by Schroders, and are not under notice (given or received), your Fund Award will be subject to a deemed exercise on the third anniversary of the grant date. If the third anniversary of the grant date is not a business day the deemed exercise will take place on the immediately preceding business day. A business day is defined as a trading day for the London stock exchange. Different rules apply should you cease to be an employee of Schroders. It is your responsibility to fulfil your individual income tax reporting obligations, if any, and to settle any additional income taxes arising.

## How do I exercise a Fund Award?

Your Fund Award will automatically be exercised on the deemed exercise date. The cash proceeds, less any income tax and/or social security deductions and any charges, will be paid to you in your local currency. If your local currency is not Sterling, the local currency will be calculated using the prevailing exchange rate on the date of exercise.

## What happens when a Fund Award is deemed to be exercised?

Within one month of the exercise date you will be paid an amount equal to the value of the notional units subject to the Fund Award, together with any cash distributions, less any income tax and/or social security deductions and any charges.

## How can I monitor the value of my award?

You can see the value of your notional units via the EWM website – www.ewmeurope.com.

# Leaving Employment

## What happens if I leave Schroders?

Your entitlement to unexercised awards (if any) depends on the reason for your departure and compliance with the terms of the ECP rules.

In summary:



(a) If your employment terminates, or you give or receive notice of the termination of your employment, in either case before the third anniversary of the grant date, you will be entitled to 33.3% of your award for each whole year of employment following the grant date (calculated at the date that you, or your employer, gives notice to terminate your employment). For treatment of your award in the event of death, ill-health, disability, or the sale of your employing business or company in that period, please refer to the ECP rules; and

(b) If you leave Schroders after the third anniversary of the grant date your award will already have been subject to a deemed exercise on the third anniversary.

Notes:
If you take military leave or family or medical leave and later return to work in accordance with rights prescribed by law, you will not be considered as a leaver or having terminated employment for the purposes of the Plan.

Where an award is exercisable following termination of employment it will be subject to a deemed exercise on the third anniversary of the grant date. If the third anniversary of the grant date is not a business day the deemed exercise will take place on the immediately preceding business day.

### Federal Income Tax Consequences of Awards

The following is a general description of the income tax consequences of participation in ECP under U.S. federal tax laws. Tax laws of state, local and non-U.S. foreign entities are not discussed here and may vary from U.S. federal tax laws. You should consult your own tax advisor as to the tax consequences of your participation.

### Share and Fund Awards

The Share and Fund Awards have been designed with the intent that you will not need to include the compensation income resulting from an Award in your taxable income for federal income tax purposes until your Award is exercised. The total of the fair market value of shares delivered to you and cash paid to you will be included in your gross income for the year in which the distribution is made, and will be taxed as ordinary income. Federal income tax withholding applies at the time of distribution. Awards under the ECP are generally subject to FICA (social security and Medicare) withholding at the time that your right to receive payment on exercise ceases to be subject to substantial risk of forfeiture. The social security tax is limited to the first $127,200 (2017) of your annual compensation, and the Medicare tax is applied to the entire amount of your annual compensation (with no limit). If you are not eligible for US social security (for example, because you are on temporary assignment to the US), then there will be no FICA tax. Generally, increases in the value of the award after vesting are not subject to additional FICA.

If you have shares delivered to you, upon the subsequent sale of the shares you may have capital gain or loss; long term gain or loss if held over one year.

This summary describes only the federal tax rules that apply to your deferred amounts under ECP. The rules are complex and contain many exceptions that are not included in this notice. The Company does not guarantee any particular tax treatment of the amounts due to you under ECP and is not responsible for unfavourable tax treatment.

### Risk of Investing and Financial Statements

The obligations of Schroders under the ECP are unfunded and unsecured. A participant is not required to make any payment to participate and receive ECP Awards. The Company's shares are traded on the London Stock Exchange. The risks of investing in Schroders are contained in the Company's Annual Report and its most recent Interim Management Statement for the six month period ended 30 September 2016. Copies of these reports, which also contain the Company's financial statements, are available from the Schroders website – http://ir.schroders.com/.



**Important**

This summary covers commonly asked questions relating to these awards. Additional terms and conditions are included within the ECP rules.

Full ECP rules are available on the Computershare website – www.computershare.com/schroderssshareplans. To access the website you will need your Shareholder Reference Number (SRN) and Personal Identification Number (PIN). The ECP rules are located in the 'Plan Documentation' section of the Company Information tab. In the event of any conflict between this document and the ECP rules, the latter takes precedence. If you have any questions that have not been answered, please contact your Human Resources representative.

