# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAUN R. LEVESQUE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SCHRODER INVESTMENT MANAGEMENT NORTH AMERICA INC., AND KARL DASHER,<br><br>　　　　　Defendant. | CIVIL ACTION NO.: 1:17-cv-12380 |

## JOINT MOTION FOR AN EXTENSION OF TIME TO FILE PLEADINGS

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants Schroder Investment Management North America Inc. ("Schroder") and Karl Dasher ("Dasher") (collectively, the "Defendants"), and Plaintiff Shaun R. Levesque ("Plaintiff"), hereby jointly move for an extension of time to file a Motion to Dismiss and the Opposition to the Motion to Dismiss, to allow the parties sufficient time to prepare and draft their respective pleadings. The parties jointly propose that the Defendants' deadline to file a Motion to Dismiss be on or before **January 8, 2018,** and the Plaintiff's deadline to file an Opposition to the Motion to Dismiss be on or before **January 22, 2018**.

As further grounds for this Joint Motion the parties state the following:

1.　　This action concerns the Plaintiff's claims against his former employer and manager for breach of contract and violation of the Massachusetts Wage Act.

2.　　The Complaint was filed in Norfolk Superior Court, Docket No. 1782CV01478, on November 20, 2017.

3.　　The Defendants were served with the Complaint on November 27, 2017.

4. The Defendants filed a Notice of Removal to the United States District Court for the District of Massachusetts on December 4, 2017.

5. An extension is necessary for the parties to prepare and draft their respective pleadings.

6. The parties agree that no party will be prejudiced by the relief requested in this motion.

WHEREFORE, all parties jointly propose that the Defendants' deadline to file a Motion to Dismiss be on or before **January 8, 2018,** and the Plaintiff's deadline to file an Opposition to the Motion to Dismiss be on or before **January 22, 2018**.

Respectfully submitted,

| | |
|---|---|
| SCHRODER INVESTMENT MANAGEMENT NORTH AMERICA INC., AND KARL DASHER, | SHAUN R. LEVESQUE |
| /s/ Nicholas B. Carter | /s/ John F. Welsh |
| Nicholas B. Carter (BBO #561147) | John F. Welsh (BBO #552640) |
| Todd & Weld, LLP | Martha J. Zackin (BBO #555733) |
| One Federal Street, 27th Floor | Bello Welsh LLP |
| Boston, MA 02110 | 125 Summer Street, Suite 1200 |
| Tel: (617) 720-2626 | Boston, Massachusetts 02110 |
| Fax: (617) 227-5777 | Tel: (617) 247-4100 |
| ncarter@toddweld.com | Fax: (617) 247-4125 |
| | jwelsh@bellowelsh.com |
| | mzackin@bellowelsh.com |

Date: December 8, 2017

## LOCAL RULE 7.1(A)(2) CERTIFICATE

      Pursuant to Local Rule 7.1(A)(2) for the United States District Court for the District of Massachusetts, all parties certify that they, through counsel, conferred regarding the issues raised in this motion, and all parties agreed to jointly request to extend the deadlines referenced in this motion.

                                                       /s/ Nicholas B. Carter_____
                                                       Nicholas B. Carter


## CERTIFICATE OF SERVICE

      I, Nicholas B. Carter, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 8, 2017.

                                                       /s/ Nicholas B. Carter_____
                                                     Nicholas B. Carter