# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAUN R. LEVESQUE,<br><br>    Plaintiff,<br><br>v.<br><br>SCHRODER INVESTMENT MANAGEMENT NORTH AMERICA INC., AND KARL DASHER,<br><br>    Defendants. | Civil Action No.: 1:17-cv-12380<br><br>**Oral Argument Requested** |

**DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULES 12(b)(2), 12(b)(3), AND 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND 28 U.S.C. §§ 1406(a) AND 1404(a)**

Defendants Schroder Investment Management North America Inc. ("SIMNA") and Karl Dasher ("Dasher") (together, "Defendants"), by and through their undersigned counsel, respectfully move, under Rules 12(b)(2), 12(b)(3) and 12(b)(6) of the Federal Rules of Civil Procedure and 28 U.S.C. §§ 1406(a) and 1404(a), to dismiss the Complaint for lack of personal jurisdiction over Dasher and to transfer this action for all purposes to the United States District Court for the Southern District of New York under 28 U.S.C. § 1406(a) or, in the alternative, 28 U.S.C. § 1404(a), and to dismiss the Complaint for failure to state a claim.

In support of this motion, Defendants submit the accompanying Memorandum of Law, the Declaration of Karl Dasher dated January 5, 2018, the Declaration of Christopher Lue dated January 8, 2018, and Exhibits 1 and 2 thereto.

WHEREFORE, Defendants respectfully request that this Court:

A. Allow Defendants' motion to dismiss plaintiff's Complaint for lack of personal jurisdiction over Dasher and to transfer this action for all purposes to the United States District Court for the Southern District of New York under 28 U.S.C. § 1406(a) or, in the alternative, 28 U.S.C. § 1404(a), and to dismiss the Complaint for failure to state a claim; and

B. Grant such other relief as the Court deems just and appropriate.

### REQUEST FOR ORAL ARGUMENT

Defendants hereby request oral argument on this motion.

/s/ Nicholas B. Carter
Nicholas B. Carter (BBO #561147)
Todd & Weld LLP
One Federal Street, 27th Floor
Boston, MA 02110
T: 617-720-2626
F: 617-227-5777
ncarter@toddweld.com

—and—

Carmine D. Boccuzzi (admitted *pro hac vice*)
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999

Dated: Boston, Massachusetts
January 8, 2018

## RULE 7.1 CERTIFICATE

Defendants' counsel have conferred with Plaintiff's counsel and attempted, without success, to resolve or narrow the issues addressed in this motion.

/s/ Nicholas B. Carter
Nicholas B. Carter

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 8th day of January, 2018, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be mailed to those indicated as nonregistered participants.

/s/ Nicholas B. Carter
Nicholas B. Carter