UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAUN R. LEVESQUE,<br><br>    Plaintiff,<br><br>v.<br><br>SCHRODER INVESTMENT MANAGEMENT NORTH AMERICA INC., AND KARL DASHER,<br><br>    Defendants. | CIVIL ACTION NO.: 1:17-cv-12380 |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiff Shaun R. Levesque ("Levesque"), and Schroder Investment Management North America Inc. and Karl Dasher (together "Defendants" and collectively with Levesque, the "Parties"), that, pursuant to Federal Rule of Civil Procedure 41(a)(1), the Parties, by their undersigned counsel, hereby stipulate to the dismissal with prejudice of the claims asserted by Levesque against Defendants, without costs and without attorneys' fees to any party as against any other, all rights of appeal having been waived.

Respectfully submitted,

| TODD & WELD LLP, | BELLO WELSH LLP, |
|---|---|
| /s/ Nicholas B. Carter | /s/ Martha J. Zackin |
| Nicholas B. Carter (BBO #561147) | John F. Welsh (BBO #552640) |
| Todd & Weld LLP | Martha J. Zackin (BBO #555733) |
| One Federal Street, 27th Floor | Bello Welsh LLP |
| Boston, MA 02110 | 125 Summer Street, Suite 1200 |
| Tel: (617) 720-2626 | Boston, Massachusetts 02110 |
| Fax: (617) 227-5777 | Tel: (617) 247-4100 |
| ncarter@toddweld.com | Fax: (617) 247-4125 |
|  | jwelsh@bellowelsh.com |
|  | mzackin@bellowelsh.com |

—and—

Carmine D. Boccuzzi (admitted *pro hac vice*)
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999

*Counsel for defendants Schroder Investment Management North America Inc. and Karl Dasher*

*Counsel for plaintiff Shaun R. Levesque*

Date: December 31, 2019


SO ORDERED on Jan 9, 2020,

/s/ Nathaniel M. Gorton

The Honorable Nathaniel M. Gorton
United States District Judge