Schroders

# Exhibit E

## INTERNAL MEMORANDUM

**To:** Shaun Levesque
**From:** Marc Mayer
**Cc:** Allan Conway, Henry Philip, Chris Lue, Personnel File
**Subject:** Transfer to Emerging Markets Equity Product Management
**Date:** June 29, 2016

Further to our recent discussions, there was mutual interest in your transferring to a US Product Management role, reporting into the Emerging Markets Equity team. We are pleased to support this transfer and look forward you making a strong contribution to the development of Schroders' capabilities and growth in this area.

The effective date of the transfer was February 1, 2016. Your new title is Client Portfolio Manager. Your salary will continue to be paid at the current level. You will continue to receive Sales Related Pay (SRP) with following conditions:

You will receive an SRP Individual Quantitative Bonus Award of 12%/6%/6% (1st, 2nd, and 3rd years) on the following three transactions:

1. NJ GEMS
2. PBGC GEMS
3. IADB GEMS

This SRP rate will be effective as of February 1, 2016, and will apply to eligible funding in these three mandates. Quarterly SRP Individual Quantitative Bonus Award payments will pay at 50% (6%/3%/3%), with the other 50% payable in the first quarter following the end of the plan year. Funding must occur by February 1, 2018.

You will receive an SRP Individual Quantitative Bonus Award of 10%/5%/5% (1st, 2nd, and 3rd years) for the following opportunities if Schroders has been notified of anticipated funding by February 1 2017:

1. GAVI – DGF
2. IADB – additional GEMS (Already notified as a Win.)
3. IADB – DGF
4. UNCF – Long Duration (Already notified as a Loss.)
5. IMF endowment – Fixed Income (Decision expected by September, 2016)
6. IMF pension – Climate Change and EM SC
7. UMWA – EAFE
8. ICMA - DGF (Already notified as a loss.)

This SRP rate will be effective immediately. Quarterly SRP Individual Quantitative Bonus Award payments will pay at 50% (5%/2.5%/2.5%) and the other 50% payable in the first quarter following the end of the plan year.

In addition to receiving notification of additional funding by February 1, 2017, actual funding for these must also occur by February 1, 2019.

For NYS Common, both Emerging Markets (GEMS, GEMO, Frontier or EM Small) and MAPS Inflation hedge, the window of opportunity is 24 months. Any funding received prior to February 1, 2018, will

1

accrue for SRP at the rate of 10%/5%/5% (1st, 2nd, and 3rd years), 50% paid via Quarterly payments plus other 50% payable in the first quarter following the end of the plan year.

All other won and funded business prior to your transfer on February 1st, 2016, will accrue at the rate of 10%/5%/5% (1st, 2nd, and 3rd years), 50% paid via Quarterly payments plus eligibility for the other 50% payable in the first quarter following the end of the plan year. This is effective immediately.

The calculations and interpretation of all eligibility requirements for any aforementioned SRP payment(s) is covered by this agreement. No SRP will be payable if you are no longer employed by Schroders, have given notice of termination of your employment, are under disciplinary investigation, or have been given written notice by Schroders in accordance with the definition of "cause" below, at the date such payment would have otherwise been payable.

Schroders reserves the right to deliver a portion of any payment under the Schroders Equity Compensation Plan (ECP) and subject to the ECP rules. All aforementioned non-salary payments payable are subject to calculations to determine deferrals into the Schroders Equity Compensation Plan (ECP). The amounts of any Individual Quantitative Bonus Award (paid quarterly in cash) plus the amounts previously referred to within this letter as the second or other 50%, will be added together to determine the annual total aggregate non-salary incentive compensation award for the purposes of determining any mandatory deferral into the ECP, subject to the rules of that plan. Any such ECP deferral will be applied and the remainder of any bonus awards will be paid in cash during the first quarter following the end of the plan year.

Termination for "cause" shall mean your discharge for (a) your "gross misconduct" or willful and material breach of the employment policies of Schroders or (b) your conviction of, or plea of guilty or nolo contendere to, a crime involving the property or personnel of your employer, its affiliates, employees, shareholders, clients or others with which your employer conducts its business (the "Schroders Parties"). For this purpose "gross misconduct" means your willfully engaging in misconduct, whether by act or failure to act, having the effect of materially injuring the Schroders Parties. An act or failure to act on your part shall be considered "willful" if it was done or omitted by you (i) in bad faith or (ii) in direct contravention of specific written directives from your Schroders employer. "Gross misconduct" includes, but is not limited to, (i) fraud, misappropriation, theft, embezzlement, obtaining property under false pretenses or professional negligence, (ii) the failure or refusal to perform the material duties of your employment and (iii) your willful violation of a material policy of your employer. Schroders shall not be entitled to terminate your employment for cause unless Schroders provides you with written notice stating in reasonable detail the basis for termination and an opportunity of at least thirty (30) days in duration (such duration to be determined in good faith by Schroders) to cure such basis if such action is capable of cure, as determined in good faith.

In conjunction with the aforementioned SRP eligibility provisions, you will also be eligible to be considered for an annual discretionary bonus to reflect your performance with the Emerging Markets Equities Product Management team and your contribution to the Schroders Group, payable prior to the end of the first calendar quarter of the following year. The amount of any discretionary bonus that you may receive is at the absolute discretion of Schroders having regard to its business and regulatory requirements at the relevant time. No discretionary bonus will be payable if you are no longer employed by Schroders, have given notice of termination of your employment, are under FINRA disciplinary investigation, or have been given written notice by Schroders in accordance with the definition of "cause" below, at the date such bonus would have otherwise been payable. Schroders reserves the right to deliver a portion of any bonus under the ECP and subject to the ECP rules.

Nothing herein affects your at-will employment status.

Signed:

_signature_ 6/29/2016

_signature_ 7/7/16

# Exhibit F

# Schroders



## Group Whistleblowing Policy
### Global Head of Compliance

June 2016

## 1.    Introduction

Whistleblowing is the disclosure of information which relates to suspected wrongdoing, impropriety, unethical behaviour or dangers at work. This may include but is not limited to:

–   fraud or attempted fraud;

–   bribery or attempted bribery;

–   insider dealing, the passing of information to others to enable them to take advantage of unpublished price sensitive information or any other form of market abuse;

–   any other form of financial crime or criminal activity;

–   inappropriate client detriment;

–   danger to health and safety;

–   damage to the environment;

–   failure to comply with any legal or professional obligation or regulatory requirements;

–   material breach of our internal policies and procedures;

–   conduct materially inconsistent with Schroders Values, especially that of Integrity;

–   conduct likely materially to damage our reputation;

–   unauthorised disclosure of confidential information; or

–   the deliberate concealment of any of the above matters.

A whistleblower is a person who raises a genuine concern relating to any of the above. Genuine concerns related to suspected wrongdoing or danger affecting any of our activities should be reported under this policy.

## 2.    Why is it necessary?

Schroders is committed to conducting our business with honesty and integrity, and expects all staff to maintain the highest standards of ethical behaviour at all times. However, all organisations face the risk of things going wrong from time to time, or of unknowingly harbouring illegal or unethical behaviour. A culture of openness and accountability is essential in order to prevent such situations occurring or to address them when they do occur.

This policy gives guidance on principles for whistleblowing and sets out the internal procedure for reporting and investigating concerns.

## 3.    Scope

This policy applies to all Schroders employees in all locations globally, including contract staff, employees supplied through employment agencies and in-house staff of outsourced service providers ("staff"). It also applies in circumstances where disclosures are made by an external party.

Each Schroders business across the world will apply this policy by creating a local policy which also incorporates local laws and regulations.  This policy together with the respective local policy will apply to all individuals in each business.

# 4. Policy requirements

### 4.1 Group Whistleblowing Principles

#### 4.1.1 The key principles of this policy are:

– To encourage staff to report suspected wrongdoing, impropriety or unethical behaviour as soon as possible, in the knowledge that their concerns will be taken seriously and investigated as appropriate, and that their confidentiality will be respected.

– To provide staff with guidance as to how to raise those concerns.

– To reassure staff that they are able to raise genuine concerns in good faith without fear of reprisals or detrimental treatment, even if they turn out to be mistaken.

– To provide staff the opportunity to report concerns anonymously.

– To provide a mechanism through which Schroders can investigate relevant disclosures made by external parties.

#### 4.1.2 Country Heads (or, where there is no Country Head, the CEO of the relevant regulated entity, or, where applicable, Whistleblowing Champions) are responsible for ensuring that:

##### 4.1.2.1 Members of staff feel able to voice whistleblowing concerns openly under this policy. Members of staff must be able to raise their concerns confidentially and Schroders will make every effort to keep a whistleblower's identity confidential where they do not wish to be identified.

##### 4.1.2.2 Members of staff are encouraged to raise their concerns on an attributed and confidential basis but should also be allowed to raise concerns anonymously.

##### 4.1.2.3 Members of staff are encouraged to raise concerns with their immediate manager.

##### 4.1.2.4 Where a member of staff does not feel confident about raising a concern with their line manager or where it has been raised with the line manager but the employee does not think it has been properly addressed, safe and accessible alternatives are provided. This could include:

– a clear communication line to one or more senior managers such as a head of compliance.

– a confidential internal hotline and/or access to independent advice.

##### 4.1.2.5 Members of staff are encouraged to raise their concerns at an early stage.

##### 4.1.2.6 Members of staff are provided with feedback on the outcome of the concern where reasonably possible to do so without prejudicing Schroders' legal obligations (including the confidentiality obligations it owes to other employees – for example, feedback may not be provided on the outcome of any disciplinary action taken against another employee).

##### 4.1.2.7 Whilst it is hoped the policy will reassure employees to raise concerns internally, the members of staff should also be given details of how they can safely or properly contact an appropriate external body such as regulators, or independent supervisory bodies.

#### 4.1.3 Schroders does not tolerate any reprisal against an employee because he or she has raised a concern under the policy and country heads should ensure that appropriate protections are put in place and adhered to; and

#### 4.1.4 This policy does not form part of any staff member's contract of employment and it may be amended at any time.

#### 4.2 Local Policies

4.2.1 Local policies must be established in compliance with these global principles, taking account of local laws and regulation and local market practice (see Appendix I for The UK Whistleblowing Policy which may be used as an example). These policies will define:

- the procedures to be followed, and any guidance, for whistleblowing;
- any other specific local requirements relating to this in a given jurisdiction.

4.2.2 Local requirements may vary between countries Copies of local policies should be submitted to the Group Policy owner prior to implementation.

4.2.3 Local policies and procedures should be readily accessible and communicated to all staff.

#### 4.3 Review of Effectiveness

4.3.1 The Board Audit and Risk Committee should consider the effectiveness of the whistleblowing policy on a regular basis.

4.3.2 The Board Audit and Risk Committee should consider:

- any issues or incidents which have otherwise come to the committee's attention which they would have expected to have been raised earlier under the firm's whistleblowing procedures
- the extent and nature of issues raised through the Whistleblowing process and whether satisfactory resolution has been achieved
- has the internal audit function performed any work that provides additional assurance on the effectiveness of the whistleblowing procedures?
- are there adequate procedures to track the actions taken in relation to concerns made and to ensure appropriate follow-up action has been taken to investigate and, if necessary, resolve problems indicated by whistleblowing?
- are there adequate procedures for retaining evidence in relation to each concern?
- have confidentiality issues been handled effectively?

4.3.3 On an annual basis the Head of Financial Crime Compliance will request, from the Country Head, details of any issues raised through the Whistleblowing process.

4.3.4 Due to local regulatory requirements, some regulated firms will have additional obligations to nominate a specified individual (Whistleblowing Champion) to oversee the effectiveness of whistleblowing arrangements within the firm and for local boards to make their own considerations.

## 5. Where can I get more information?

Your local compliance team should provide you with a copy of your local whistleblowing policy.

- Schroders Values & Guiding Principles
- Fraud Policy
- Group Anti-Bribery, Corruption and Inducements Policy
- Group Market Abuse Policy
- Group Money Laundering Avoidance Policy

## 6. Ownership and document approval

Ownership

| | |
|---|---|
| **Policy owner** | Global Head of Compliance |
| **Department** | Group Compliance |

## 7. Disclaimer

This policy has been prepared for internal use by the Schroder Group. Its application to the Schroder Group's activities and businesses may be subject to exceptions and derogations, either on a general or an individual basis, and may vary depending on the business and country. It is also subject to change and revision at any time. Where the Schroder Group has provided a copy of the policy to external third parties, no warranty or representation is given that the policy will be complied with in any particular case. The contents of the policy are strictly confidential and should not be passed onto third parties or otherwise communicated or published in any way whatsoever without the prior written consent of the Schroder Group.

## Appendix 1   UK Whistleblowing Policy

The UK Whistleblowing policy can be found here:

http://myintranet.london.schroders.com/channels/index/corporate/grp-pol/grppoldocs/Whistleblowing%20-%20Appendix%201.pdf